PETER A. BINKOW #173848
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
email: pbinkow@glancylaw.com

Liaison Counsel for Plaintiffs

JOSEPH STERNBERG
JONATHAN PLASSE
GOODKIND, LABATON, RUDOFF
 & SUCHAROW, L.L.P.
100 Park Avenue
New York, New York 10017
Telephone: (212) 907-0863
Facsimile: (212) 818-0477

Co-Lead Counsel for Plaintiffs

*Additional Counsel Appear On Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUPPORTSOFT, INC. SECURITIES LITIGATION<br><br>This document relates to: ALL ACTIONS | Case No. C 04-05222 SI<br><br>**Hon. Susan Illston**<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

WHEREAS, the Court has scheduled a Case Management Conference for September 9, 2005; and

WHEREAS, Plaintiffs filed their Corrected Amended Consolidated Complaint on August 23, 2005; and

WHEREAS, Defendants intend to file a Motion to Dismiss the Corrected Amended Consolidated Complaint ("Motion to Dismiss") and the parties believe the Case Management Conference is currently not necessary pending Defendants' expected Motion to Dismiss;

1  WHEREAS, the parties have conferred and agreed upon the following proposed briefing
2  schedule for Defendants' Motion to Dismiss;
3  THEREFORE, subject to the Court's approval, and pursuant to Civil L.R. 6-2, the parties
4  stipulate that:
5  1. The Court's September 9, 2005 Case Management Conference should be taken off
6  calendar or continued until such date after the Court rules on Defendants' Motion to Dismiss;
7  2. Defendants shall file their Motion to Dismiss Plaintiffs' Corrected Amended
8  Consolidated Complaint on or before September 23, 2005;
9  3. Plaintiffs shall file their papers in opposition to Defendants' Motion to Dismiss on
10 or before October 21, 2005;
11 4. Defendants shall file reply papers in support of their Motion to Dismiss on or
12 before November 4, 2005;
13 5. The hearing on Defendants' Motion to Dismiss shall take place on November 18,
14 2005 or as soon thereafter as is convenient for the Court.
15 IT IS SO STIPULATED.

DATED: August 25, 2005

Peter A. Binkow
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
email: pbinkow@glancylaw.com

/s/ Peter A. Binkow
*Liaison Counsel for Plaintiffs*

Joseph Sternberg
Jonathan M. Plasse
Goodkind Labaton Rudoff &Sucharow LLP
100 Park Avenue
New York, New York 10017

*Lead Counsel for Plaintiffs*

DATED: August 25, 2005

Boris Feldman
David Lansky
Wilson, Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

/s/ David Lansky
*Counsel for Defendants*

---

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS

2

**ORDER**

Pursuant to stipulation, and with good cause appearing, IT IS HEREBY ORDERED that.

    1.    The Court's September 9, 2005 Case Management Conference is taken off calendar;

    2.    Defendants shall file their Motion to Dismiss Plaintiffs' Corrected Amended Consolidated Complaint on or before September 23, 2005;

    3.    Plaintiffs shall file their papers in opposition to Defendants' Motion to Dismiss on or before October 21, 2005;

    4.    Defendants shall file reply papers in support of their Motion to Dismiss on or before November 4, 2005;

    5.    The hearing on Defendants' Motion to Dismiss shall take place on November 18, 2005.

DATED: _____



Hon. Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS

# PROOF OF SERVICE BY ELECTRONIC POSTING
## PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45
## AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On August 25, 2005, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

1  **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

### SEE SERVICE LIST

Executed on August 25, 2005, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

          *S/Kyaa Heller*
          Kyaa Heller

## SERVICE LIST

### Electronically To All ECF-Registered Entities

### By US Mail To All Known Non-ECF-Registered Entities

Joseph Sternberg
Christopher Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017