BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
DAVID L. LANSKY, State Bar No. 199952
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
email: boris.feldman@wsgr.com

Attorneys for Defendants
SUPPORTSOFT, INC., RADHA R. BASU
and BRIAN M. BEATTIE

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SUPPORTSOFT, INC. SECURITIES LITIGATION | CASE NO.: C 04-5222 SI |
| | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| This Document Relates To: ALL ACTIONS | Before: Honorable Susan Illston |

It is hereby stipulated by and between the parties hereto as follows:

WHEREAS, the Case Management Conference in the above-captioned action is currently scheduled for January 13, 2006;

WHEREAS, due to a scheduling conflict, counsel for Defendants SupportSoft, Inc., Radha R. Basu, and Brian M. Beattie have requested, and counsel for plaintiffs do no object to, continuing the Case Management Conference one week to January 20, 2006;

THEREFORE, the parties to this action, by and through their attorneys, hereby STIPULATE AND AGREE, subject to approval of the Court, that the Case Management Conference currently scheduled for January 13, 2006 will be continued to January 20, 2006.

Dated: November 28, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: __s/David L. Lansky_____
BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
DAVID L. LANSKY, State Bar No. 199952
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendants SupportSoft, Inc., Radha R. Basu And Brian M. Beattie*

Dated: November 28, 2005

**LABATON SUCHAROW & RUDOFF LLP**

By: ___s/Joseph Sternberg_____
JONATHAN M. PLASSE
CHRISTOPHER J. KELLER
JOSEPH STERNBERG
100 Park Avenue
New York, New York 10017-5563
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

**GLANCY BINKOW & GOLDBERG LLP**
LIONEL Z. GLANCY #134180
PETER A. BINKOW #173848
MICHAEL GOLDBERG #188669
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067

Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160

**SCHATZ & NOBEL, P.C.**
ANDREW M. SCHATZ
JEFFREY S. NOBEL
NANCY A. KULESA
MARK P. KINDALL
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel.: 860-493-6292
Fax: 860-493-6290

*Attorneys for Plaintiff*

**IT IS SO ORDERED**:

Pursuant to the parties' stipulation, the Court hereby orders: the Case Management

Conference, which is currently scheduled for January 13, 2006, will be continued to January 20,

2006 at 2:00 p.m.

Dated: _____          _____

IT IS SO ORDERED

Judge Susan Illston