BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
DAVID L. LANSKY, State Bar No. 199952
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
email: boris.feldman@wsgr.com

Attorneys for Defendants
SUPPORTSOFT, INC., RADHA R. BASU
and BRIAN M. BEATTIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SUPPORTSOFT, INC. SECURITIES LITIGATION | CASE NO.: C 04-5222 SI |
| | STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER THE CORRECTED AMENDED CONSOLIDATED CLASS ACTION COMPLAINT |
| This Document Relates To: ALL ACTIONS | |

It is hereby stipulated by and between the parties hereto as follows:

WHEREAS, the Court's Order denying the Motion to Dismiss the Corrected Amended Consolidated Class Action Complaint (the "Amended Complaint") filed by Defendants SupportSoft, Inc., Radha R. Basu, and Brian M. Beattie (collectively, "Defendants") was entered herein on November 21, 2005;

WHEREAS, pursuant to the Court's Order denying Defendants Motion to Dismiss, Defendants' answer to the Amended Complaint is due on November 30, 2005;

WHEREAS, counsel for plaintiffs has agreed to extend the time within which Defendants' answer to the Amended Complaint shall be due;

THEREFORE, the parties to this action, by and through their attorneys, hereby STIPULATE AND AGREE, subject to approval of the Court, that Defendants shall have until and including December 14, 2005 to answer the Amended Complaint.

Dated: November 22, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___s/David L. Lansky___
BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
DAVID L. LANSKY, State Bar No. 199952
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendants SupportSoft, Inc., Radha R. Basu And Brian M. Beattie*

Dated: November 22, 2005

**LABATON SUCHAROW & RUDOFF LLP**

By: ___s/Joseph Sternberg___
JONATHAN M. PLASSE
CHRISTOPHER J. KELLER
JOSEPH STERNBERG
100 Park Avenue
New York, New York 10017-5563
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

|   |   |
|---|---|
| 1 | **GLANCY BINKOW & GOLDBERG LLP** |
|   | LIONEL Z. GLANCY #134180 |
| 2 | PETER A. BINKOW #173848 |
|   | MICHAEL GOLDBERG #188669 |
| 3 | 1801 Avenue of the Stars, Suite 311 |
|   | Los Angeles, California 90067 |
| 4 | Telephone: (310) 201-9150 |
|   | Facsimile: (310) 201-9160 |

**SCHATZ & NOBEL, P.C.**
ANDREW M. SCHATZ
JEFFREY S. NOBEL
NANCY A. KULESA
MARK P. KINDALL
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel.: 860-493-6292
Fax: 860-493-6290

*Attorneys for Plaintiff*

**IT IS SO ORDERED**:

Pursuant to the parties' stipulation, the Court hereby orders: Defendants SupportSoft, Inc., Radha R. Basu, and Brian M. Beattie shall have until and including December 14, 2005 to answer the Corrected Amended Consolidated Class Action Complaint.

Dated: _____   _____
The Honorable Susan Illston
United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]*