ROBERT C. SCHUBERT S.B.N. 62684
JUDEN JUSTICE REED S.B.N. 153748
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

JAMES E. MILLER
PATRICK A. KLINGMAN
SHEPHERD FINKELMAN MILLER & SHAH, LLC
65 Main Street
Chester, Connecticut 06412
(Tel) (860) 526-1100
(Fax) (860) 526-1120

MARC L. ACKERMAN
BRODSKY & SMITH, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
(Tel) (610) 667-6200
(Fax)(610) 667-9029
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SUPPORTSOFT, INC. SECURITIES LITIGATION | **No. 04-5222 SI** |
| This Document Relates to: *Parent v. SupportSoft, Inc., et al,*, Case No. 05-0310. | **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND [PROPOSED] ORDER GRANTING WITHDRAWAL** |

Page 1

1. WHEREAS, plaintiff Daniel J. Parent ("Plaintiff") filed a class action against SupportSoft, Inc. ("SupportSoft") and certain of its officers and directors on January 21, 2005 on behalf of himself and all others who purchased shares of SupportSoft common stock during the period January 20, 2004 through October 4, 2004;

2. WHEREAS, Plaintiff is represented by the law firms Schubert & Reed LLP, Shepherd Finkelman Miller & Shah, LLC and Brodsky and Smith LLC;

3. WHEREAS, four other actions, in addition to this action, were filed against SupportSoft and certain of its officers and directors alleging substantially similar or identical claims;

4. WHEREAS, pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), several motions seeking appointment of Lead Plaintiff were filed in February 2005, by competing plaintiffs;

5. WHEREAS, the Court entered an order appointing Lead Plaintiff and Lead Counsel on March 22, 2005;

6. WHEREAS, this action will not proceed as a separate class action and the complaint in this action was superseded by the Consolidated Complaint filed on April 20, 2005;

7. WHEREAS, the claims of Plaintiff are co-extensive with the plaintiffs in the proposed class and Plaintiff will continue to be represented in the consolidated class action by Lead Counsel;

8. WHEREAS, claims on behalf of the class will continue to be pursued by the Lead Plaintiff;

9. WHEREAS, Plaintiff was provided with notice of his counsels' intention to withdraw from this case in advance of this filing and all parties to this case have been provided with notice of counsel's intention to withdraw in accordance with Local Rule 11-5;

NOW, THEREFORE Counsel for Plaintiff hereby respectfully submit this Notice of Withdrawal and Proposed Order allowing them to withdraw as counsel of record in the above entitled action.

Dated: December 14, 2005        SCHUBERT & REED LLP

By:___s/ Juden Justice Reed_____
ROBERT C. SCHUBERT S.B.N. 62684
JUDEN JUSTICE REED S.B.N. 153748
PETER E. BORKON S.B.N. 212596
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

JAMES E. MILLER
PATRICK A. KLINGMAN
SHEPHERD FINKELMAN MILLER & SHAH, LLC
65 Main Street
Chester, Connecticut 06412
Telephone: (860) 526-1100

MARC L. ACKERMAN
BRODSKY & SMITH, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
(Tel) (610) 667-6200
(Fax)(610) 667-9029

Counsel for Plaintiff

Page 3

1 PROPOSED ORDER

3 Pursuant to Local Rule 11-5, the Court grants Schubert & Reed LLP, Shepherd Finkelman Miller & Shah, LLC and Brodsky and Smith LLC's request to be relieved as counsel of record in the action entitled *Parent v. SupportSoft, Inc., et al.*, Case No. 05-0310.

IT IS SO ORDERED.



_____
Hon. Susan Illston
United States District Court Judge

Page 4