ROBERT C. SCHUBERT S.B.N. 62684
JUDEN JUSTICE REED S.B.N. 153748
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

ROBERT S. SCHACHTER
RICHARD A. SPEIRS
SHAYE J. FUCHS
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Telephone (212) 223-3900
Facsimile (212) 371-5969

MICHAEL E. CRIDEN
HANZMAN & CRIDEN, P.A.
220 Alhambra Circle
Suite 400
Coral Gables, Florida 33134
Telephone: (305) 357-9000
Facsimile: (305) 357-9050

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SUPPORTSOFT, INC. SECURITIES LITIGATION | **No. 04-5222 SI** |
| This Document Relates to: *Halpren v. SupportSoft, Inc. et al.*, Case No. 05-0283. | **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND [PROPOSED] ORDER GRANTING WITHDRAWAL** |

Page 1

1. WHEREAS, plaintiff Martin Halpren, Trustee FBO Stephanie J. Halpren Trust ("Plaintiff") filed a class action against SupportSoft, Inc. ("SupportSoft") and certain of its officers and directors on January 20, 2005 on behalf of himself and all others who purchased shares of SupportSoft common stock during the period January 20, 2004 through October 4, 2004;

2. WHEREAS, Plaintiff is represented by the law firms Schubert & Reed LLP, Zwerling, Schachter & Zwerling, LLP and Hanzman & Criden, P.A.;

3. WHEREAS only the law firm Schubert & Reed LLP seeks to withdraw as counsel for the Plaintiff;

4. WHEREAS, four other actions, in addition to this action, were filed against SupportSoft and certain of its officers and directors alleging substantially similar or identical claims;

5. WHEREAS, pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), several motions seeking appointment of Lead Plaintiff were filed in February 2005, by competing plaintiffs;

6. WHEREAS, the Court entered an order appointing Lead Plaintiff and Lead Counsel on March 22, 2005;

7. WHEREAS, this action will not proceed as a separate class action and the complaint in this action was superseded by the Consolidated Complaint filed on April 20, 2005;

8. WHEREAS, the claims of Plaintiff are co-extensive with the plaintiffs in the proposed class and Plaintiff will continue to be represented in the consolidated class action by Lead Counsel;

9. WHEREAS, claims on behalf of the class will continue to be pursued by the Lead Plaintiff; and

10. WHEREAS, Plaintiff was provided with notice of counsel's intention to withdraw from this case in advance of this filing and all parties to this case have been provided with notice of counsel's intention to withdraw in accordance with Local Rule 11-5;

NOW, THEREFORE Schubert & Reed, LLP hereby respectfully submits this Notice of Withdrawal and Proposed Order allowing withdrawal as counsel of record in the above entitled action.

Dated: December _14, 2005          SCHUBERT & REED LLP

By:___s/ Juden Justice Reed_____
ROBERT C. SCHUBERT S.B.N. 62684
JUDEN JUSTICE REED S.B.N. 153748
PETER E. BORKON S.B.N. 212596
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

ROBERT S. SCHACHTER
RICHARD A. SPEIRS
SHAYE J. FUCHS
ZWERLING, SCHACHTER & ZWERLING, LLP
41 Madison Avenue
New York, NY 10010
Telephone (212) 223-3900
Facsimile (212) 371-5969

MICHAEL E. CRIDEN
HANZMAN & CRIDEN, P.A.
220 Alhambra Circle
Suite 400
Coral Gables, Florida 33134
Telephone: (305) 357-9000
Facsimile: (305) 357-9050

Attorneys for Plaintiff

PROPOSED ORDER

Pursuant to Local Rule 11-5, the Court grants Schubert & Reed LLP's request to be relieved as counsel of record in the action entitled *Halpren v. SupportSoft, Inc. et al.,* Case No. 05-02830.

IT IS SO ORDERED.



Page 4