```
 1  LIONEL Z. GLANCY, ESQ. #134180
    PETER A. BINKOW, ESQ. #173848
 2  MICHAEL GOLDBERG #188669
    GLANCY BINKOW & GOLDBERG LLP
 3  1801 Avenue of the Stars, Suite 311
    Los Angeles, California  90067
 4  Telephone:  (310) 201-9150
    Telecopier:  (310) 201-9160
 5
    JOSEPH STERNBERG
 6  JONATHAN M. PLASSE
    CHRISTOPHER J. KELLER
 7  LABATON SUCHAROW & RUDOFF LLP
    100 Park Avenue
 8  New York, New York  10017-5563
    Telephone:  (212) 907-0700
 9  Telecopier:  (212) 818-0477
    jsternberg@labaton.com
10
    ANDREW M. SCHATZ
11  JEFFREY S. NOBEL
    MARK P. KINDALL
12  SCHATZ & NOBEL, P.C.
    20 Church Street
13  Hartford, Connecticut  06103
    Telephone:  (860) 493-6292
14  Telecopier:  (860) 493-6290

15  Attorneys for Plaintiffs

16  BORIS FELDMAN, State Bar No. 128838
    PERI NIELSEN, State Bar No. 196781
17  DAVID L. LANSKY, State Bar No. 199952
    WILSON SONSINI GOODRICH & ROSATI
18  Professional Corporation
    650 Page Mill Road
19  Palo Alto, CA 94304-1050
    Telephone:  (650) 493-9300
20  Facsimile:   (650) 565-5100
    email: boris.feldman@wsgr.com
21
    Attorneys for the Defendants
22
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re SUPPORTSOFT, INC. SECURITIES LITIGATION | ) ) ) Civil Action No.:  C 04-5222 SI ) ) ) Date: January 20, 2006 ) Time: 2:00 p.m. ) Place: Courtroom 10 ) |

|   |   |   |
|---|---|---|
| 1 | This document relates to: ) |   |
| 2 | ALL ACTIONS ) | Before: Honorable Susan Illston |
| 3 | ———————————————— ) |   |

### [PROPOSED] ORDER

Having reviewed the Parties' Joint Request by Stipulation for a Telephonic Case Management Conference on January 20, 2006, the Request is hereby GRANTED.

So ordered.

_____  
Date

_____  
HON. SUSAN ILLSTON  
UNITED STATES DISTRICT JUDGE

**GRANTED**  
/s/ Susan Illston  
Judge Susan Illston