IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTUMN PARTNERS, LLC., | No. C 04-05222 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SUPPORTSOFT, INC. ET AL, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 21, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 15, 2006.

DESIGNATION OF EXPERTS: 1/26/07; REBUTTAL: 2/23/07.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 23, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by April 27, 2007;

Opp. Due June 26, 2007; Reply Due August 17, 2007;

and set for hearing no later than August 31, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 16, 2007 at 3:30 PM.

JURY TRIAL DATE: October 29, 2007 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Only class discovery shall proceed prior to the motion to certify the class.
January 30, 2006 is the last day to join a party.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/24/06

SUSAN ILLSTON
United States District Judge