LIONEL Z. GLANCY, ESQ. #134180
PETER A. BINKOW, ESQ. #173848
MICHAEL GOLDBERG #188669
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

JOSEPH STERNBERG
JONATHAN M. PLASSE
CHRISTOPHER J. KELLER
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, New York 10017-5563
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jsternberg@labaton.com

ANDREW M. SCHATZ
JEFFREY S. NOBEL
MARK P. KINDALL
SCHATZ & NOBEL, P.C.
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re SUPPORTSOFT, INC. SECURITIES LITIGATION<br><br>_____<br><br>This document relates to:<br><br>ALL ACTIONS<br>_____ | Civil Action No.: C 04-5222 SI<br><br>CLASS ACTION<br><br>**DECLARATION OF PETER A. BINKOW SUPPORTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: April 21, 2006<br>Time: 9:00 am<br>Place: Courtroom 10<br><br>Before: Honorable Susan Illston |

1     I, Peter A. Binkow, declare as follows:

2     1.    I am a partner at the firm of Glancy Binkow & Goldberg LLP, which is liaison

3 counsel for the Plaintiffs.

4     2.    I make this declaration in connection with Plaintiffs' Motion for Class

5 Certification.

6     3.    Attached hereto as Exhibit A is a true and correct copy of the Firm Resume of

7 Glancy Binkow & Goldberg LLP

8     I declare under penalty of perjury that the following is true and correct. Executed this

9 27th day of January, 2006.

                                                           /s/

                                                              Peter A. Binkow

DECLARATION OF PETER A. BINKOW
CIVIL ACTION NO.:  C 04-5222 SI