1  LIONEL Z. GLANCY, ESQ. #134180
   PETER A. BINKOW, ESQ. #173848
2  MICHAEL GOLDBERG #188669
   GLANCY  BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, California  90067
4  Telephone:  (310) 201-9150
   Facsimile:  (310) 201-9160
5
   JOSEPH STERNBERG
6  JONATHAN M. PLASSE
   CHRISTOPHER J. KELLER
7  LABATON SUCHAROW & RUDOFF LLP
   100 Park Avenue
8  New York, New York  10017-5563
   Telephone:  (212) 907-0700
9  Facsimile:  (212) 818-0477
   jsternberg@labaton.com
10
   ANDREW M. SCHATZ
11 JEFFREY S. NOBEL
   MARK P. KINDALL
12 SCHATZ & NOBEL, P.C.
   20 Church Street, Suite 1700
13 Hartford, Connecticut  06103
   Telephone:  (860) 493-6292
14 Facsimile:  (860) 493-6290

15 *Attorneys for Plaintiffs*

16          UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
17

18 In re SUPPORTSOFT, INC. SECURITIES   ) Civil Action No.: C 04-5222 SI
   LITIGATION                           )
19 _____     ) CLASS ACTION
                                        )
20                                      ) DECLARATION OF MARK P. KINDALL
   This document relates to:            ) SUPPORTING PLAINTIFFS' MOTION
21                                      ) FOR CLASS CERTIFICATION
   ALL ACTIONS                          )
22                                      ) Date:  April 21, 2006
                                        ) Time:  9:00 am
23                                      ) Place:  Courtroom 10
                                        )
24 _____     ) Before:  Honorable Susan Illston

25

26             DECLARATION OF MARK P. KINDALL

27

28

---

1    I, Mark P. Kindall, declare as follows:

2    1.    I am counsel at the firm of Schatz & Nobel, P.C., which is co-lead counsel for the

3    Plaintiffs.

4    2.    I make this declaration in connection with Plaintiffs' Motion for Class

5    Certification.

6    3.    Attached hereto as Exhibit A is a true and correct copy of Plaintiff Jay Young's

7    December 20, 2004 declaration concerning his purchases and sales of shares of common stock in

8    SupportSoft, Inc.

9    4.    Attached hereto as Exhibit B is a true and correct copy of the Firm Resume of

10   Schatz & Nobel P.C.

11   5.    Attached hereto as Exhibit C is a true and correct copy of a chart obtained from

12   the Bloomberg financial wire service showing the price and volume of sales of SupportSoft stock

13   on a weekly basis from November of 2003 to October of 2004.

14   6.    Attached hereto as Exhibit D is a true and correct copy of the cover page of the

15   Form S-3 Registration Statement filed on behalf of SupportSoft, Inc. on October 16, 2003.

16   7.    Attached hereto as Exhibits E-P are true and correct copies of reports prepared by

17   stock analysts during and immediately following the proposed Class Period discussing

18   SupportSoft, Inc. and analyzing the company and its prospects.  Included are reports from

19   ThinkEquity partners (Exh. E), Lehman Brothers (Exh. F), Deutsche Bank Securities, Inc.

20   (Exh. G), Investext (Exh. H), Miller Johnson Steichen Kinnard (Exh. I), C.E. Unterberg, Towbin

21   (Exh. J), RBC Capital Markets (Exh. K), and Citigroup Smith Barney (Exh. L-P).

22   8.    Among the steps taken by Schatz & Nobel, P.C. to prosecute this action and to

23   identify and investigate potential claims in this action to date are: (a) research on the company,

24   including analysis of press releases, forms filed with the SEC, reports prepared by analysts,

25   transcripts of SupportSoft's conference calls with analysts; (b) analysis of price and volume

26   information and reports of insider selling; (c) research into claims and the regulations governing

27   defendants' actions and revenue recognition; (d) legal research supporting the lead counsel

28   motion and the causes of action in the complaints; (e) analysis of the legal issues raised by two

DECLARATION OF MARK P. KINDALL
Civil Action No. C 04-5222 SI

1

1   motions to dismiss; (f) preparation of opposing papers and assembling evidence for use in

2   opposing those motions; (g) court appearances in connection with motions; (h) co-operation with

3   defendants' counsel in negotiating and preparing the Joint Case Management Statement; and (i)

4   preparation of the motion to certify the class.

5        I declare under penalty of perjury that the following is true and correct.

6   Executed this 27th day of January, 2006.

7

8

9                      /S/

                            Mark P. Kindall

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28