Plaintiffs' Motion for Class Certification
Kindall Declaration

# EXHIBIT M



**citigroup**

**Smith Barney**

Small/Mid-Cap Research

See page 5 for Analyst Certification and Important Disclosures

Target Price Change ☑
Estimate Change ☑

# SupportSoft Inc (SPRT)

## SPRT: Company Beats Estimates and Announces Acquisition

| BUY (1) |
| Speculative (S) |

Mkt Cap: **$309 mil.**

**United States**

**July 20, 2004**

---

**SOFTWARE**

**Mark Verbeck**
+1 (415) 951-1839
*mark.verbeck@citigroup.com*

**Alan Tikwart**
+1 (415) 951-1804

### SUMMARY

➤ SupportSoft demonstrated the strength of demand in the automated support market by delivering its 12th consecutive quarter of sequential revenue growth Revenue of $16.9M beat our $16.4 M and Street $16.3M while EPS of $0.11 was ahead of our $0.09 and Street $0.08

➤ Company announced acquisition of Core Networks for $17 million to deliver more networking functionality and to address smaller broadband providers

➤ Company modestly raised revenue and EPS guidance for the year

➤ Some of the current quarter EPS upside was the result of curtailed spending in advance of the pending acquisition

➤ We anticipate that the company will be increasing its sales capacity as a result of the acquisition, but details were not available as of the call

➤ We are adjusting our estimates to reflect results, increasing our price target from $11.00 to $11.50 on the outperformance and reiterating our Buy (1S)

---

### FUNDAMENTALS

| | |
|---|---|
| P/E (12/04E)............................. | 19.8x |
| P/E (12/05E)............................. | 25.3x |
| TEV/EBITDA (12/04E) ................ | NA |
| TEV/EBITDA (12/05E) ............... | NA |
| Book Value/Share (12/04E)........ | NA |
| Price/Book Value ...................... | NA |
| Revenue (12/04E) ............ | $68.0 mil. |
| Proj. Long-Term EPS Growth ...... | 20% |
| ROE (12/04E) ............................ | NA |
| Long-Term Debt to Capital(a)...... | NA |

(a) Data as of most recent quarter

### SHARE DATA

| | |
|---|---|
| Price (7/20/04) ........................ | $7.34 |
| 52-Week Range........ | $16.47-$6.70 |
| Shares Outstanding(a) ........... | 42.2 mil. |
| Div(E) (Cur/Prev) .................... | $0.00/$0.00 |

### RECOMMENDATION

| | |
|---|---|
| Rating (Cur/Prev)...................... | 1S/1S |
| Target Price (Cur/Prev)... | $11.50/$11.00 |
| Expected Share Price Return ...... | 56.7% |
| Expected Dividend Yield.............. | 0.0% |
| Expected Total Return................. | 56.7% |

### EARNINGS PER SHARE

| FY ends | | 1Q | 2Q | 3Q | 4Q | Full Year |
|---|---|---|---|---|---|---|
| 12/03A | Actual | $0.04A | $0.06A | $0.06A | $0.09A | $0.25A |
| 12/04E | Current | $0.09A | $0.11A | $0.09E | $0.10E | $0.37E |
| | Previous | $0.09E | $0.09E | $0.08E | $0.09E | $0.34E |
| 12/05E | Current | $0.07E | $0.08E | $0.07E | $0.08E | $0.29E |
| | Previous | $0.06E | $0.06E | $0.06E | $0.07E | $0.25E |
| 12/06E | Current | NA | NA | NA | NA | $0.34E |
| | Previous | NA | NA | NA | NA | $0.29E |

First Call Consensus EPS: 12/04E $0.34; 12/05E $0.33; 12/06E NA

---

| OPINION

SupportSoft demonstrated the strength of demand in the automated support market by delivering its 12th consecutive quarter of sequential revenue growth Revenue of $16.9M beat our $16.4 M and Street $16.3M while EPS of $0.11 was ahead of our $0.09 and Street $0.08. This execution and out-performance are reasons we continue to recommend the stock

---

Smith Barney is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report.
Investors should consider this report as only a single factor in making their investment decision.

**Citigroup Global Markets**



**Smith Barney**

Small/Mid-Cap Research

Company announced it will buy the assets of Core Networks for $17 million to deliver more networking functionality and to address smaller broadband providers. By using cash instead of equity to make this acquisition, it will quickly be accretive to shareholders. In addition, since the transaction is structured as a asset purchase, SupportSoft avoids legal exposure and obtains favorable tax treatment

SupportSoft modestly raised revenue and EPS guidance for the year from $64-$68M to $65-$69M and from $0.32-$0.34 to $0.34-$0.37.

Some of the current quarter EPS upside was the result of curtailed spending in advance of the pending acquisition. This should allay some investor concerns over dilutive acquisitions.

We anticipate that the company will be increasing its sales capacity as a result of the acquisition, but details were not available as of the call. We believe increased sales capacity is required to effectively address the enterprise market and to land new customers.

We are adjusting our estimates to reflect results and some revenue upside from the acquisition in our 2005 numbers. We are increasing our price target from $11.00 to $11.50 as a result of our higher numbers and reiterating our Buy/Speculative (1S) rating. Our revenue estimates go from $66.1M to $68.0M in 2004, from $71.5M to $75.6M in 2005, and from $84.1M to $88.7M in 2006. Our EPS estimates go from $0.34 to $0.39 in 2004, from $0.25 to $0.29 in 2005, and from $0.29 to $0.34 in 2006.

The company didn't publish a Statement of Cash Flows, but cash was up $1.9 million from last quarter to $127.9 million.

DSOs at 73 days were in-line.

Despite the great absolute performance, the results did little to moderate our risk factors: deferred revenues, which have a history of being quite volatile on a quarterly basis, were down sequentially, subscription license revenue fell from $3.7M to $3.1M, although it was off much less than it had been in the prior quarter. New customers were weak at only 4 (up from 3 last quarter but off from 8 in the year-ago quarter and large customer concentration remained high with four 10% customers accounting for 53% of revenue.

### VALUATION

For SupportSoft, we used two primary methods to derive our valuation. The first is discounted cash flow (DCF) analysis. For our DCFs, we fully model the company's income statements, balance sheets, and cash flows to a terminal year, in excess of 20 years out, to determine free cash flow in each of the years. At that point, we believe the company will be at terminal cash flow growth rates approximating GDP growth rates (generally 3%). For our DCF analysis, we use a risk-free rate of 4.5% and an equity risk premium of 5%. Our second valuation method is a P/E analysis based on a five-year forward business model, where we forecast a five-year revenue compounded annual growth rate (CAGR), normalized operating margins, and an expected P/E multiple in order to derive a valuation normalized for what we believe is the company's mature operating model.

Our $11.50 price target for SupportSoft is based on both our DCF and P/E-based methodologies. To estimate beta, we analyzed the historical beta of a basket of software stocks for an eight-year period, excluding a period from 1999 to 2000, which we define as "The Bubble." This analysis suggested that a Beta of 2.0 was a reasonable value to use as a forward-looking number for many of our software stocks. Companies that are more mature, having slower growth rates and/or a higher percentage of recurring revenue, would have a Beta less than this typical number. For our DCF analysis, we employ a beta of 2.0, a terminal



**Smith Barney**

Small/Mid-Cap Research

free cash flow (FCF) multiple of 8.7x, and a weighted average cost of capital (WACC) of 14.5%. This analysis suggests a value of $11.60 per share, up from $11.00

For our P/E-based methodology, we first projected net income five years forward based on a 5-year revenue (CAGR) of 20%, a normalized operating margin of 25%, and a tax rate of 32%. The 25% operating margin is typical for our software companies with a low percentage of professional services. We then applied a multiple of 24x to this net income projection and discounted this number to the present, which suggests a stock price of $11. The 24x multiple represents the 1.4x premium to S&P 500 market multiple. For our 1.4x market premium, we compared a basket of software stocks' multiple to the S&P 500 market over an eight year period, excluding a period from 1999 to 2000 which we define as "The Bubble." Our conclusion from this analysis is that because of what we believe are attractive aspects of the software company business model, software companies trade at a 1.4x premium to the S&P 500 multiple. As our PE based valuation is based on full tax rates and doesn't include an allowance for lower tax payments as a result of loss carryforwards, we add $0.55 to our price target to allow for the present value of the $25 million deferred tax asset, giving a total price target of $11.50(up from $11.00)

## RISKS

We rate SupportSoft shares Speculative risk due to high share price volatility, mid cap market capitalization, and significant customer concentration.

Risks to our price target for SupportSoft include:

➤ The company frequently has customers that account for more than 10% of its revenues. If the company were unable to close a sale of this magnitude in a given quarter it could have a significant negative impact on the stock. The risk is mitigated somewhat by the fact that a significant portion of its revenue is not in the form of perpetual license sales that are recognized as revenue in the quarter sold.

➤ The company gets a significant portion of its revenue from the broadband industry, particularly cable providers. As such, SupportSoft is exposed to the fortunes of this industry as well. We note that there has been significant M&A activity in this industry, which can create additional exposure as well as opportunity.

➤ The company's target market on the corporate side has seen an increasing amount of interest from some larger and better-capitalized players, including Microsoft, HP and Symantec. If any of these players are effective at developing solutions, their broad distribution channels and large product footprints could make it difficult for SupportSoft to expand this market.

➤ Software companies traditionally have back-end loaded quarters, thus giving very little visibility to license revenues.

➤ The company has a poor track record of maintaining and growing its subscription revenue. To the extent a decline in this revenue stream decreases the company's visibility, investors may not be willing to pay the same multiple for the company.

➤ In the most recent quarter, the company added only 3 new customers. If the company is unable to increase the number of customers it is adding, it will be difficult to continue to grow its revenue.

If the impact on the company from any of these factors proves to be greater than we anticipate, the stock could materially underperform our target.

## INVESTMENT THESIS

We rate shares of SupportSoft Buy/Speculative(1S), with an $11.50 12-month price target. SupportSoft is well positioned to continue its strong position in the broadband provider



**Smith Barney**

Small/Mid-Cap Research

market. The company enjoys a strong broadband presence, particularly with United States cable providers. SupportSoft can leverage these relationships into an expanded footprint and new customers, particularly outside the U.S. With only one competitor of note, Motive Communications, this market is fairly attractive and unpenetrated. Our cable team notes that the cable providers are stepping up efforts to decrease back-office costs and promote self-installs for their broadband business, two trends that will benefit SupportSoft. The company is expanding its efforts to address the enterprise market. While the company has always had enterprise functionality, it is adding capabilities to better address the market, including support for more platforms (PDA and wireless) and new functionality like voice-based assistance. In this market, we believe outsourcers like Accenture and CSC are the smart money because support costs and customer satisfaction are key to their business models and therefore, we view the fact that these firms are working with SupportSoft to be a leading indicator of the SupportSoft opportunity in this market. SupportSoft s target markets represent a large opportunities. The broadband market is estimated to be growing close to 20% annually in the U.S. and customer self-installs are growing as a percentage of the total with providers offering incentives for customers to do the self-install. The economics are compelling as Smith Barney estimates that a truck-roll for broadband installation costs the provider $100. We estimate that the base opportunity here is approximately a $75 million opportunity today, growing to $150 million in 2009. In addition, if SupportSoft extends its solution (which we believe it will) to address new requirements such as interactive TV and voice-over-IP telephony, there is additional upside. As there is limited competition in this market, SupportSoft has the opportunity to capture a significant percentage of this revenue. To quantify the corporate opportunity we Based on data from IDC, we estimate the total enterprise opportunity to be 180 million PC s worldwide in use at medium sized or better organizations. Using a $10 license opportunity per unit gives us a $1.8 billion opportunity. Despite the recent difficulties in the enterprise software market, we have confidence in our recommendation on SupportSoft because it has more revenue visibility than many other software companies as a result of its ratable revenue, because the broadband providers have a sense of urgency about addressing these problems and because the enterprise market is quite small in relation to its potential, offering protection from macro factors. In addition the stock is off quite precipitously from its highs(it hit $17 in January), we believe partially in sympathy to the woes of other software companies. This provides a measure of protection for buyers today.

### COMPANY DESCRIPTION

SupportSoft is a leading provider of software, collectively known as its  Real Time Service Management  offering, that aids in the diagnosis and repair of software configuration problems on end-point devices like PC s and PDA s. This capability reduces the total cost of support for these devices by decreasing the number of support calls and reducing the occurrence of support staff desk-side visits. The company s offerings also include software that enables broadband customers to establish their connection without on-site support.



**Smith Barney**

Small/Mid-Cap Research

## ANALYST CERTIFICATION APPENDIX A-1

I, Mark Verbeck, hereby certify that all of the views expressed in this research report accurately reflect my personal views about any and all of the subject issuer(s) or securities. I also certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation(s) or view(s) in this report.

## IMPORTANT DISCLOSURES

**SupportSoft Inc (SPRT)**
Ratings and Target Price History
Analyst: Mark Verbeck (covered since Jul 14 2004)



| # | Date | Rating | Target Price | Closing Price |
|---|------|--------|--------------|---------------|
| 1: | 6 Sep 02 | Stock rating system changed | | |
| 2: | 12 Sep 03 | Stock rating system changed | | |
| 3: | 13 Jul 04 | *1S | *11.00 | 7.63 |

*Indicates change.

Within the past 12 months, Citigroup Global Markets Inc. or its affiliates has acted as manager or co-manager of a public offering of securities of SupportSoft Inc.

Citigroup Global Markets Inc. or its affiliates has received compensation for investment banking services provided within the past 12 months from SupportSoft Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as investment banking client(s): SupportSoft Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-investment-banking, securities-related: SupportSoft Inc.

Citigroup Global Markets Inc. or an affiliate received compensation in the past 12 months from SupportSoft Inc.

Analysts' compensation is determined based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates ("the Firm"). Like all Firm employees, analysts receive compensation that is impacted by overall firm profitability, which includes revenues from, among other business units, the Private Client Division, Institutional Equities, and Investment Banking.

**Smith Barney Equity Research Ratings Distribution**
Data current as of 30 June 2004

| | Buy | Hold | Sell |
|---|-----|------|------|
| Smith Barney Global Equity Research Coverage (2402) | 40% | 43% | 17% |
| % of companies in each rating category that are investment banking clients | 58% | 56% | 46% |
| Software -- North America (16) | 44% | 56% | 0% |
| % of companies in each rating category that are investment banking clients | 14% | 11% | 0% |

Guide To Investment Ratings:
Smith Barney's stock recommendations include a risk rating and an investment rating.
**Risk ratings,** which take into account both price volatility and fundamental criteria, are: Low [L], Medium [M], High [H], and Speculative [S].
**Investment ratings** are a function of Smith Barney's expectation of total return (forecast price appreciation and dividend yield within the next 12 months) and risk rating.
For securities in developed markets (US, UK, Europe, Japan, and Australia/New Zealand), investment ratings are: Buy [1] (expected total return of 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks); Hold [2] (0%-10% for Low-Risk stocks, 0%-15% for Medium-Risk stocks, 0%-20% for High-Risk stocks, and 0%-35% for Speculative stocks); and Sell [3] (negative total return).
Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in risk rating, or a change in target price. At other times, the expected total returns may fall outside of these ranges because of price movement and/or volatility. Such interim deviations from specified ranges will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

Between September 9, 2002, and September 12, 2003, Smith Barney's stock ratings were based upon expected performance over the following 12 to 18 months relative to the analyst's industry coverage universe at such time. An Outperform (1) rating indicated that we

5



**Smith Barney**

Small/Mid-Cap Research

expected the stock to outperform the analyst's industry coverage universe over the coming 12-18 months. An In-line (2) rating indicated that we expected the stock to perform approximately in line with the analyst's coverage universe. An Underperform (3) rating indicated that we expected the stock to underperform the analyst's coverage universe. In emerging markets, the same ratings classifications were used, but the stocks were rated based upon expected performance relative to the primary market index in the region or country. Our complementary Risk rating system -- Low (L), Medium (M), High (H), and Speculative (S) -- took into account predictability of financial results and stock price volatility. Risk ratings for Asia Pacific were determined by a quantitative screen which classified stocks into the same four risk categories. In the major markets, our Industry rating system -- Overweight, Marketweight, and Underweight -- took into account each analyst's evaluation of their industry coverage as compared to the primary market index in their region over the following 12 to 18 months.

Prior to September 9, 2002, the Firm's stock rating system was based upon the expected total return over the next 12 to 18 months. The total return required for a given rating depended on the degree of risk in a stock (the higher the risk, the higher the required return). A Buy (1) rating indicated an expected total return ranging from +15% or greater for a Low-Risk stock to +30% or greater for a Speculative stock. An Outperform (2) rating indicated an expected total return ranging from +5% to +15% (Low-Risk) to +10% to +30% (Speculative). A Neutral (3) rating indicated an expected total return ranging from -5% to +5% (Low-Risk) to -10% to +10% (Speculative). An Underperform (4) rating indicated an expected total return ranging from -5% to -15% (Low-Risk) to -10% to -20% (Speculative). A Sell (5) rating indicated an expected total return of worse (Low-Risk) to -20% or worse (Speculative). The Risk ratings were the same as in the current system.

## OTHER DISCLOSURES

For securities recommended in this report in which the Firm is not a market maker, the Firm usually provides bids and offers and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. The Firm regularly trades in, and may, at any time, hold a trading position (long or short) in, the shares of the subject company(ies) discussed in this report. The Firm may engage in securities transactions in a manner inconsistent with this research report and, with respect to securities covered by this report, will buy or sell from customers on a principal basis.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources Smith Barney believes to be reliable, we do not guarantee its accuracy and it may be incomplete or condensed. All opinions, projections and estimates constitute the judgment of the author as of the date of the report and are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. If this is a fundamental research report, it is the intention of Smith Barney to provide research coverage of this/these issuer(s), including in response to news affecting this issuer, subject to applicable quiet periods and capacity constraints. This report is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in this research must take into account existing public information on such security or any registered prospectus.

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received this report from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in this report from the Firm. Please ask your Financial Consultant for additional details.

The UK's Financial Services Authority rules require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. The policy applicable to Citigroup's equity research products can be found at www.citigroupgeo.com. This report may have been distributed simultaneously, in multiple formats, to the Firm's worldwide institutional and retail customers. If this report is being made available via the Smith Barney Private Client Group in the United Kingdom and Amsterdam, please note that this report is distributed in the UK by Citigroup Global Markets Ltd., a firm regulated by the Financial Services Authority (FSA) for the conduct of Investment Business in the UK. This document is not to be construed as providing investment services in any jurisdiction where the provision of such services would be illegal. Subject to the nature and contents of this document, the investments described herein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained herein may have tax implications for private customers in the UK whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser. This material may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the Financial Services Authority and further details as to where this may be the case are available upon request in respect of this material. This report may not be distributed to private clients in Germany. If this publication is being made available in certain provinces of Canada by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved this publication. If this report was prepared by Smith Barney and distributed in Japan by Nikko Citigroup Ltd., it is being so distributed under license. This report is made available in Australia to wholesale clients through Citigroup Global Markets Australia Pty Ltd. (ABN 64 003 114 832 and AFSL No. 240992) and to retail clients through Smith Barney Citigroup Australia Pty Ltd. (ABN 19 009 145 555 and AFSL No. 240813), Participants of the ASX Group. In New Zealand it is made available through Citigroup Global Markets New Zealand Ltd., a member firm of the New Zealand Stock Exchange. This report does not take into account the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. Citigroup Global Markets (Pty) Ltd. is incorporated in the Republic of South Africa (company registration number 2000/025866/07) and its registered office is at Citibank Plaza, 145 West Street, Sandown, Sandton, Johannesburg 2196. The investments and services contained herein are not available to private customers in South Africa. If this report is made available in Hong Kong by, or on behalf of, Citigroup Global Markets Asia Ltd., it is attributable to Citigroup Global Markets Asia Ltd., Three Exchange Square, Hong Kong. If this report is made available in Hong Kong by



**Smith Barney**

Small/Mid-Cap Research

The Citigroup Private Bank to its clients, it is attributable to Citibank N.A., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. This publication is made available in Singapore through Citigroup Global Markets Singapore Pte. Ltd., a Capital Markets Services Licence holder.

© 2004 Citigroup Global Markets Inc. Member SIPC. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. Citigroup and the Umbrella Device are trademarks and service marks of Citicorp or its affiliates and are used and registered throughout the world. Nikko is a service mark of Nikko Cordial Corporation. All rights reserved. Any unauthorized use, duplication, redistribution or disclosure is prohibited by law and will result in prosecution. The Firm accepts no liability whatsoever for the actions of third parties. The Firm makes no representations or warranties whatsoever as to the data and information provided in any third party referenced website and shall have no liability or responsibility arising out of, or in connection with, any such referenced website.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

Plaintiffs' Motion for Class Certification
Kindall Declaration

# EXHIBIT N



**Smith Barney**

Small/Mid-Cap Research

See page 26 for Analyst Certification and Important Disclosures

BUY (1)

**Speculative (S)**

EQUITY

RESEARCH:

UNITED STATES

Market cap: $337 mil.

## Software

July 27, 2004

Mark Verbeck
415-951-1839
mark.verbeck@citigroup.com

Alan Tikwart
415-951-1804

**United States**

# SupportSoft Inc (SPRT)

## Automating Support

> We initiated coverage of SupportSoft with a 1S rating.

> Through a challenging period for IT spending, SupportSoft has produced 11 quarters of consecutive growth.

> The company's 'Real Time Support Automation' software and message resonate with its broadband, enterprise, and outsourcer customers that seek to reduce support costs and increase satisfaction levels.

> SupportSoft has a good head start in the corporate market, including relationships with the 'smart money' outsourcers, yet our analysis suggests that this market is becoming increasingly competitive.

> SupportSoft faces challenges in the broadband mega-deal space, likely further eroding subscription revenues and requiring higher spending levels.

Smith Barney is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Citigroup Global Markets**

SupportSoft Inc – July 27, 2004

# SupportSoft Inc.

(SPRT-AMEX)

**Mark Verbeck**

**+1 (415) 951-1839**

| Rating: | | Price (07/26/2004): | Target price: | 52-Week Range: | Dividend: | Yield: |
|---|---|---|---|---|---|---|
| 1S (Buy (1), Speculative (S)) | | $7.98 | $11.50 | $16-$8.50 | Nil | Nil |

### COMPANY DESCRIPTION

*SupportSoft is a leading provider of software, collectively known as its "Real Time Service Management" offering, that aids in the diagnosis and repair of software configuration problems on end-point devices like PCs and PDAs. This capability reduces the total cost of support for these devices by decreasing the number of support calls and reducing the occurrence of support staff desk-side visits. The company's offerings also include software that enables broadband customers to establish their connection without on-site support.*



SUPPORTSOFT INCORPORATED (SPRT)

### SALES AND EARNINGS ($ in millions, except per-share data)

| FY ends: | Revs. | EBITDA | Net Income | Shares (mil.) | EPS | CF/S | Div. |
|---|---|---|---|---|---|---|---|
| 12/06(E) | $88.7 | NA | 16.6 | 49.3 | $0.34 | $1.80 | 0 |
| 12/05(E) | $75.6 | NA | 13.6 | 47.4 | 0.29 | $1.59 | 0 |
| 12/04(E) | $68.0 | NA | 17.2 | 46.0 | 0.37 | $1.48 | 0 |
| 12/03(A) | $53.3 | NA | 9.5 | 37.6 | 0.25 | $1.42 | 0 |
| 12/02(A) | $41.2 | NA | (1.5) | 33.8 | (0.04) | $1.22 | 0 |
| **5-Year Growth Rates:** | | | | | | | |
| 04-06(A) | 20% | NA | NA | NA | 20.0% | NA | NA |
| 99-03(A) | 20% | NA | NA | NA | 20% | NA | NA |

### KEY RATIOS (%)

| EBITDA Margin | Tax Rate | Net Margin | ROE |
|---|---|---|---|
| NA | 32% | 18.7% | 9.3% |
| NA | 32% | 18.0% | 8.4% |
| NA | 11% | 25.4% | 11.5% |
| NA | 9.4% | 17.9% | 8.4% |
| NA | 0% | -3.6% | (8.4%) |

### QUARTERLY EPS

| FY ends: | 1Q | 2Q | 3Q | 4Q | Total |
|---|---|---|---|---|---|
| 12/06(E) | $0.08 E | $0.09 E | $0.08 E | $0.09 E | $0.34 |
| 12/05(E) | $0.07 E | $0.08 E | $0.07 E | $0.08 E | $0.29 |
| 12/04(E) | $0.09 A | $0.11 E | $0.09 E | $0.10 E | $0.37 |
| 12/03(A) | $0.04 A | $0.08 A | $0.06 A | $0.09 A | $0.25 |

### BALANCE SHEET SUMMARY ($ in millions, as of 12/2003)

| | | | |
|---|---|---|---|
| Current assets | $137.6 | Current liabilities | $23.6 |
| Fixed assets | 0.7 | Long-term debt | 0.0 |
| Other assets | 0.7 | Other liabilities | 1.5 |
| | | Equity | 114.0 |
| Total assets | 139.0 | Total liabilities & equity | 139.0 |
| | | L-T debt/capital | 0.0% |

### VALUATION

| | | | |
|---|---|---|---|
| P/E 12/05(E) | 27.5x | Price/BV | 3.0x |
| P/E 12/04(E) | 21.6x | TEV/EBITDA | NA |
| Rel P/E 2004(E) | 1.3% | Beta | 1.2 |
| Price/revs 12/04(E) | 5.0x | Technical rating | 5 |

### SHARE DATA

| | | | |
|---|---|---|---|
| Market cap (mil.) | $337 | Convertible shares | No |
| Primary shares (mil.) | 42.2 | Institutional ownership | 66.6% |
| Float (mil.) | 28.3 | Insider ownership | 36% |
| Avg. daily volume (mil.) | 0.7 | Weight in S&P 500 | 0% |

### RATING CHANGES

| From | To | Date | Price |
|---|---|---|---|
| | 1S | 07/13/04 | $7.63 |

### RECENT PUBLICATIONS

| Title | Date | No. |
|---|---|---|
| | | |

2

SupportSoft Inc – July 27, 2004



*We initiated coverage of SupportSoft with a Buy/Speculative risk (1S) rating on July 13 at a price of $7.63 and with a target price of $11.00. We raised our target price on July 20 to $11.50 after the company reported a stronger-than-expected second quarter. The company is well positioned in an expanding marketplace, which should allow it to exhibit continued revenue growth.*

**SupportSoft is well positioned to continue its strong performance in the broadband provider market.**
The company enjoys a strong broadband presence, particularly with U.S. cable providers. SupportSoft can leverage these relationships into an expanded footprint and new customers, particularly outside the United States. With only one competitor of note, Motive Communications (Not Rated), this market is fairly attractive and unpenetrated. Smith Barney cable analyst, Niraj Gupta, notes that the cable providers are stepping up efforts to decrease back-office costs and promote self-installs for their broadband business — two trends that will benefit SupportSoft. The company is adding capabilities to better address the market, including support for more platforms (PDA and wireless) and new functionality like voice-based assistance.

**Broadband presents a significant opportunity for SupportSoft.**
Niraj Gupta estimates the broadband market is estimated to be growing close to 20% annually in the U.S. and customer self-installs are growing as a percentage of the total with providers offering incentives for customers to do the self-install. The economics are compelling as our cable analyst, Niraj Gupta, estimates that a truck-roll for broadband installation costs the provider $100. We estimate that the base opportunity is approximately $75 million today, growing to $150 million in 2009. In addition, if SupportSoft extends its solution (which we believe it will) to address new requirements such as interactive TV and voice-over-IP telephony, there is additional upside.

**Nascent market and valuation should provide protection from software malaise.**
Despite the recent difficulties in the enterprise software market, we have confidence in our recommendation on SupportSoft because it has more revenue visibility than many other software companies as a result of its ratable revenues, because the broadband providers have a sense of urgency about addressing these problems, and because the enterprise market is quite small in relation to its potential, offering protection from macro factors.

**SupportSoft has some challenges ahead.**
The enterprise market is significantly more competitive than the broadband market. While SupportSoft has innovative product offerings, it faces significant competitors in the enterprise market, including some that already have robust sales channels, resulting in the need for SupportSoft to invest more in sales and marketing in the near term to adequately address the opportunity. The subscription revenue model is unproven for SupportSoft.



citigroup
**Smith Barney**
Small/Mid Cap Research

3

SupportSoft Inc – July 27, 2004

# Table of Contents

Investment Summary ...........................................................................................................3
Investment Overview .........................................................................................................5
Model Assumptions and Estimates .....................................................................................5
Valuation.............................................................................................................................5
Risks ...................................................................................................................................6
Industry ..............................................................................................................................7
Company.............................................................................................................................9
Technology and Solutions...................................................................................................9
Business Model.................................................................................................................11
Distribution ......................................................................................................................12
Customers .........................................................................................................................13
Selected Customer List .....................................................................................................13
Competition ......................................................................................................................13
Financials..........................................................................................................................14
Corporate Governance ......................................................................................................17
Management ......................................................................................................................17
Board of Directors ............................................................................................................18

**FIGURES:**
Figure 1.  Household Broadband Subscriber Growth.........................................................8
Figure 2.  SupportSoft — Channel Contribution...............................................................12
Figure 3.  SupportSoft's Customers.................................................................................13
Figure 4.  SupportSoft — Revenue Breakdown (License vs. Subscription).......................15
Figure 5.  SupportSoft — Financial Metrics .....................................................................17
Figure 6.  SupportSoft — Pro Forma Income Statement...................................................19
Figure 7.  SupportSoft — Income Statement Metrics........................................................20
Figure 8.  SupportSoft — GAAP Income Statement..........................................................21
Figure 9.  SupportSoft — Balance Sheet..........................................................................22
Figure 10.  SupportSoft — GAAP Cash Flow Statement....................................................23
Figure 11.  SupportSoft — Valuation Sheet......................................................................24

SupportSoft Inc – July 27, 2004

# Investment Overview

*SupportSoft survived the dot-com implosion and the demise of the independent broadband provider.*

SupportSoft has nimbly navigated a treacherous landscape, surviving both the dot-com implosion (the company was formerly Support.com) and the demise of the independent broadband provider (Excite @ Home was an early, large customer) and emerged with a many-faceted product footprint and a diverse addressable market. We do not believe the land mines have disappeared, but the company's proven execution and significant product portfolio should help it steer its way through.

## Model Assumptions and Estimates

We expect that SupportSoft should be able to substantially exceed our estimated software industry growth rate of 8%–10% during our five-year forecast period. While the larger systems management market, of which we consider SupportSoft a member, has challenges with declining mainframe sales and high penetration of core functionality, SupportSoft differentiates itself from the group by addressing the management of end-points like PCs and PDAs. The management of end-points benefits from the move to distributed systems and has little penetration. Indeed, in the competitive section, we note that many of the traditional systems management vendors are looking to this area as an expansion opportunity.

For the company's third quarter 2004, ending September 30, 2004, we currently forecast revenues of $17.1 million (up 26% year over year) and EPS of $0.09, in line with the company's guidance of $16.7–$17.5 million in revenues and $0.08–$0.09 EPS. Our revenue estimates for fiscal 2004–06 are $68.0 million, $75.6 million, and 88.7 million, respectively. The 11% revenue ramp in fiscal 2005 reflects our conservative view on the company's ability to replace the revenues from an eight-figure deal that it signed in third quarter 2003 and is recognizing over five quarters. Our revenue growth assumption rebounds in fiscal 2006. Our EPS estimates for fiscal 2004–06 are $0.37, $0.29, and $0.34, respectively. The decrease in EPS from fiscal 2004 to fiscal 2005 reflects our assumption that the company will be reporting taxes at a normalized tax rate in fiscal 2005 versus the 11% tax rate being used this year. This implies the company will record a one-time gain in December 2004 as it reverses the reserve on the deferred tax asset attributable to its remaining NOLs, which we estimate at $24.5 million after first quarter 2004. The company guided fiscal 2004 revenues and EPS to $66–$69 million and $0.34–$0.37 respectively.

## Valuation

For SupportSoft, we used two primary methods to derive our valuation. The first is discounted cash flow (DCF) analysis. For our DCF analysis, we fully model the company's income statements, balance sheets, and cash flows to a terminal year, in excess of 20 years out, to determine free cash flow in each of the years. At that point, we believe the company will be at terminal cash flow growth rates approximating GDP growth rates (generally 3%). For our DCF analysis, we use a risk-free rate of 4.5% and an equity risk premium of 5%. Our second valuation method is a P/E analysis based on a five-year forward business model, where we forecast a five-year revenue compounded annual growth rate (CAGR), normalized



operating margins, and an expected P/E multiple in order to derive a valuation normalized for what we believe is the company's mature operating model.

Our $11.50 target price for SupportSoft is based on both our DCF and P/E-based methodologies. To estimate beta, we analyzed the historical beta of a basket of software stocks for an eight-year period, excluding a period from 1999 to 2000, which we define as "The Bubble." This analysis suggested that a beta of 2.0 was a reasonable value to use as a forward-looking number for many of our software stocks. Companies that are more mature, having slower growth rates and/or a higher percentage of recurring revenues, would have a beta less than this typical number. For our DCF analysis, we employ a beta of 2.0, a terminal free cash flow (FCF) multiple of 8.7x, and a weighted average cost of capital (WACC) of 14.5%. This analysis suggests a value of $11.60 per share.

For our P/E-based methodology, we first projected net income five years forward based on a five-year revenue CAGR of 20%, a normalized operating margin of 25%, and a tax rate of 32%. The 25% operating margin is typical for our software companies with a low percentage of professional services. We then applied a multiple of 24x to this net income projection and discounted this number to the present, which suggests a stock price of $11. The 24x multiple represents a 1.4x premium to the S&P 500 market multiple. For our 1.4x market premium, we compared a basket of software stocks' multiple to the S&P 500 multiple over an eight-year period, excluding a period from 1999 to 2000 which we define as "The Bubble." Our conclusion from this analysis is that because of what we believe are attractive aspects of the software company business model, software companies trade at a 1.4x premium to the S&P 500 multiple. As our P/E-based valuation is based on full tax rates and does not include an allowance for lower tax payments as a result of loss carryforwards, we add $0.55 to our target price to allow for the present value of the $25 million deferred tax asset, giving a total target price of $11.50.

## Risks

We rate SupportSoft shares Speculative risk due to high share price volatility, mid-cap market capitalization, and significant customer concentration.

Risks to our target price for SupportSoft include:

➤ The company frequently has customers that account for more than 10% of its revenues. If the company were unable to close a sale of this magnitude in a given quarter it could have a significant negative impact on the stock. The risk is mitigated somewhat because a significant portion of its revenues is not in the form of perpetual license sales that are recognized as revenues in the quarter sold.

*SupportSoft is exposed to the fortunes of the broadband industry.*

➤ The company gets a significant portion of its revenues from the broadband industry, particularly cable providers. As such, SupportSoft is exposed to the fortunes of this industry as well. We note that there has been significant M&A activity in this industry, which can create additional exposure as well as opportunity.

6

SupportSoft Inc -- July 27, 2004

> The company's target market on the corporate side has seen an increasing amount of interest from some larger and better-capitalized players, including Microsoft, HP, and Symantec. If any of these players are effective at developing solutions, their broad distribution channels and large product footprints could make it difficult for SupportSoft to expand this market.

> Software companies traditionally have back-end-loaded quarters, thus giving very little visibility to license revenues.

> The company has a poor track record of maintaining and growing its subscription revenues. To the extent a decline in this revenue stream decreases the company's visibility, investors may not be willing to pay the same multiple for the company.

*Last quarter, SupportSoft added only three new customers.*

> In the most recent quarter, the company added only three new customers. If the company is unable to increase the number of customers it is adding, it will be difficult for it to continue to grow its revenues.

If the impact on the company from any of these factors proves to be greater than we anticipate, the stock could materially underperform our target.

## Industry

It is difficult to size the market for support automation because of the fragmented market and multitude of solutions including a lot of support still being provided with a manual approach. To analyze the market opportunity for SupportSoft, we looked at the broadband service provider market and the information technology support market as the two demand drivers for the company's products. Based on our analysis, we believe the company can grow revenues at an annual 20% rate over the next five years.

### Broadband Service Provider and OEMs

While their businesses are quite different, broadband service providers and original equipment manufacturers (OEMs) face a similar challenge — managing the unmanaged. With no control over the software or configuration changes their customers are making, these organizations nonetheless often receive the support calls to repair the damage. We found in our due diligence, this kind of complexity was often the most important driver of SupportSoft adoption. For these companies, customer support is business critical — thus they have been willing to adopt support automation software even in a challenging spending environment.

Since its inception, the broadband service providers have had a challenging business model, numerous competitors, falling prices, and significant technology complexity. These providers need solutions to help decrease the cost of installing and servicing their customers. Broadband subscriber growth, churn caused by the entrance of new options, and international expansion will drive this business for SupportSoft. In addition, SupportSoft continues to expand its product offering for these customers with functionality live assist, knowledge base capabilities, and more support channels. One challenge in this market is our belief that there is unit price pressure on solutions, and that new functionality is largely maintaining pricing rather than



citigroup」
**Smith Barney**
Small/Mid-Cap Research

7

expanding it. With the high end of the U.S. market seemingly spoken for, U.S. growth should largely mirror household broadband subscriber growth, which our Internet analyst, Lanny Baker, estimates at 32% in 2004 and a five-year CAGR of 17%. Additional momentum for broadband will be delivered by international markets, which are largely unpenetrated. For this reason we peg the subscriber growth rate here at about 20% over the next five years.

**Figure 1. Household Broadband Subscriber Growth**



Source: Company reports and Smith Barney estimates

## Information Technology Support

*We think SupportSoft could grow its IT support business at a 20%–25% CAGR for the next five years.*

While not as costly as sending a truck to a customer's premises, sending an IT support person to visit an employee's desk is still quite expensive. Although support automation in the organization has cost saving and productivity-improving value, it is not business critical for many organizations we have spoken to, and thus we believe an improving IT spending environment would be necessary to make dollars widely available for this type of solution. We found it interesting that the outsourcing firms like Accenture and ADP are adopting this technology when they are outsourcing the support of other firms' IT infrastructure. In this case, productivity and customer satisfaction are business critical for the outsourcer. We believe this is a leading indicator of the value of the solution that will translate into broader adoption with more plentiful IT spending. With a very underpenetrated market, the growth potential here could be quite large, yet we believe this market will be quite competitive, as we discuss later. We believe that with proper execution, SupportSoft could grow this business at a 20%–25% CAGR for the next five years.

SupportSoft Inc – July 27, 2004

## Company

SupportSoft, based in Redwood City, California, provides software that helps manage and even automate the resolution of software-based technology issues for computers and computing devices. The company's solutions have resonated with the cable broadband industry, outsourcers of corporate information technology, and internal information technology departments that are seeking to minimize the expense associated with managing an increasingly complex software landscape across all manner of devices.

*SupportSoft has grown its license revenues in each of the last 11 quarters.*

Founded in 1997, the company went public in July 2000 at $14 per share. Despite an early stumble, the company has demonstrated strong execution, meeting or exceeding its initial targets for cash flow breakeven and profitability. The company has the enviable position of growing license revenues sequentially for 12 quarters as of second quarter 2004, a feat achieved by only three other software companies in our screen of the software companies in the Russell 3000 software companies.

## Technology and Solutions

SupportSoft offers suites of products to address service and support automation for various end-point computing devices like the PC and the PDA. The SupportSoft website contains a complete product and technology overview. In an attempt to distill this information into something more meaningful for investors, we look at the SupportSoft offerings by the end markets they address.

### Technology

SupportSoft's products are built around the concept of *Real-Time Service Management (RTSM)*, which strives to reduce human interaction by proactively assessing and addressing problems/situations as they arise, resulting in service and support automation. RTSM is built around the company's DNA™ Architecture, which provides a record of all changes, thus providing a consistent and reversible environment for addressing support-related issues as they happen. SupportSoft's products can be deployed as stand-alone products or as an integrated suite. The products work together to promote automation of support services and support processes across support channels, thus requiring less human interaction and decreased human support interaction.

The company uses its SmartIssue Technology to collect personal information about the user, the system, and the current incident. The SmartIssue Technology then relays this information to the support tools or personnel that are best equipped to handle the situation. By using the Internet and a unified, transactional metadata layer, SupportSoft is able to integrate its solution with any support provider. The SmartIssue technology is complemented by the company's DNA Probe™, which immediately identifies the user's software applications and operating system components and tracks them over a period of time. The DNA Probe™ technology also identifies all of the network settings, which helps support organizations provide a more personalized support solution.



SupportSoft uses its patented *Software Vaults* to effectively deliver solutions upon diagnosis. The Software Vaults contain a large number of files and support actions, residing locally or in a network environment, which are made available to help address the problem. The Software Vaults are unique in that they will address problems in a logical sequence, providing the necessary replacement files in a timely fashion, thus allowing the servers to support thousands of users.

Other SupportSoft technologies include the *SmartResult™ System*, which is a context-sensitive platform that leverages the company's SmartIssue information with solution retrieval technology in order to automate problem response resolution for "how to" and "it doesn't work" questions. The SmartResult™ System provides the right answers by gathering and analyzing context-sensitive information and comparing it to defined data structures, which in turn provides real-time solutions.

*SupportActions™* is a tool for quickly resolving support problems by providing a point-and-click interface that supports multiple languages, including Java, Perl, and Visual Basic. SupportActions™ can be used for Virus Updates or patches across multiple desktops.

*SupportTriggers™* is a real-time support tool that enables the problem resolution process to begin before the problem has been identified by the user. SupportTriggers are events that reside within the application that provide an automatic support response.

### Solutions

#### Broadband Providers

Broadband companies regularly account for roughly 50% of SupportSoft's revenues.

This is a large market for the company, regularly accounting for approximately 50% of the company's revenues. The company claims six of the seven largest broadband companies as customers and these customers deliver multi-million-dollar transactions.

#### Support Automation

Because there is no standard PC configuration, broadband providers face tremendous challenges in making sure their customers' computers can get online. This diverse, unmanaged environment is well suited to an automated support solution, and this is where SupportSoft first gained traction with the broadband providers. By understanding the configuration change that may have caused a customer's connection problem, and enabling either faster or completely automated resolution of the problem, SupportSoft reduces support costs.

#### Automated Installation

This is a newer addition to the company's product line. Formerly, it partnered with BroadJump, which was acquired by Motive, for this capability. Since developing its own solution, SupportSoft has been aggressively working to replace competitors in its support tools installed base with its SmartAccess™ offering. In the early days of broadband in the home, it was not unusual to have several trucks visit your house to install equipment and test the connection. With continuing price pressure and no more equity dollars to fund that kind of madness, cost-effective, automated installation is key to the provider's business model.

**Additional Opportunities**

The company is developing and marketing new products that it hopes will further its penetration of the broadband provider wallet. Some of these initiatives include HomeNet™ (a home networking installation product) and a development effort with Scientific Atlantic to embed support automation software in its digital video set-top box.

### Corporate Enterprise

**Support Automation**

While based on the same underlying technology as the broadband support automation products, the corporate products leverage the more extensive configuration information and greater control over the environment. Here there is more emphasis on resolving problems before they occur with functionality like auto release and resolve which can also help with virus remediation. Other functionality aids IT operations with auto discovery and metering functionality, problem tracking and a knowledge base.

**Additional Opportunities**

While we believe the company's products are largely being used to manage PCs, we believe there will be a burgeoning opportunity to manage the proliferation of PDAs, smart phones, and wireless devices.

**OEM**

Somewhere between the enterprise and the broadband provider is the OEM that wants to improve the customer service on its products. Here, companies like IBM utilize the SupportSoft products to better diagnose and repair what they don't control, namely the software conflicts and errors that can cause the equipment to not perform as intended. We believe it is unlikely that new products will be developed for this market.

### Business Model

SupportSoft employs a traditional enterprise license, maintenance, and services model, with one twist. In addition to selling a perpetual license, the company offers a variety of term options and payments plans to its customers. Term revenues have the advantage of giving the company better visibility to its future revenues than most software companies. The majority of the company's revenues come from direct sales to end users. Because the broadband providers can enter into large contracts with the company, SupportSoft often experiences significant customer concentration in its quarters. The company has little OEM products so license revenues run between 98% and 99% of gross margin. Maintenance contracts, which typically run at 18% of the initial license annually, cover both support and upgrade rights. Maintenance is not charged separately on the subscription contracts because it is bundled into the subscription price. The company offers training and implementation services as well.



**citigroup**

**Smith Barney**

Small/Mid-Cap Research

SupportSoft Inc -- July 27, 2004

*The contribution from ratable license revenues has continued to fall.*

As the company's solutions have become more proven, and it expands its geographic footprint and sells into the enterprise more frequently, the contribution from ratable license revenues has continued to fall. We view this as a natural evolution for the company. We note that in the fourth quarter of 2003 there was a break in this trend caused by the first of a series of five payments to be made under a large contract, yet as we look at first quarter 2004, the trend continues, and unless a new significant customer is signed to replace the revenue stream that ends in the fourth quarter of 2004, there will be a significant drop in license revenues in the following quarter.

## Distribution

The majority of license revenues are delivered by SupportSoft's 24 quota-carrying sales reps (as of first quarter, 2004), but the company also counts on channel relationships to help support its license business. In recent quarters, 10%–30% of SupportSoft's license revenues have come from its channel. Channel partners include managed service providers like Accenture, CSC, and IBM Global Services and other vendors that incorporate the SupportSoft product into their own — like Siebel, which incorporates SupportSoft into its Employee Relationship Management Product, and IBM, which has installed the software on its ThinkPad, NetVista, and Netfinity lines.

Figure 2. SupportSoft — Channel Contribution



Source: Company reports and Smith Barney

12

## Customers

*SupportSoft has about 200 customers.*

We estimate the company has about 200 customers. Approximately 50% of its revenues come from its broadband provider customers, the majority of which are cable broadband providers, while the remainder comes from IT departments of large organizations, managed service providers, and OEMs. We estimate that OEMs account for less than 5% of revenues.

For a little more color, we analyzed the company's 2003 10-K, which lists 45 customers that generated revenues or orders of more than $100,000 in 2002 and 2003. Of these, 11 are broadband customers and the balance is made up of enterprises and managed service providers. It is interesting to note that if we apply the quarterly revenue splits over this time period the broadband customers generated $40.9 million, or $3.7 million per listed customer, while the other customers contributed $53.6 million, or $1.6 million per listed customer. Admittedly the actual numbers here are suspect as a result of timing issues and not accounting for smaller customers among other things. Nevertheless, we believe the magnitude of the difference is illuminating.

The company has limited international exposure as it is just beginning to build up its capabilities. In the most recent quarters, International revenues have contributed about 10% of sales.

## Selected Customer List

Figure 3. SupportSoft's Customers

| Enterprise | Outsourcers and OEM | Broadband |
|---|---|---|
| 3M Company | Accenture Limited | Adelphia Communications Corporation |
| ADP, Inc. | Affiliated Computer Services, Inc. | Belgacom, NV |
| Bank of America Corporation | Automated Systems (HK) Limited | BellSouth Corporation |
| British Telecommunications plc | Cap Gemini Ernst & Young UK plc | Charter Communications, Inc. |
| Cisco Systems, Inc. | CGI Group, Inc. | Comcast Corporation |
| General Electric Company | CompuCom Systems, Inc. | Cox Communications, Inc. |
| Lockheed Martin Corporation | Computer Sciences Corporation | SBC Communications, Inc. |
| Merrill Lynch | Eagle Alliance | TeliaSonera, AB |
| Schlumberger Omnes, Inc. | Hewlett-Packard Company | Time Warner Cable |
| Siebel Systems, Inc. | IBM Corporation | Tiscali S.p.A. |
| The Procter & Gamble Company | Perot Systems Corporation | UPC Nederland |
| Thomson Financial Inc. | | |
| Washington Mutual, Inc. | | |

Source: Company reports and Smith Barney

## Competition

*SupportSoft faces little competition in the broadband and OEM markets...*

In the broadband and OEM markets, SupportSoft faces little competition. We view Motive as the primary competitor in these markets. It seems that these two competitors have largely sewn up the U.S. market with Motive having the advantage with the DSL providers and SupportSoft having a commanding lead with the cable providers. Other than the periodic takeaway, that would likely be quite price competitive, we believe the opportunity in this market is one of footprint expansion.



*...But the corporate market is a different story...*

The corporate market is quite a different story. The approaches to support automation range from the brutish to the sophisticated and there is often a range of options that can be taken to address the pain point a particular organization is experiencing. Beyond its core support automation technology, SupportSoft has extended its functionality with offerings that are core to other vendors. Examples include asset discovery from Peregrine and MRO software, knowledge management from Primus Knowledge Systems, and software patch management from Marimba and Microsoft. In addition, while we believe SupportSoft's sophisticated approach to system recovery is vastly better than the brutish full system restore offered by a solution like Symantec's Ghost product, it does not prevent these other products from competing in the marketplace. To make the competitive landscape more challenging, a number of vendors have recently been showing interest in directly competing in support automation. We believe that SupportSoft might also face Alteris, Microsoft, Symantec, Veritas, Motive, or Quest in competitive situations, depending on the specifics of how the customer defines its problem. In the corporate market, we also believe that the decision to not prioritize support automation could be the most challenging factor in a tight IT spending environment.

*...And don't forget Microsoft.*

We can't ignore Microsoft's activities in and around this space. Windows XP, while still gaining traction in the corporate market, offers a number of significant enhancements to automate support activities including enhanced remote control functionality and a renewed focus on patch management in order to stem the virus problem. XP SP2 is to include more patch management functionality and the company has released an improved versions of SMS (Systems Management Server), its software distribution product. In addition, it has expanded the capabilities of SUS (Software Update Server), its free distribution product to cover a larger problem set.

## Financials

Our revenue estimates for 2004–06 are $68.0 million, $75.6 million, and 88.7 million, respectively. The 11% revenue ramp in 2005 reflects our conservative view of the company's ability to replace the revenues from an eight-figure deal that it signed in third quarter 2003 and is recognizing over five quarters. Our revenue growth assumption rebounds in 2006. Our EPS estimates for 2004–06 are $0.37, $0.29, and $0.34, respectively. The decrease in EPS from 2004 to 2005 reflects our assumption that the company will be reporting taxes at a normalized tax rate in 2005 versus the 11% tax rate being used this year. This implies the company will record a one-time gain in December 2004 as it reverses the reserve on the deferred tax asset attributable to its remaining NOLs, which we estimate at $24.5 million after first quarter 2004.

14

SupportSoft Inc – July 27, 2004



Figure 4. SupportSoft — Revenue Breakdown (License vs. Subscription)

Source: Company reports and Smith Barney estimates

*SupportSoft will likely have difficulty improving operating margins in the near term.*

We believe the company is running quite lean and will have difficulty improving operating margins in the near term. Sales headcount has not kept pace with the company's growth and will need to expand in order to continue to grow and as the average deal size declines with higher penetration of the corporate market. Research and development spend will need to increase as the company competes against larger and better funded enterprises in the corporate market.

**Cash Flow and Balance Sheet**

As with most software companies, cash flow modestly exceeds earnings as working capital liabilities grow slightly faster than working capital assets and there is very little capital invested in the business. In addition, NOLs should provide $20 million of cash flow improvement on GAAP results in 2005 and beyond. Our estimates for free cash flow in 2004–06 are $37.1 million, $14.3 million, and $17.6 million, respectively.

SupportSoft has $128 million in cash and no debt.

**Recent Results**

In its fiscal second quarter of 2004, SupportSoft posted $16.9 million of revenues, beating guidance of $16.0–$16.4 million. Revenues were up 34% year over year and the company continued its streak of sequential revenue gains, up 7.5% versus first quarter 2004. EPS came in at $0.11 versus guidance of $0.08–$0.09 and consensus of $0.08.



citigroup
**Smith Barney**
Small/Mid-Cap Research

**Financial Metrics**

There are several financial metrics that we believe are significant for investors to pay attention to:

➤ DSOs have been erratic as a result of the timing of large payments and changes in international revenues. While we believe 64 days is lower than expected, we would also prefer not to see them spike back up to the 100-plus range of 2002.

➤ Customer concentration remains a concern with large deals being essential to making each quarter's numbers. While ASPs have fallen as a larger number of small deals fill in the bottom, the elephant deal remains essential. As the company continues to grow, the occurrence of 10%-plus customers should diminish.

➤ International business is largely an untapped market for the company, averaging less than 10% of revenues over the last four quarters.

➤ Sales productivity is likely unsustainably high — few companies have $2 million annual sales quotas per rep, much less a team that is averaging this. In order to continue to grow, it is likely this productivity will fall as the company expands its salesforce.

SupportSoft Inc – July 27, 2004

**Figure 5. SupportSoft — Financial Metrics**

| | Mar-01 | Jun-02 | Sep-02 | Dec-02 | Mar-03 | Jun-03 | Sep-03 | Dec-03 | Mar-04 |
|---|---|---|---|---|---|---|---|---|---|
| DSOs | 124 | 116 | 116 | 59 | 94 | 81 | 95 | 74 | 64 |
| # Transactions | 21 | 15 | 25 | 25 | 24 | 26 | 18 | 30 | 26 |
| Thereof Repeat | 10 | 10 | 16 | 15 | 17 | 17 | 12 | 12 | 23 |
| $5M+ Bookings | | | | | | | 2 | 2 | |
| 10% Customers | 1 | 2 | 1 | 2 | 3 | 1 | 2 | 2 | 2 |
| ASP ($100) | 400 | 500 | 700 | 400 | 900 | 1000 | 1100 | 600 | 1500 |
| % Broadband | 45% | 25% | 55% | 37% | 27% | 66% | 40% | 47% | 40% |
| % International | | | 5% | 16% | 19% | 5% | 7% | 8% | 13% |
| Headcount | 150 | 156 | 161 | 151 | 161 | 161 | 164 | 170 | 182 |
| % Channel | 24% | 14% | 16% | 24% | 33% | 14% | 11% | 27% | 38% |
| S&M per Rep(k) | 207 | 198 | 205 | 217 | 194 | 204 | 257 | 239 | 260 |

Source: Company reports and Smith Barney estimates

## Corporate Governance

We believe SupportSoft is one of the more exemplary companies in the software industry on the issue of corporate governance, especially for its size. Some of the factors that we point to in support of this conclusion include:

➤ Majority of board members are independent.

➤ Company refrained from repricing options when the stock fell substantially from its post-IPO levels.

➤ In 2002, when executive loans became a hot issue, the company moved to quickly have these loans repaid.

➤ Option grants appear to be reasonable given the early stage in the company's life cycle.

## Management

**Radha R. Basu — CEO, President, and Chairman of the Board**
Ms. Basu has been SupportSoft's president and CEO since 1999, and was appointed chairman of the board in January 2001. Previously, Ms. Basu worked at Hewlett-Packard from 1978–1999, where she held various general management positions, including most recently, general manager of the electronic business software organization.

**Brian M. Beattie — CFO, EVP of Finance and Administration**
Mr. Beattie has been CFO and EVP of Finance and Administration since October 1999. From May 1998 to May 1999, Mr. Beattie served as VP of finance, mergers, and acquisitions of Nortel Networks. From July 1996 to April 1998, Mr. Beattie


**citigroup<sup>J</sup>**
Smith Barney
Small/Mid-Cap Research

17

served as group VP of Meridian Solutions of Nortel Networks. From February 1993 to June 1996, Mr. Beattie served as VP of finance, Enterprise Networks, for Nortel Networks.

**John Van Siclen — Senior VP of Worldwide Sales and Services**
Mr. Van Siclen is responsible for SupportSoft's worldwide sales and customer-facing services operations, including direct sales, channels and managed service provider business, and global services. Previously Mr. Van Siclen was president and CEO at Interwoven Inc. Mr. Van Siclen has 25 years of sales and services expertise in helping build global enterprise sales, field services, and business operations.

**Chris Greitak — Senior Vice President of Products and Marketing**
Mr. Greitak was previously the senior vice president of Worldwide Marketing for Portal Software, where he was responsible for Portal's product, services, and solutions strategy as well as marketing and corporate communications. Prior to Portal, Mr. Greitak was chief marketing officer for Broadvision.

**Scott W. Dale — Vice President of Engineering**
Mr. Dale has served as the chief technical officer since the company's incorporation in 1997 and recently assumed the position of VP of Engineering. Prior to SupportSoft, Mr. Dale worked briefly as a software consultant for M&I Data Services. From July 1992 to January 1997, Mr. Dale served as a software consultant to Hewlett-Packard.

**Cadir B. Lee — Chief Software Officer and Founder**
Mr. Lee has served as the chief software officer since the company's incorporation in 1997. His primary responsibilities include product management, strategic technical direction, and product architecture. From 1995 to 1997, Mr. Lee served as a consultant to Hewlett-Packard.

**Lucille K. Hoger — Vice President of Operations**
Ms. Hoger has been VP of Operations since February 2000. From 1996 to 2000, she was the chief operating officer at ConnectInc.com. From 1992 to 1995, she was a principal for Gemini Consulting, an affiliate for Cap Gemini.

## Board of Directors

*Radha R. Basu* — President, chairman, and CEO

*Manuel Diaz* — Retired vice president, Hewlett-Packard Co.

*Kevin C. (Casey) Eichler* — Vice president and CFO, MIPS Technologies

*Claude M. Leglise* — Vice president, Intel

*Edward S. Russell* — General partner, Diamondhead Ventures

*Jim Thanos* — Former executive vice president and general manager of Worldwide Field Operations at Broadvision

*Dick Williams* — President and CEO, Wily Technologies

18

Case3:04-cv-05222-SI Document93-2 Filed02/01/06 Page28 of 55

SupportSoft Inc -- July 27, 2004

## Figure 6. SupportSoft — Pro Forma Income Statement

| SupportSoft, Inc. Proforma Income Statement | FY End Dec/00 Act | FY End Dec/01 Act | FY End Dec/02 Act | FY End Dec/03 Act | FY End Dec/04 Est | FY End Dec/05 Est | FY End Dec/06 Est | Qtrly 03/02 Act | Qtrly 06/02 Act | Qtrly 09/02 Act | Qtrly 12/02 Act | Qtrly 03/03 Act | Qtrly 06/03 Act | Qtrly 09/03 Act | Qtrly 12/03 Act | Qtrly 03/04 Act | Qtrly 06/04 Act | Qtrly 09/04 Est | Qtrly 12/04 Est | Qtrly 03/05 Est | Qtrly 06/05 Est | Qtrly 09/05 Est | Qtrly 12/05 Est |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proforma Revenue | 18.7 | 30.4 | 41.2 | 53.3 | 66.0 | 73.8 | 86.7 | 8.4 | 8.6 | 11.3 | 11.9 | 12.0 | 12.6 | 13.5 | 15.1 | 15.7 | 16.9 | 17.1 | 18.3 | 17.4 | 18.0 | 18.7 | 20.3 |
| Sequential Change | | | | | | | | | 7.7% | 17.4% | 8.3% | 1.8% | 5.1% | 7.3% | 11.5% | 3.8% | 7.5% | 1.1% | 7.0% | -5.0% | 7.5% | -1.2% | 8.6% |
| Year/Year Change | | 63.0% | 36.3% | 29.4% | 27.6% | 11.8% | 17.3% | | | | | 36.5% | 33.2% | 21.8% | 28.1% | 31.0% | 33.9% | 26.3% | 20.6% | 12.3% | 12.1% | 9.6% | 10.0% |
| Subscription | 13.7 | 16.5 | 16.7 | 15.3 | 13.3 | 6.3 | 3.8 | 4.1 | 3.7 | 4.6 | 4.3 | 3.8 | 3.3 | 2.9 | 4.1 | 3.7 | 4.1 | 3.3 | 3.2 | 1.6 | 1.6 | 1.5 | 1.5 |
| Sequential Change | | | | | | | | | -9.8% | 24.6% | -7.7% | -7.6% | -13.1% | -11.7% | 77.2% | -10.2% | -10.8% | 8.3% | -3.0% | -49.7% | 0.0% | -6.2% | 0.0% |
| Year/Year Change | | 20.1% | 1.2% | -8.2% | -13.3% | -52.7% | -39.1% | | | | | -8.7% | -11.6% | -37.0% | 21.0% | -7.1% | -7.2% | 13.8% | -37.3% | -55.6% | -47.9% | -54.9% | -52.6% |
| License | 0.0 | 8.0 | 14.6 | 26.6 | 33.0 | 41.4 | 50.1 | 2.5 | 3.3 | 3.9 | 4.8 | 5.7 | 6.3 | 7.5 | 6.0 | 7.8 | 8.6 | 8.0 | 9.0 | 9.8 | 10.5 | 10.0 | 11.2 |
| Sequential Change | | | | | | | | | 31.4% | 19.7% | 23.0% | 18.8% | 11.1% | 18.7% | -19.9% | 30.0% | 10.4% | -4.6% | 12.5% | 8.7% | 9.9% | -5.1% | 12.0% |
| Year/Year Change | | 0.0% | 141.3% | 75.4% | 29.0% | 25.4% | 21.1% | | | | | 126.1% | 92.9% | 91.2% | 24.8% | 31.3% | 32.8% | 8.9% | 49.2% | 26.3% | 25.1% | 25.2% | 24.6% |
| Maint/Service Total | 4.9 | 7.8 | 9.8 | 17.4 | 21.7 | 27.9 | 34.7 | 2.2 | 2.5 | 2.6 | 2.7 | 2.4 | 3.0 | 3.1 | 3.3 | 4.5 | 5.4 | 5.8 | 6.1 | 6.4 | 6.8 | 7.2 | 7.6 |
| Sequential Change | | | | | | | | | 12.1% | 3.4% | 0.0% | -11.2% | 23.4% | 4.1% | 27.5% | 13.2% | 22.0% | 5.9% | 5.2% | 5.7% | 5.7% | 6.0% | 5.2% |
| Year/Year Change | | 60.0% | 25.7% | 24.8% | 75.3% | 28.5% | 24.4% | | | | | 8.1% | 20.1% | 11.0% | 45.5% | 85.8% | 83.5% | 88.7% | 54.1% | 41.8% | 24.8% | 24.3% | 24.7% |
| No Revenue Segment Defined | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Sequential Change | | | | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Year/Year Change | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| No Revenue Segment Defined | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Sequential Change | | | | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Year/Year Change | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| No Revenue Segment Defined | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Sequential Change | | | | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Year/Year Change | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| No Revenue Segment Defined | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Sequential Change | | | | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Year/Year Change | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Proforma Cost of Revenue | 7.3 | 6.7 | 6.2 | 7.8 | 9.8 | 13.9 | 14.8 | 1.4 | 1.8 | 1.5 | 1.6 | 1.8 | 1.9 | 1.9 | 2.0 | 2.2 | 2.5 | 2.6 | 2.0 | 2.6 | 2.9 | 3.1 | 3.2 |
| Cost of License | 1.4 | 0.6 | 0.3 | 0.4 | 0.3 | 0.4 | 0.5 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Cost of License Gross Margin | 0.0% | 92.0% | 97.8% | 98.6% | 99.0% | 99.0% | 99.0% | 97.4% | 98.0% | 97.7% | 98.1% | 98.4% | 98.5% | 98.8% | 98.4% | 98.8% | 99.1% | 99.0% | 98.8% | 99.0% | 99.0% | 99.0% | 99.0% |
| Cost of Maint/Service Total | 5.9 | 6.2 | 5.9 | 8.0 | 9.5 | 11.6 | 14.3 | 1.4 | 1.6 | 1.4 | 1.5 | 1.7 | 1.8 | 1.6 | 1.9 | 2.1 | 2.3 | 2.4 | 2.5 | 2.7 | 2.9 | 3.0 | 3.1 |
| Cost of Maint/Service Total Gross Margin | -19.8% | 21.0% | 40.1% | 46.7% | 57.2% | 58.5% | 58.7% | 37.8% | 38.6% | 43.2% | 41.6% | 29.6% | 38.6% | 52.2% | 52.8% | 52.4% | 58.2% | 58.3% | 58.4% | 56.4% | 58.5% | 58.5% | 58.6% |
| Proforma Gross Profit | 11.4 | 23.8 | 35.0 | 45.1 | 56.3 | 59.8 | 73.8 | 7.4 | 7.8 | 9.8 | 10.2 | 10.2 | 10.7 | 12.0 | 13.2 | 13.5 | 14.6 | 14.8 | 15.7 | 14.9 | 15.8 | 15.8 | 17.1 |
| Proforma Gross Margin | 60.8% | 78.1% | 85.0% | 86.4% | 85.3% | 84.1% | 85.3% | 83.8% | 82.0% | 88.1% | 86.6% | 85.2% | 84.8% | 88.4% | 87.1% | 86.0% | 86.1% | 85.5% | 85.7% | 84.3% | 84.8% | 83.8% | 84.0% |
| Sequential Change | | | | | | | | | -1.9% | 4.1% | 0.3% | -1.8% | -0.4% | 4.2% | -1.5% | -1.2% | 0.1% | -0.6% | 0.3% | -1.6% | 0.3% | -1.2% | 0.6% |
| Year/Year Change | | 38.1% | 8.8% | 1.6% | -0.7% | -2.0% | -1.3% | | | | | 1.8% | 2.5% | 2.7% | 0.5% | 1.0% | 1.5% | -3.4% | -1.6% | -1.9% | -1.5% | -2.2% | -2.0% |
| Sales & Marketing | 22.8 | 27.5 | 22.6 | 22.8 | 25.2 | 27.7 | 30.9 | 5.6 | 5.5 | 5.7 | 5.8 | 5.9 | 6.1 | 5.9 | 6.0 | 6.2 | 5.8 | 6.5 | 6.7 | 6.6 | 6.6 | 7.0 | 7.2 |
| Percent of Revenue | 121.9% | 90.3% | 54.5% | 41.4% | 37.1% | 36.1% | 34.8% | 63.6% | 58.1% | 51.3% | 47.3% | 42.1% | 46.4% | 43.7% | 39.8% | 39.6% | 34.3% | 34.1% | 36.7% | 37.4% | 35.9% | 37.4% | 36.0% |
| Research & Development | 10.9 | 12.6 | 8.9 | 9.2 | 10.2 | 11.0 | 13.0 | 3.3 | 2.2 | 2.2 | 2.1 | 2.3 | 2.3 | 2.2 | 2.4 | 2.3 | 3.3 | 2.7 | 3.0 | 2.6 | 2.7 | 3.0 | 3.3 |
| Percent of Revenue | 58.5% | 41.5% | 21.6% | 17.3% | 15.0% | 15.5% | 15.3% | 38.8% | 25.2% | 20.0% | 18.1% | 19.3% | 18.2% | 16.2% | 15.7% | 14.6% | 13.0% | 15.8% | 16.4% | 14.8% | 14.3% | 15.8% | 16.4% |
| General & Administrative | 4.3 | 6.5 | 5.6 | 5.5 | 5.5 | 6.2 | 7.3 | 1.3 | 1.3 | 1.5 | 1.5 | 1.4 | 1.3 | 1.4 | 1.4 | 1.2 | 1.6 | 1.4 | 1.4 | 1.5 | 1.7 | 1.6 | 1.6 |
| Percent of Revenue | 23.2% | 21.3% | 13.7% | 10.2% | 8.1% | 8.2% | 8.2% | 15.2% | 14.9% | 13.4% | 12.4% | 11.9% | 10.0% | 10.3% | 9.1% | 7.8% | 9.2% | 7.9% | 7.7% | 8.3% | 8.3% | 7.0% | 7.8% |
| Other Cash Operating Exp 1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Percent of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Cash Operating Exp 2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Percent of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Amortization of Intangibles | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Percent of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Amortization/Depreciation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Percent of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Non Cash Comp Charges | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Percent of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other Non Cash Charges | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Percent of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Proforma Operating Profit/(Loss) | (26.6) | (22.8) | (2.0) | 9.4 | 17.3 | 18.1 | 22.1 | (1.8) | (1.8) | 0.1 | 1.0 | 1.4 | 2.0 | 2.8 | 3.4 | 3.7 | 5.0 | 4.8 | 4.6 | 4.2 | 4.8 | 4.2 | 4.9 |
| Proforma Operating Margin | -142.7% | -75.0% | -4.7% | 17.6% | 25.9% | 22.0% | 25.0% | -21.3% | -12.8% | 1.0% | 8.5% | 11.7% | 16.2% | 18.1% | 22.0% | 23.6% | 29.9% | 33.1% | 25.4% | 23.3% | 26.2% | 22.5% | 24.0% |
| Sequential Change | | | | | | | | | -30.5% | -108.0% | 725.0% | 38.5% | 38.4% | 11.9% | 25.3% | 3.8% | 35.5% | -20.1% | 6.4% | -6.9% | 8.9% | -18.9% | 8.9% |
| Year/Year Change | | -87.4% | -93.7% | -471.2% | 45.0% | -6.7% | 4.1% | | | | | -135.5% | -777.3% | 1872.1% | 166.2% | 101.2% | 82.5% | 30.3% | 8.5% | 1.9% | -14.8% | -5.1% | -2.7% |
| Proforma Interest Expense | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Percent of Revenue | 1.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Proforma Non Operating Inc/(Exp) | 1.7 | 1.6 | 0.8 | 0.5 | 2.1 | 1.9 | 2.2 | 0.1 | 0.1 | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.7 | 0.5 | 0.4 | 0.4 | 0.5 | 0.4 | 0.5 | 0.5 |
| Percent of Revenue | 9.2% | 5.2% | 1.9% | 0.9% | 3.0% | 2.6% | 2.5% | 1.4% | 1.1% | 2.5% | 1.1% | 1.9% | 0.7% | 0.6% | 1.5% | 4.6% | 2.7% | 2.4% | 2.5% | 2.7% | 2.5% | 2.5% | 2.5% |
| Proforma Nonrecurring Pretax Inc/(Exp) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proforma PreTax Profit/(Loss) | (25.3) | (21.2) | (1.3) | 9.9 | 19.4 | 20.0 | 24.4 | (1.7) | (1.1) | 0.4 | 1.2 | 1.5 | 2.1 | 2.6 | 3.8 | 4.4 | 5.5 | 4.5 | 5.0 | 4.7 | 5.3 | 4.7 | 5.4 |
| Proforma PreTax Margin | -135.3% | -69.8% | -3.2% | 18.6% | 29.5% | 28.0% | 27.9% | -19.7% | -12.7% | 3.6% | 9.5% | 12.8% | 17.0% | 18.8% | 24.8% | 28.2% | 32.4% | 26.3% | 27.4% | 26.6% | 27.8% | 25.1% | 26.6% |
| Sequential Change | | | | | | | | | -40.9% | -130.7% | 187.0% | 35.2% | 0.0% | 45.5% | 41.0% | 17.4% | 0.0% | -7.8% | -15.3% | -3.7% | 0.0% | -5.5% | -4.4% |
| Year/Year Change | | -16.1% | -93.4% | -882.2% | 94.0% | -7.1% | 3.6% | | | | | -166.6% | -249.6% | 485.4% | 152.1% | 114.9% | 90.4% | 39.2% | 14.1% | -8.1% | -10.1% | -4.1% | -5.1% |
| Proforma Tax Expense | 0.0 | 0.0 | 0.2 | 0.3 | 2.1 | 6.4 | 7.8 | 0.0 | 0.0 | 0.0 | 0.2 | 0.1 | 0.1 | 0.1 | 0.0 | 0.5 | 0.6 | 0.5 | 0.6 | 1.6 | 1.7 | 1.5 | 1.7 |
| Proforma Tax Rate | 0.0% | 0.0% | -13.5% | 3.4% | 11.0% | 32.0% | 32.0% | 0.0% | 0.0% | 0.0% | 15.7% | 4.7% | 6.5% | 5.5% | 0.0% | 11.5% | 10.8% | 11.0% | 11.0% | 32.0% | 32.0% | 32.0% | 32.0% |
| Proforma Other After-tax Inc/(Exp) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Percent of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Proforma Net Profit/(Loss) | (25.3) | (21.2) | (1.5) | 9.6 | 17.2 | 13.6 | 16.6 | (1.7) | (1.1) | 0.4 | 1.0 | 1.6 | 1.8 | 2.4 | 3.8 | 3.9 | 4.6 | 4.0 | 4.3 | 3.2 | 3.6 | 3.2 | 3.7 |
| Proforma Net Margin | -135.3% | -69.8% | -3.6% | 17.9% | 25.4% | 18.6% | 18.7% | -19.7% | -11.3% | 3.5% | 8.5% | 12.8% | 16.6% | 17.7% | 24.0% | 25.1% | 28.9% | 23.2% | 24.4% | 18.0% | 18.5% | 17.0% | 18.3% |
| Sequential Change | | | | | | | | | -40.9% | -130.7% | 126.1% | 52.0% | 0.0% | 41.4% | 58.1% | 4.2% | 0.0% | -7.2% | -15.4% | -20.1% | 0.0% | -5.5% | -4.4% |
| Year/Year Change | | -16.1% | -94.0% | -590.7% | 41.6% | -20.0% | 3.6% | | | | | -162.4% | -737.6% | 266.7% | 189.1% | 104.8% | 80.1% | 31.0% | 1.5% | -28.1% | -34.5% | -29.7% | -25.9% |
| Proforma Shares O/S | 33.7 | 31.1 | 33.8 | 38.6 | 46.0 | 47.1 | 49.3 | 32.3 | 34.1 | 34.1 | 34.7 | 34.6 | 35.0 | 37.9 | 42.1 | 46.2 | 45.5 | 46.0 | 46.2 | 46.7 | 47.3 | 47.6 | 48.1 |
| Sequential Change | | | | | | | | | 5.4% | 0.0% | 2.0% | -0.6% | 0.0% | 9.4% | 11.1% | 9.7% | 0.0% | 0.0% | 1.5% | 1.0% | 0.0% | 2.9% | 2.0% |
| Year/Year Change | | 20.9% | 8.6% | 17.2% | 22.5% | 2.9% | 4.1% | | | | | 5.0% | 6.0% | 11.3% | 21.2% | 33.6% | 27.1% | 21.0% | 9.7% | 1.0% | 3.5% | 3.9% | 4.1% |
| Proforma EPS | (0.90) | (0.58) | (0.04) | 0.25 | 0.37 | 0.29 | 0.34 | (0.05) | (0.03) | 0.01 | 0.03 | 0.04 | 0.05 | 0.06 | 0.09 | 0.08 | 0.11 | 0.09 | 0.10 | 0.07 | 0.08 | 0.07 | 0.08 |
| Sequential Change | | | | | | | | | -39.5% | -128.8% | 134.8% | 56.1% | 0.0% | 48.3% | 53.1% | -1.4% | 0.0% | 0.0% | -8.5% | -29.5% | 0.0% | -1.6% | 0.6% |
| Year/Year Change | | -30.4% | -93.6% | -678.5% | 47.7% | -23.3% | 17.0% | | | | | -178.7% | -274.3% | 443.5% | 218.6% | 99.6% | 89.7% | 35.7% | 11.8% | -29.1% | -35.6% | -22.1% | -27.0% |

Source: Company reports and Smith Barney

citigroup
Smith Barney
Small/Mid Cap Research

19

1

SupportSoft Inc — July 27, 2004

**Figure 7. SupportSoft — Income Statement Metrics**



Source: SupportSoft and Smith Barney

20

SupportSoft Inc — July 27, 2004

**Figure 8. SupportSoft — GAAP Income Statement**



Source: SupportSoft and Smith Barney

citigroup

Smith Barney

21

SupportSoft Inc – July 27, 2004

### Figure 9. SupportSoft — Balance Sheet



Source: Smith Barney

SupportSoft Inc — July 27, 2004

23

## Figure 10. SupportSoft — GAAP Cash Flow Statement



Source: Company reports and Smith Barney

citigroup‫ﺟ‬
Smith Barney

SupportSoft Inc -- July 27, 2004

**Figure 11. SupportSoft — Valuation Sheet**

| Company | SPRT |
|---|---|
| Analysis Start Date | 6/30/2004 |

**Cost of Capital Assumptions**

| | |
|---|---|
| Long Term Cash Flow Growth Rate | 3.00% |
| Risk Free Rate (10 year Treasury) | 4.50% |
| Risk Premium | 5.00% |
| Beta | 2.00 |
| Equity as a % of Capitalization | 100.0% |
| Debt as a % of Capitalization | |
| Cost of Equity | 14.5% |
| Cost of Debt | |
| WACC | 14.5% |

**DCF Analysis Assumptions**

| | |
|---|---|
| Terminal Year | 31 |
| Terminal Year FCF | 323.1 |
| Terminal Year Multiple of FCF | 8.70 |
| Terminal Year Value | 2,928.5 |
| Terminal Year Discount Factor | 0.0150 |
| PV of Terminal Year Value | 42.2 |
| PV of FCF x Terminal Value | 358.5 |
| PV of FCF + PV of Terminal Value | 400.8 |
| 06/30/04 - Net Cash | 127.9 |
| Total Company NPV | 528.7 |
| 06/30/04 - Fully Diluted Share Count | 45.5 |
| DCF Target Share Price | 11.61 |

**PE Analysis Assumptions**

| | |
|---|---|
| PE Discount Period | 5.0 |
| Derived Exiting Date | 6/30/2009 |
| 06/30/04 - Next 12 month revenue | 71.9 |
| 5 Year Revenue CAGR | 20.0% |
| 06/30/09 - Next 12 month revenue | 179.0 |
| 06/30/09 - Proforma Operating Margin | 25.0% |
| Full Tax Rate | 32.0% |
| 06/30/09 - Derived PE Multiple | 24x |
| 06/30/09 - Derived Market Cap | 730.2 |
| Market Cap in today's dollars | 371.0 |
| 06/30/04 - Fully Diluted Share Count | 45.5 |
| 06/30/04 - PE Target Price Pro Cash | 8.15 |
| Breakeven Net Cash Balance | |
| Breakeven Net Cash Per Share | |
| 06/30/04 - Net Cash Per Share | 2.81 |
| Cash/Share for Target Price | 2.81 |
| PE Target Share Price | 10.96 |

Source: Smith Barney

**SupportSoft, Inc. – Target Price based on DCF Analysis**

Terminal Free Cash Flow Multiples

| Discount Rates | -1.5x | 0.7x | 2.7x | 4.7x | 6.7x | 8.7x | 10.7x | 12.7x | 14.7x | 16.7x | 18.7x |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10.5% | 15.80 | 16.44 | 17.08 | 17.72 | 18.37 | 19.01 | 19.65 | 20.29 | 20.94 | 21.58 | 22.22 |
| 11.5% | 14.13 | 14.61 | 15.10 | 15.58 | 16.07 | 16.55 | 17.04 | 17.53 | 18.01 | 18.50 | 18.38 |
| 12.5% | 12.72 | 13.09 | 13.46 | 13.83 | 14.20 | 14.57 | 14.94 | 15.30 | 15.67 | 16.04 | 16.41 |
| 13.5% | 11.54 | 11.82 | 12.11 | 12.39 | 12.67 | 12.95 | 13.23 | 13.51 | 13.79 | 14.07 | 14.35 |
| 14.5% | 10.55 | 10.76 | 10.97 | 11.19 | 11.40 | 11.61 | 11.83 | 12.04 | 12.25 | 12.47 | 12.68 |
| 15.5% | 9.70 | 9.86 | 10.02 | 10.19 | 10.35 | 10.51 | 10.68 | 10.84 | 11.00 | 11.16 | 11.33 |
| 16.5% | 8.97 | 9.10 | 9.22 | 9.35 | 9.47 | 9.60 | 9.72 | 9.85 | 9.97 | 10.09 | 10.22 |
| 17.5% | 8.35 | 8.44 | 8.54 | 8.64 | 8.73 | 8.83 | 8.92 | 9.02 | 9.11 | 9.21 | 9.31 |
| 18.5% | 7.81 | 7.89 | 7.96 | 8.03 | 8.11 | 8.18 | 8.25 | 8.33 | 8.40 | 8.47 | 8.55 |

Source: Smith Barney Estimates

**SupportSoft, Inc. – Target Price based on PE Analysis using PE of 24**

2009 Proforma Operating Margin

| 2005 to 2009 CAGR | 20.0% | 21.0% | 22.0% | 23.0% | 24.0% | 25.0% | 26.0% | 27.0% | 28.0% | 29.0% | 30.0% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14.0% | 7.86 | 8.11 | 8.36 | 8.61 | 8.86 | 9.12 | 9.37 | 9.62 | 9.87 | 10.13 | 10.38 |
| 16.0% | 8.31 | 8.59 | 8.86 | 9.14 | 9.41 | 9.69 | 9.96 | 10.24 | 10.51 | 10.79 | 11.07 |
| 17.0% | 8.80 | 9.10 | 9.40 | 9.70 | 10.00 | 10.30 | 10.60 | 10.90 | 11.20 | 11.50 | 11.80 |
| 18.0% | 8.80 | 9.10 | 9.40 | 9.70 | 10.00 | 10.30 | 10.60 | 10.90 | 11.20 | 11.50 | 11.80 |
| 20.0% | 9.33 | 9.66 | 9.98 | 10.31 | 10.63 | 10.96 | 11.29 | 11.61 | 11.94 | 12.26 | 12.59 |
| 22.0% | 9.89 | 10.25 | 10.60 | 10.95 | 11.31 | 11.66 | 12.02 | 12.37 | 12.72 | 13.08 | 13.43 |
| 24.0% | 10.49 | 10.88 | 11.26 | 11.64 | 12.03 | 12.41 | 12.80 | 13.18 | 13.56 | 13.95 | 14.33 |
| 26.0% | 11.13 | 11.55 | 11.96 | 12.38 | 12.80 | 13.21 | 13.63 | 14.04 | 14.46 | 14.88 | 15.29 |
| 28.0% | 11.81 | 12.26 | 12.71 | 13.16 | 13.61 | 14.06 | 14.51 | 14.96 | 15.41 | 15.86 | 16.31 |

Source: Smith Barney Estimates

Source: Smith Barney

24

SupportSoft Inc -- July 27, 2004

## Notes



25

SupportSoft Inc -- July 27, 2004

## ANALYST CERTIFICATION                                    Appendix A-1

I, Mark Verbeck, hereby certify that all of the views expressed in this research report accurately reflect my personal views about any and all of the subject issuer(s) or securities. I also certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation(s) or view(s) in this report.

## IMPORTANT DISCLOSURES

### SupportSoft Inc (SPRT)
**Ratings and Target Price History**
Analyst: Mark Verbeck (covered since Jul 14 2004)



| # | Date | Rating | Target Price | Closing Price |
|---|------|--------|--------------|---------------|
| 1: | 6 Sep 02 | Stock rating system changed | | |
| 2: | 12 Sep 03 | Stock rating system changed | | |
| 3: | 13 Jul 04 | *1S | *11.00 | 7.63 |
| 4: | 20 Jul 04 | 1S | *11.50 | 7.34 |

*Indicates change.

—— Covered
······ Not covered

See "Important Disclosures" at the end of this report for a description of the firm's current and former rating systems

Within the past 12 months, Citigroup Global Markets Inc. or its affiliates has acted as manager or co-manager of a public offering of securities of SupportSoft Inc.

Citigroup Global Markets Inc. or its affiliates has received compensation for investment banking services provided within the past 12 months from SupportSoft Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as investment banking client(s): SupportSoft Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-investment-banking, securities-related: SupportSoft Inc.

Citigroup Global Markets Inc. or an affiliate received compensation in the past 12 months from SupportSoft Inc.

Analysts' compensation is determined based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates ("the Firm"). Like all Firm employees, analysts receive compensation that is impacted by overall firm profitability, which includes revenues from, among other business units, the Private Client Division, Institutional Equities, and Investment Banking.

The Firm is a market maker in the publicly traded equity securities of SupportSoft Inc.

### Smith Barney Equity Research Ratings Distribution
**Data current as of 30 June 2004**

| | Buy | Hold | Sell |
|---|-----|------|------|
| Smith Barney Global Equity Research Coverage (2402) | 40% | 43% | 17% |
| % of companies in each rating category that are investment banking clients | 58% | 56% | 46% |
| Software -- North America (16) | 44% | 56% | 0% |
| % of companies in each rating category that are investment banking clients | 14% | 11% | 0% |

**Guide To Investment Ratings:**
Smith Barney's stock recommendations include a risk rating and an investment rating.
Risk ratings, which take into account both price volatility and fundamental criteria, are: Low [L], Medium [M], High [H], and Speculative [S].
Investment ratings are a function of Smith Barney's expectation of total return (forecast price appreciation and dividend yield within the next 12 months) and risk rating.
For securities in developed markets (US, UK, Europe, Japan, and Australia/New Zealand), investment ratings are: Buy [1] (expected total return of 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks); Hold [2] (0%-10% for Low-Risk stocks, 0%-15% for Medium-Risk stocks, 0%-20% for High-Risk stocks, and 0%-35% for Speculative stocks); and Sell [3] (negative total return).
Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in risk rating, or a change in target price. At other times, the expected total returns may fall outside of these ranges because of price movement and/or volatility. Such interim deviations from specified ranges will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

Between September 9, 2002, and September 12, 2003, Smith Barney's stock ratings were based upon expected performance over the following 12 to 18 months relative to the analyst's industry coverage universe at such time. An Outperform (1) rating indicated that we expected the stock to outperform the analyst's industry coverage universe over the coming 12-18 months. An In-line (2) rating indicated that we expected the stock to perform approximately in line with the analyst's coverage universe. An Underperform (3) rating indicated that we expected the stock to underperform the analyst's coverage universe. In emerging markets, the same ratings classifications were used, but the stocks were rated based upon expected performance relative to the primary market index in the region or country. Our complementary Risk rating system -- Low (L), Medium (M), High (H), and Speculative (S) -- took into account predictability of financial results and stock price volatility. Risk ratings for Asia Pacific were determined by a quantitative screen which classified stocks into the same four risk categories. In the major markets, our industry rating system -- Overweight, Marketweight, and Underweight -- took into account each analyst's evaluation of their industry coverage as compared to the primary market index in their region over the following 12 to 18 months.

Prior to September 9, 2002, the Firm's stock rating system was based upon the expected total return over the next 12 to 18 months. The total return required for a given rating depended on the degree of risk in a stock (the higher the risk, the higher the required return). A Buy (1) rating indicated an expected total return ranging from +15% or greater for a Low-Risk stock to +30% or greater for a Speculative stock. An Outperform (2) rating indicated an expected total return ranging from +5% to +15% (Low-Risk) to +10% to +30% (Speculative). A Neutral (3) rating indicated an expected total return ranging from -5% to +5% (Low-Risk) to -10% to +10% (Speculative). An Underperform (4) rating indicated an expected total return ranging from -5% to -15% (Low-Risk) to -10% to -20% (Speculative). A Sell (5) rating indicated an expected total return ranging from -15% or worse (Low-Risk) to -20% or worse (Speculative). The Risk ratings were the same as in the current system.

## OTHER DISCLOSURES

For securities recommended in this report in which the Firm is not a market maker, the Firm usually provides bids and offers and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. The Firm regularly trades in, and may, at any time, hold a trading position (long or short) in, the shares of the subject company(ies) discussed in this report. The Firm may engage in securities transactions in a manner inconsistent with this research report and, with respect to securities covered by this report, will buy or sell from customers on a principal basis.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources Smith Barney believes to be reliable, we do not guarantee its accuracy and it may be incomplete or condensed. All opinions, projections and estimates constitute the judgment of the author as of the date of the report and are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. If this is a fundamental research report, it is the intention of Smith Barney to provide research coverage of this/these issuer(s), including in response to news affecting this issuer, subject to applicable quiet periods and capacity constraints. This report is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in this research must take into account existing public information on such security or any registered prospectus.

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received this report from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in this report from the Firm. Please ask your Financial Consultant for additional details.

The UK's Financial Services Authority rules require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. The policy applicable to Citigroup's equity research products can be found at www.citigroupgeo.com. This report may have been distributed simultaneously, in multiple formats, to the Firm's worldwide institutional and retail customers. If this report is being made available via the Smith Barney Private Client Group in the United Kingdom and Amsterdam, please note that this report is distributed in the UK by Citigroup Global Markets Ltd., a firm regulated by the Financial Services Authority (FSA) for the conduct of Investment Business in the UK. This document is not to be construed as providing investment services in any jurisdiction where the provision of such services would be illegal. Subject to the nature and contents of this document, the investments described herein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained herein may have tax implications for private customers in the UK whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser. This material may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the Financial Services Authority and further details as to where this may be the case are available upon request in respect of this material. This report may not be distributed to private clients in Germany. If this publication is being made available in certain provinces of Canada by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved this publication. If this report was prepared by Smith Barney and distributed in Japan by Nikko Citigroup Ltd., it is being so distributed under license. This report is made available in Australia to wholesale clients through Citigroup Global Markets Australia Pty Ltd. (ABN 64 003 114 832 and AFSL No. 240992) and to retail clients through Smith Barney Citigroup Australia Pty Ltd. (ABN 19 009 145 555 and AFSL No. 240813), Participants of the ASX Group. In New Zealand it is made available through Citigroup Global Markets New Zealand Ltd., a member firm of the New Zealand Stock Exchange. This report does not take into account the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. Citigroup Global Markets (Pty) Ltd. is incorporated in the Republic of South Africa (company registration number 2000/025866/07) and its registered office is at Citibank




**Smith Barney**
Small/Mid Cap Research

Plaza, 145 West Street, Sandown, Sandton, Johannesburg 2196. The investments and services contained herein are not available to private customers in South Africa. If this report is made available in Hong Kong by, or on behalf of, Citigroup Global Markets Asia Ltd., it is attributable to Citigroup Global Markets Asia Ltd., Three Exchange Square, Hong Kong. If this report is made available in Hong Kong by The Citigroup Private Bank to its clients, it is attributable to Citibank N.A., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. This publication is made available in Singapore through Citigroup Global Markets Singapore Pte. Ltd., a Capital Markets Services Licence holder.

© 2004 Citigroup Global Markets Inc. Member SIPC. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. Citigroup and the Umbrella Device are trademarks and service marks of Citicorp or its affiliates and are used and registered throughout the world. Nikko is a service mark of Nikko Cordial Corporation. All rights reserved. Any unauthorized use, duplication, redistribution or disclosure is prohibited by law and will result in prosecution. The Firm accepts no liability whatsoever for the actions of third parties. The Firm makes no representations or warranties whatsoever as to the data and information provided in any third party referenced website and shall have no liability or responsibility arising out of, or in connection with, any such referenced website.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST                                US07M109

28

Plaintiffs' Motion for Class Certification
Kindall Declaration

# EXHIBIT O



**citigroup**

**Smith Barney**

**Small/Mid-Cap Research**

See page 5 for Analyst Certification and Important Disclosures

Rating Change ☑

# SupportSoft Inc (SPRT)

## SPRT: Lowering Rating Based On Valuation

| HOLD (2) |
| --- |
| Speculative (S) |

**Mkt Cap: $455 mil.**

*United States*

**September 13, 2004**

---

**SOFTWARE**

**Mark Verbeck**
+1-415-951-1839
*mark.verbeck@citigroup.com*

**Alan Tikwart**
+1-415-951-1804

### SUMMARY

➤ We are downgrading shares of SupportSoft from 1S to 2S on valuation and continuing concerns on the risk to street '05 numbers and issues such as customer concentration, declining subscription revenues, and small numbers of new customers in recent quarters which argue in favor of caution.

➤ While much of our original thesis remains intact, and we believe this quarter is tracking, the stock is up over 55% since July, leaving little upside to our price target.

➤ Admittedly, the company has executed extremely well and new opportunities like VOIP and set-top boxes could cause us to raise our numbers and revisit our targets as these new opportunities become more visible. However, our recent data points on these businesses don't give us that visibility today.

➤ Our estimates and $11.50 price target remain the same. We anticipate the Core Networks acquisition will have little impact on our valuation.

| FUNDAMENTALS | |
| --- | --- |
| P/E (12/04E) | 29.2x |
| P/E (12/05E) | 37.2x |
| TEV/EBITDA (12/04E) | NA |
| TEV/EBITDA (12/05E) | NA |
| Book Value/Share (12/04E) | NA |
| Price/Book Value | NA |
| Revenue (12/04E) | $68.0 mil. |
| Proj. Long-Term EPS Growth | 20% |
| ROE (12/04E) | NA |
| Long-Term Debt to Capital(a) | NA |

(a) Data as of most recent quarter

| SHARE DATA | |
| --- | --- |
| Price (9/13/04) | $10.80 |
| 52-Week Range | $16.47-$6.88 |
| Shares Outstanding(a) | 42.2 mil. |
| Div(E) (Cur/Prev) | $0.00/$0.00 |

| RECOMMENDATION | |
| --- | --- |
| Rating (Cur/Prev) | 2S/1S |
| Target Price (Cur/Prev) | $11.50/$11.50 |
| Expected Share Price Return | 6.5% |
| Expected Dividend Yield | 0.0% |
| Expected Total Return | 6.5% |

### EARNINGS PER SHARE

| FY ends | | 1Q | 2Q | 3Q | 4Q | Full Year |
| --- | --- | --- | --- | --- | --- | --- |
| 12/03A | Actual | $0.04A | $0.06A | $0.06A | $0.09A | $0.25A |
| 12/04E | Current | $0.09A | $0.11A | $0.09E | $0.10E | $0.37E |
| | Previous | $0.09A | $0.11A | $0.09E | $0.10E | $0.37E |
| 12/05E | Current | $0.07E | $0.08E | $0.07E | $0.08E | $0.29E |
| | Previous | $0.07E | $0.08E | $0.07E | $0.08E | $0.29E |
| 12/06E | Current | NA | NA | NA | NA | $0.34E |
| | Previous | NA | NA | NA | NA | $0.34E |

First Call Consensus EPS: 12/04E $0.37; 12/05E $0.35; 12/06E NA

### OPINION

Based upon our limited upside to our $11.50 target price, we are downgrading shares of SupportSoft to a (2S) Hold rating. While there has been little change in the company's business and we are comfortable with our current estimates of $0.37 in FY04 and $0.29 (fully taxed) in FY05, our estimates are below consensus and we believe the significant risk factors such as customer concentration (a couple of large customers regularly contribute more than 30% of revenue each quarter), a small number of new customers in the most

Smith Barney is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Citigroup Global Markets**



**citigroup**

**Smith Barney**

Small/Mid-Cap Research

recent quarters (3 and 4 in the last two quarters) and a 2-year decline in subscription revenue (ex the large transaction the company is recognizing over 5 quarters) argue in favor of caution. Given these factors, we believe the stock could even trade down in the near term as there is little upside to our 12-month $11.50 price target.

### THE EFFECTS OF THE CORE NETWORKS ACQUISITION ON OUR ESTIMATES

Street estimates are currently confusing right now due to the fact some analysts have included the impact of the Core Networks acquisition and some have not. The acquisition closed last week. While the company has stated that the acquisition should contribute $8 million of revenue, we anticipate updating our model to incorporate it after the earnings call as we have little ability to forecast the results of this previously private operation without additional information. When we do model the acquisition, we believe it will have very little impact on earnings. When all is said and done, if the rest of the street increases their revenue estimates for the Core Networks acquisition, we are likely to still be $6-$8 million below the Street's consensus estimates.

### THE 20% GROWTH RATE AND 25% MARGINS

Although the Core Networks acquisition appears to be accretive, we believe these gains will be offset with the needs to build out and expand the company's enterprise business. Because the company needs to invest in the enterprise business, our forecasted 25% operating margins will be difficult to increase over the upcoming quarters. Our current growth forecast of 20% organic growth excluding the one-time 8-figure transaction is not a modest target in a difficult IT spending environment. This view leaves little room for us to be more aggressive in our outlook.

We believe the company has additional opportunities in enterprise, Voice-Over-Internet-Protocol (VOIP) and set top boxes, but the timing and magnitude is not quantifiable at this time. Indeed our recent customer checks suggest that despite the release of the Scientific Atlantic set-top box in which a joint SFA/SPRT software offering will be available for customers, adoption may be a ways off.

### MULTIPLE COMPARISION

The company is currently trading at an EV/ Sales multiple of 5.2x FY04 and 4.7x FY05 revenues, which is above industry competitor Motive's (MOTV-Not Rated) 2.2x FY04 and a 2.0x multiple for FY05. The company's 5.2x EV/Sales multiple for FY04 is the highest multiple in our small and mid cap universe.

### VALUATION

For SupportSoft, we used two primary methods to derive our valuation. The first is discounted cash flow (DCF) analysis. For our DCFs, we fully model the company's income statements, balance sheets, and cash flows to a terminal year, in excess of 20 years out, to determine free cash flow in each of the years. At that point, we believe the company will be at terminal cash flow growth rates approximating GDP growth rates (generally 3%). For our DCF analysis, we use a risk-free rate of 4.5% and an equity risk premium of 5%. Our second valuation method is a P/E analysis based on a five-year forward business model, where we forecast a five-year revenue compounded annual growth rate (CAGR), normalized operating margins, and an expected P/E multiple in order to derive a valuation normalized for what we believe is the company's mature operating model.

Our $11.50 price target for SupportSoft is based on both our DCF and P/E-based methodologies. To estimate beta, we analyzed the historical beta of a basket of software stocks for an eight-year period, excluding a period from 1999 to 2000, which we define as "The Bubble." This analysis suggested that a Beta of 2.0 was a reasonable value to use as a forward-looking number for many of our software stocks. Companies that are more mature,



**Smith Barney**

Small/Mid-Cap Research

having slower growth rates and/or a higher percentage of recurring revenue, would have a Beta less than this typical number. For our DCF analysis, we employ a beta of 2.0, a terminal free cash flow (FCF) multiple of 8.7x, and a weighted average cost of capital (WACC) of 14.5%. This analysis suggests a value of $11.50 per share.

For our P/E-based methodology, we first projected net income five years forward based on a 5-year revenue (CAGR) of 20%, a normalized operating margin of 25%, and a tax rate of 32%. The 25% operating margin is typical for our software companies with a low percentage of professional services. We then applied a multiple of 24x to this net income projection and discounted this number to the present, which suggests a stock price of $10.96. The 24x multiple represents the 1.4x premium to S&P 500 market multiple. For our 1.4x market premium, we compared a basket of software stocks' multiple to the S&P 500 multiple over an eight year period, excluding a period from 1999 to 2000 which we define as "The Bubble." Our conclusion from this analysis is that because of what we believe are attractive aspects of the software company business model, software companies trade at a 1.4x premium to the S&P 500 multiple. As our PE based valuation is based on full tax rates and doesn't include an allowance for lower tax payments as a result of loss carryforwards, we add $0.55 to our price target to allow for the present value of the $25 million deferred tax asset, giving a total price target of $11.50.

## RISKS

We rate SupportSoft shares Speculative risk due to high share price volatility, mid cap market capitalization, and significant customer concentration.

Risks to our price target for SupportSoft include:

➤ The company frequently has customers that account for more than 10% of its revenues. If the company were unable to close a sale of this magnitude in a given quarter it could have a significant negative impact on the stock. The risk is mitigated somewhat by the fact that a significant portion of its revenue is not in the form of perpetual license sales that are recognized as revenue in the quarter sold.

➤ The company gets a significant portion of its revenue from the broadband industry, particularly cable providers. As such, SupportSoft is exposed to the fortunes of this industry as well. We note that there has been significant M&A activity in this industry, which can create additional exposure as well as opportunity.

➤ The company's target market on the corporate side has seen an increasing amount of interest from some larger and better-capitalized players, including Microsoft, HP and Symantec. If any of these players are effective at developing solutions, their broad distribution channels and large product footprints could make it difficult for SupportSoft to expand this market.

➤ Software companies traditionally have back-end loaded quarters, thus giving very little visibility to license revenues.

➤ The company has a poor track record of maintaining and growing its subscription revenue. To the extent a decline in this revenue stream decreases the company's visibility, investors may not be willing to pay the same multiple for the company.

➤ In the most recent quarter, the company added only 3 new customers. If the company is unable to increase the number of customers it is adding, it will be difficult to continue to grow its revenue.

If the impact on the company from any of these factors proves to be less than we anticipate, the stock could materially outperform our target. Conversely, if the impact on the company



**Smith Barney**

Small/Mid-Cap Research

from any of these factors proves to be greater than we anticipate, the stock could underperform our target price.

## INVESTMENT THESIS

We rate shares of SupportSoft Hold/Speculative (2S), with an $11.50 12-month price target. Our rating is the result of on the limited upside to our price target despite a significant number of risk factors which lead us to our speculative risk rating. SupportSoft is well positioned to continue its strong position in the broadband provider market. The company enjoys a strong broadband presence, particularly with United States cable providers. SupportSoft can leverage these relationships into an expanded footprint and new customers, particularly outside the U.S. With only one competitor of note, Motive Communications, this market is fairly attractive and unpenetrated. Our cable team notes that the cable providers are stepping up efforts to decrease back-office costs and promote self-installs for their broadband business, two trends that will benefit SupportSoft. The company is expanding its efforts to address the enterprise market. While the company has always had enterprise functionality, it is adding capabilities to better address the market, including support for more platforms (PDA and wireless) and new functionality like voice-based assistance. In this market, we believe outsourcers like Accenture and CSC are the smart money because support costs and customer satisfaction are key to their business models and therefore, we view the fact that these firms are working with SupportSoft to be a leading indicator of the SupportSoft opportunity in this market. SupportSoft s target markets represent a large opportunities. The broadband market is estimated to be growing close to 20% annually in the U.S. and customer self-installs are growing as a percentage of the total with providers offering incentives for customers to do the self-install. The economics are compelling as Smith Barney estimates that a truck-roll for broadband installation costs the provider $100. We estimate that the base opportunity here is approximately a $75 million opportunity today, growing to $150 million in 2009. In addition, if SupportSoft extends its solution (which we believe it will) to address new requirements such as interactive TV and voice-over-IP telephony, there is additional upside. As there is limited competition in this market, SupportSoft has the opportunity to capture a significant percentage of this revenue. To quantify the corporate opportunity we Based on data from IDC, we estimate the total enterprise opportunity to be 180 million PC s worldwide in use at medium sized or better organizations. Using a $10 license opportunity per unit gives us a $1.8 billion opportunity.That said, the company is stock has appreciated rapidly, leaving limited upside to our price target while risk factors have not diminished in recent quarters.

## COMPANY DESCRIPTION

SupportSoft is a leading provider of software, collectively known as its  Real Time Service Management  offering, that aids in the diagnosis and repair of software configuration problems on end-point devices like PC s and PDA s. This capability reduces the total cost of support for these devices by decreasing the number of support calls and reducing the occurrence of support staff desk-side visits. The company s offerings also include software that enables broadband customers to establish their connection without on-site support.



**Smith Barney**
Small/Mid-Cap Research

## ANALYST CERTIFICATION                                      APPENDIX A-1

I, Mark Verbeck, hereby certify that all of the views expressed in this research report accurately reflect my personal views about any and all of the subject issuer(s) or securities. I also certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation(s) or view(s) in this report.

## IMPORTANT DISCLOSURES

### SupportSoft Inc (SPRT)
**Ratings and Target Price History**
Analyst: Mark Verbeck (covered since Jul 14 2004)



| # | Date | Rating | Target Price | Closing Price |
|---|------|--------|--------------|---------------|
| 1: | 6 Sep 02 | Stock rating system changed | | |
| 2: | 12 Sep 03 | Stock rating system changed | | |
| 3: | 13 Jul 04 | *1S | *11.00 | 7.63 |
| 4: | 20 Jul 04 | 1S | *11.50 | 7.34 |

*Indicates change.

——— Covered         See "Important Disclosures" at the end of this report for
·········· Not covered    a description of the firm's current and former rating systems

Within the past 12 months, Citigroup Global Markets Inc. or its affiliates has acted as manager or co-manager of a public offering of securities of SupportSoft Inc.

Within the past 5 years, Citigroup Global Markets Inc. or its affiliates has acted as manager or co manager of a public offering of equity securities of SupportSoft Inc.

Citigroup Global Markets Inc. or its affiliates has received compensation for investment banking services provided within the past 12 months from SupportSoft Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as investment banking client(s): SupportSoft Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-investment-banking, securities-related: SupportSoft Inc.

Citigroup Global Markets Inc. or an affiliate received compensation in the past 12 months from SupportSoft Inc.

Analysts' compensation is determined based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates ("the Firm"). Like all Firm employees, analysts receive compensation that is impacted by overall firm profitability, which includes revenues from, among other business units, the Private Client Division, Institutional Equities, and Investment Banking.

The Firm is a market maker in the publicly traded equity securities of SupportSoft Inc.

### Smith Barney Equity Research Ratings Distribution
*Data current as of 30 June 2004*

| | Buy | Hold | Sell |
|---|-----|------|------|
| Smith Barney Global Equity Research Coverage (2402) | 40% | 43% | 17% |
| *% of companies in each rating category that are investment banking clients* | 58% | 56% | 46% |
| Software -- North America (16) | 44% | 56% | 0% |
| *% of companies in each rating category that are investment banking clients* | 14% | 11% | 0% |

**Guide To Investment Ratings:**
Smith Barney's stock recommendations include a risk rating and an investment rating.
**Risk ratings,** which take into account both price volatility and fundamental criteria, are: Low [L], Medium [M], High [H], and Speculative [S].
**Investment ratings** are a function of Smith Barney's expectation of total return (forecast price appreciation and dividend yield within the next 12 months) and risk rating.
For securities in developed markets (US, UK, Europe, Japan, and Australia/New Zealand), investment ratings are: Buy [1] (expected total return of 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks); Hold [2] (0%-10% for Low-Risk stocks, 0%-15% for Medium-Risk stocks, 0%-20% for High-Risk stocks, and 0%-35% for Speculative stocks); and Sell [3] (negative total return).
Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in risk rating, or a change in target price. At other times, the expected total returns may fall outside of these ranges because of price movement and/or volatility. Such interim deviations from specified ranges will be permitted but will become subject to review by Research Management.



**citigroup**

## Smith Barney
Small/Mid-Cap Research

Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

Between September 9, 2002, and September 12, 2003, Smith Barney's stock ratings were based upon expected performance over the following 12 to 18 months relative to the analyst's industry coverage universe at such time. An Outperform (1) rating indicated that we expected the stock to outperform the analyst's industry coverage universe over the coming 12-18 months. An In-line (2) rating indicated that we expected the stock to perform approximately in line with the analyst's coverage universe. An Underperform (3) rating indicated that we expected the stock to underperform the analyst's coverage universe. In emerging markets, the same ratings classifications were used, but the stocks were rated based upon expected performance relative to the primary market index in the region or country. Our complementary Risk rating system -- Low (L), Medium (M), High (H), and Speculative (S) -- took into account predictability of financial results and stock price volatility. Risk ratings for Asia Pacific were determined by a quantitative screen which classified stocks into the same four risk categories. In the major markets, our Industry rating system -- Overweight, Marketweight, and Underweight -- took into account each analyst's evaluation of their industry coverage as compared to the primary market index in their region over the following 12 to 18 months.

Prior to September 9, 2002, the Firm's stock rating system was based upon the expected total return over the next 12 to 18 months. The total return required for a given rating depended on the degree of risk in a stock (the higher the risk, the higher the required return). A Buy (1) rating indicated an expected total return ranging from +15% or greater for a Low-Risk stock to +30% or greater for a Speculative stock. An Outperform (2) rating indicated an expected total return ranging from +5% to +15% (Low-Risk) to +10% to +30% (Speculative). A Neutral (3) rating indicated an expected total return ranging from -5% to +5% (Low-Risk) to -10% to +10% (Speculative). An Underperform (4) rating indicated an expected total return ranging from -5% to -15% (Low-Risk) to -10% to -20% (Speculative). A Sell (5) rating indicated an expected total return ranging from -15% or worse (Low-Risk) to -20% or worse (Speculative). The Risk ratings were the same as in the current system.

## OTHER DISCLOSURES

For securities recommended in this report in which the Firm is not a market maker, the Firm usually provides bids and offers and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. The Firm regularly trades in, and may, at any time, hold a trading position (long or short) in, the shares of the subject company(ies) discussed in this report. The Firm may engage in securities transactions in a manner inconsistent with this research report and, with respect to securities covered by this report, will buy or sell from customers on a principal basis.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources Smith Barney believes to be reliable, we do not guarantee its accuracy and it may be incomplete or condensed. All opinions, projections and estimates constitute the judgment of the author as of the date of the report and are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. If this is a fundamental research report, it is the intention of Smith Barney to provide research coverage of this/these issuer(s), including in response to news affecting this issuer, subject to applicable quiet periods and capacity constraints. This report is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in this research must take into account existing public information on such security or any registered prospectus.

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received this report from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in this report from the Firm. Please ask your Financial Consultant for additional details.

The UK's Financial Services Authority rules require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. The policy applicable to Citigroup's equity research products can be found at www.citigroupgeo.com. This report may have been distributed simultaneously, in multiple formats, to the Firm's worldwide institutional and retail customers. If this report is being made available via the Smith Barney Private Client Group in the United Kingdom and Amsterdam, then this report is distributed in the UK by Citigroup Global Markets Ltd., a firm regulated by the Financial Services Authority (FSA) for the conduct of Investment Business in the UK. This document is not to be construed as providing investment services in any jurisdiction where the provision of such services would be illegal. Subject to the nature and contents of this document, the investments described herein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained herein may have tax implications for private customers in the UK whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser. This material may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the Financial Services Authority and further details as to where this may be the case are available upon request in respect of this material. This report may not be distributed to private clients in Germany. If this publication is being made available in certain provinces of Canada by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved this publication. If this report was prepared by Smith Barney and distributed in Japan by Nikko Citigroup Ltd., it is being so distributed under license. This report is made available in Australia to wholesale clients through Citigroup Global Markets Australia Pty Ltd. (ABN 64 003 114 832 and AFSL No. 240992) and to retail clients through Smith Barney Citigroup Australia Pty Ltd. (ABN 19 009 145 555 and AFSL No. 240813), Participants of the ASX Group. In New Zealand it is made available through Citigroup Global Markets New Zealand Ltd., a member firm of the New Zealand Stock Exchange. This report does not take into account the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. Citigroup Global Markets (Pty) Ltd. is



**Smith Barney**

Small/Mid-Cap Research

incorporated in the Republic of South Africa (company registration number 2000/025866/07) and its registered office is at Citibank Plaza, 145 West Street, Sandown, Sandton, Johannesburg 2196. The investments and services contained herein are not available to private customers in South Africa. If this report is made available in Hong Kong by, or on behalf of, Citigroup Global Markets Asia Ltd., it is attributable to Citigroup Global Markets Asia Ltd., Three Exchange Square, Hong Kong. If this report is made available in Hong Kong by The Citigroup Private Bank to its clients, it is attributable to Citibank N.A., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. This publication is made available in Singapore through Citigroup Global Markets Singapore Pte. Ltd., a Capital Markets Services Licence holder.

© 2004 Citigroup Global Markets Inc. Member SIPC. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. Citigroup and the Umbrella Device are trademarks and service marks of Citicorp or its affiliates and are used and registered throughout the world. Nikko is a service mark of Nikko Cordial Corporation. All rights reserved. Any unauthorized use, duplication, redistribution or disclosure is prohibited by law and will result in prosecution. The Firm accepts no liability whatsoever for the actions of third parties. The Firm makes no representations or warranties whatsoever as to the data and information provided in any third party referenced website and shall have no liability or responsibility arising out of, or in connection with, any such referenced website.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST

Plaintiffs' Motion for Class Certification
Kindall Declaration

# EXHIBIT P



**citigroup**

**Smith Barney**

**Small/Mid-Cap Research**

See page 7 for Analyst Certification and Important Disclosures

Target Price Change ☑
Estimate Change ☑

# SupportSoft Inc (SPRT)

## SPRT: Results Call Doesn't Improve Visibility

**HOLD (2)**
**Speculative (S)**

Mkt Cap: **$259 mil.**

**October 20, 2004**

**SOFTWARE**

**Mark Verbeck**
+1-415-951-1839
*mark.verbeck@citigroup.com*

**Alan Tikwart**
+1-415-951-1804

**United States**

### SUMMARY

➤ Taking the continued decline in subscription and deferred revenue into consideration, the conference call gave us even more concern about the business visibility than we had before.

➤ Given Q4 FY04 guidance, which implies perpetual license revenue of $6M, equal to an easy '03 compare, it is difficult to estimate what the appropriate growth rate is at this time.

➤ We believe given the virtual exhaustion of subscription revenue, the rebuilding process could prove to be extended. As a result, we have trimmed our revenue estimates, while increasing spending in-line with management's plan to invest in the business.

➤ Based upon the current spending environment, the decreases in deferred and ratable revenue, as well as management's lowered guidance estimates, we are decreasing our target price to $7 and maintaining our (2S) Hold rating.

### FUNDAMENTALS

| | |
|---|---|
| P/E (12/04E) | 22.7x |
| P/E (12/05E) | 47.3x |
| TEV/EBITDA (12/04E) | NA |
| TEV/EBITDA (12/05E) | NA |
| Book Value/Share (12/04E) | NA |
| Price/Book Value | NA |
| Revenue (12/04E) | $59.6 mil. |
| Proj. Long-Term EPS Growth | 20% |
| ROE (12/04E) | NA |
| Long-Term Debt to Capital(a) | NA |

(a) Data as of most recent quarter

### SHARE DATA

| | |
|---|---|
| Price (10/20/04) | $5.67 |
| 52-Week Range | $16.47-$5.90 |
| Shares Outstanding(a) | 45.7 mil. |
| Div(E) (Cur/Prev) | $0.00/$0.00 |

### RECOMMENDATION

| | |
|---|---|
| Rating (Cur/Prev) | 2S/2S |
| Target Price (Cur/Prev) | $7.00/$8.00 |
| Expected Share Price Return | 23.5% |
| Expected Dividend Yield | 0.0% |
| Expected Total Return | 23.5% |

### EARNINGS PER SHARE

| FY ends | | 1Q | 2Q | 3Q | 4Q | Full Year |
|---|---|---|---|---|---|---|
| 12/03A | Actual | $0.04A | $0.06A | $0.06A | $0.09A | $0.25A |
| 12/04E | Current | $0.09A | $0.11A | $0.03A | $0.03E | $0.25E |
| | Previous | $0.09A | $0.11A | $0.01E | $0.09E | $0.29E |
| 12/05E | Current | $0.02E | $0.03E | $0.03E | $0.03E | $0.12E |
| | Previous | $0.04E | $0.06E | $0.05E | $0.09E | $0.25E |
| 12/06E | Current | $0.04E | $0.04E | $0.04E | $0.06E | $0.19E |
| | Previous | $0.06E | $0.08E | $0.07E | $0.12E | $0.32E |

First Call Consensus EPS: 12/04E $0.29; 12/05E $0.27; 12/06E NA

### OPINION

SupportSoft reported results in-line with its pre-released results. The company lowered EPS and revenue guidance numbers for Q4, as well as FY04. On October 4th, the company pre-announced that they would not meet management's prior guidance. This comes on the heels of twelve straight quarters of revenue growth. The company attributed the significant decline in license revenues (down 51% q/q and 46% y/y) to a more difficult environment for

Smith Barney is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

**Citigroup Global Markets**



**Smith Barney**
Small/Mid-Cap Research

closing deals largely attributable to longer procurement cycles, as well as Sarbanes-Oxley. Management also cited poor execution as contributing to the shortfall. We believe that these problems could prove to be longer than expected due to the virtual exhaustion of the company's ratable revenue stream.

Today, the company's overall revenues were $12.2M, down 28% q/q from $16.9M, and down 9.7% y/y from $13.5M. License revenues were $5.7M for Q3 FY04, compared to $11.5M in Q2FY03 (down 50%) and $10.4M YoY (down 45%). The company reported net loss for the quarter of $332,000, which equates to a loss of ($0.01) per share. Earlier this month, the company reduced Q3 revenue guidance to $11.9M-$12.3M (versus our revised estimate of $12.1M) and our pro-forma EPS guidance of $0.00-$0.03 (vs. our revised estimates of $0.01). Prior to the company's revised guidance on Oct.4th, our estimates were for $17.1M in revenues and $0.09 EPS for Q3 FY04.

In Q3, the company closed three separate million-dollar deals, one of which was a $2 million maintenance renewal deal. The comapny attributed a majority of the license shortfall coming from the enterprise side of the business. Management stated that they are prepared to spend money to provide better sales coverage for the enterprise side of the business. We have believed all along that this area has been neglected and welcome management's focus on correcting these problems.

### THE DECLINE IN RATABLE REVENUE

Management provided guidance of $14.2M - $14.9M for Q4 FY04 and EPS of $0.01-$0.03. For FY04, management is guiding to $59-$59.7M in revenues and $0.20 - $0.22 EPS. We believe the company will produce $14.5M in revenues and $0.02 for the quarter, as well as $59.4M and $0.21 for FY04. We have made several adjustments to our model, which includes an adjustment of our CAGR from 17.5% to 20%, as well as decreasing our operating margins from 22.5% to 20%. Given management's reduced guidance for the quarter, as well as our assessment of the company's ability to generate revenue in the current sales environment, we are lowering our price target to $7, but maintaining our Hold (2S) rating. In the quarter ratable revenue decrease from $3.1M to $2.1M while deferred revenue was also off sequentially, adding even more uncertainty to the outlook. The company stated a desire to rebuild the ratable revenue, yet this flies against the fact that over the past eight quarters (excluding a large five quarter term contract), the company's ratable revenue has decreased every quarter from $4.6M to $0.5M. It should also be noted that license revenue this quarter included a large broadband customer that paid a Q4 obligation early(which was being booked under ratable revenue). This payment expedited our expected fall off of ratable revenue in Q1 FY05, thus moving it forward into Q4. In looking at the company's current ratable revenue situation, as well as the difficulty of other industry players in delivering ratable revenues, we believe the company's ability to deliver on their ratable revenue goals could be very difficult.

### GUIDANCE AND VALUATION

Management provided guidance of $14.2M - $14.9M for Q4 FY04 and EPS of $0.01-$0.03. For FY04, management is guiding to $59-$59.7M in revenues and $0.20 - $0.22 EPS. We believe the company will produce $14.8M in revenues and $0.03 for the quarter, as well as $59.6M and $0.25 for FY04. We have made several adjustments to our model, which includes an adjustment of our CAGR from 17.5% to 20%, as well as decreasing our operating margins from 22.5% to 20%. Given management's reduced guidance for the quarter, as well as our assessment of the company's ability to generate revenue in the current sales environment, we are lowering our price target to $7, but maintaining our Hold (2S) rating.



**citigroup**
**Smith Barney**
Small/Mid-Cap Research

| SupportSoft, Inc.<br>Proforma Income Statement - Act vs Est<br>Quarter Ending - 09/30/2004 | Qtr<br>Sep/03<br>Act | Qtr<br>Jun/04<br>Act | Qtr<br>Sep/04<br>Est | Qtr<br>Sep/04<br>Act | Var<br>Amt | Var<br>Pct |
|---|---|---|---|---|---|---|
| Source: Smith Barney | | | | | | |
| Proforma Revenue | 13.5 | 16.9 | 16.4 | 12.2 | (4.1) | -25.3% |
| Sequential Change | | | -3.0% | -27.5% | (0.2) | 819.6% |
| Year/Year Change | | | 21.1% | -9.5% | (0.3) | -145.3% |
| Subscription | 2.9 | 3.1 | 3.3 | 2.1 | (1.2) | -35.4% |
| Sequential Change | | | 8.3% | -30.1% | (0.4) | -461.6% |
| Year/Year Change | | | 13.8% | -26.5% | (0.4) | -292.0% |
| License | 7.5 | 8.4 | 8.0 | 3.6 | (4.4) | -55.0% |
| Sequential Change | | | -4.6% | -57.1% | (0.5) | 1134.0% |
| Year/Year Change | | | 6.2% | -52.2% | (0.6) | -940.2% |
| Maint/Service Total | 3.1 | 5.4 | 5.1 | 6.5 | 1.4 | 28.3% |
| Sequential Change | | | -6.8% | 19.5% | 0.3 | -385.1% |
| Year/Year Change | | | 64.2% | 110.6% | 0.5 | 72.4% |
| Proforma Cost of Revenue | 1.6 | 2.3 | 2.5 | 2.5 | 0.1 | 3.1% |
| Cost of License | 0.1 | 0.1 | 0.1 | 0.0 | (0.0) | -44.7% |
| Cost of License Gross Margin | 98.8% | 99.2% | 99.0% | 98.7% | -0.2% | -0.2% |
| Cost of Maint/Service Total | 1.5 | 2.3 | 2.4 | 2.5 | 0.1 | 4.8% |
| Cost of Maint/Service Total Gross Margin | 52.2% | 58.2% | 52.9% | 61.5% | 8.6% | 16.3% |
| Proforma Gross Profit | 12.0 | 14.5 | 13.9 | 9.7 | (4.2) | -30.3% |
| Proforma Gross Margin | 88.4% | 86.1% | 84.9% | 79.2% | (0.1) | -6.7% |
| Sequential Change | | | -1.4% | -8.1% | (0.1) | 469.4% |
| Year/Year Change | | | -4.0% | -10.4% | (0.1) | 163.4% |
| Sales & Marketing | 5.9 | 5.8 | 6.5 | 5.4 | (1.1) | -16.2% |
| Percent of Revenue | 43.7% | 34.3% | 39.7% | 44.5% | 0.0 | 12.1% |
| Research & Development | 2.2 | 2.2 | 2.5 | 2.3 | (0.2) | -8.4% |
| Percent of Revenue | 16.2% | 13.0% | 15.3% | 18.7% | 0.0 | 22.6% |
| General & Administrative | 1.4 | 1.6 | 1.4 | 1.7 | 0.3 | 23.0% |
| Percent of Revenue | 10.3% | 9.2% | 8.2% | 13.6% | 0.1 | 64.6% |
| Proforma Operating Profit/(Loss) | 2.5 | 5.0 | 3.6 | 0.3 | (3.3) | -91.6% |
| Proforma Operating Margin | 18.2% | 29.6% | 21.7% | 2.4% | (0.2) | -88.8% |
| Sequential Change | | | -26.6% | -91.8% | (0.7) | 244.8% |
| Year/Year Change | | | 19.6% | -86.6% | (1.1) | -541.2% |
| Proforma Interest Expense | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0% |
| Percent of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0 | 0.0% |
| Proforma Non Operating Inc/(Exp) | 0.1 | 0.5 | 0.5 | 0.6 | 0.1 | 24.0% |
| Percent of Revenue | 0.6% | 2.7% | 2.9% | 4.9% | 0.0 | 65.9% |
| Proforma Nonrecurring Pretax Inc/(Exp) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0% |
| Proforma PreTax Profit/(Loss) | 2.5 | 5.5 | 4.0 | 0.9 | (3.1) | -77.8% |
| Proforma PreTax Margin | 18.8% | 32.4% | 24.7% | 7.3% | (0.2) | -70.3% |
| Sequential Change | | | -23.7% | -77.4% | (0.5) | 226.6% |
| Year/Year Change | | | 31.6% | -61.0% | (0.9) | -293.1% |
| Proforma Tax Expense | 0.1 | 0.6 | 0.4 | (0.5) | (0.9) | -208.1% |
| Proforma Tax Rate | 5.5% | 10.8% | 11.0% | -53.6% | (0.6) | -587.5% |
| Proforma Other Aftertax Inc/(Exp) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0% |
| Percent of Revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0 | 0.0% |
| Proforma Net Profit/(Loss) | 2.4 | 4.9 | 3.6 | 1.4 | (2.2) | -61.7% |
| Proforma Net Margin | 17.7% | 28.9% | 22.0% | 11.3% | (0.1) | -48.8% |
| Sequential Change | | | -23.8% | -61.0% | (0.4) | 156.0% |
| Year/Year Change | | | 23.9% | -36.5% | (0.6) | -253.1% |
| Proforma Shares O/S | 37.9 | 45.5 | 46.2 | 45.7 | (0.5) | -1.1% |
| Sequential Change | | | 1.5% | 0.4% | (0.0) | -74.2% |
| Year/Year Change | | | 21.8% | 20.5% | (0.0) | -6.0% |
| Proforma EPS | 0.06 | 0.11 | 0.08 | 0.03 | (0.0) | -61.3% |
| Sequential Change | | | -27.2% | -71.8% | (0.4) | 164.2% |
| Year/Year Change | | | 23.1% | -52.4% | (0.8) | -326.8% |



**Smith Barney**

Small/Mid-Cap Research

Source: Co. reports and SB

## VALUATION

For SupportSoft, we used two primary methods to derive our valuation. The first is discounted cash flow (DCF) analysis. For our DCFs, we fully model the company's income statements, balance sheets, and cash flows to a terminal year, in excess of 20 years out, to determine free cash flow in each of the years. At that point, we believe the company will be at terminal cash flow growth rates approximating GDP growth rates (generally 3%). For our DCF analysis, we use a risk-free rate of 4.5% and an equity risk premium of 5%. Our second valuation method is a P/E analysis based on a five-year forward business model, where we forecast a five-year revenue compounded annual growth rate (CAGR), normalized operating margins, and an expected P/E multiple in order to derive a valuation normalized for what we believe is the company's mature operating model.

Our $7.00 price target for SupportSoft is based on both our DCF and P/E-based methodologies. To estimate beta, we analyzed the historical beta of a basket of software stocks for an eight-year period, excluding a period from 1999 to 2000, which we define as "The Bubble." This analysis suggested that a Beta of 2.0 was a reasonable value to use as a forward-looking number for many of our software stocks. Companies that are more mature, having slower growth rates and/or a higher percentage of recurring revenue, would have a Beta less than this typical number. For our DCF analysis, we employ a beta of 2.0, a terminal free cash flow (FCF) multiple of 8.7x, and a weighted average cost of capital (WACC) of 14.5%. This analysis suggests a value of $9 per share, down from $10.

For our P/E-based methodology, we first projected net income five years forward based on a 5-year revenue (CAGR) of 20%, a normalized operating margin of 20%, and a tax rate of 32%. The 22.5% operating margin is typical for our software companies with a low percentage of professional services. We then applied a multiple of 24x to this net income projection and discounted this number to the present, which suggests a stock price of $8.50. The 24x multiple represents the 1.4x premium to S&P 500 market multiple. For our 1.4x market premium, we compared a basket of software stocks' multiple to the S&P 500 multiple over an eight year period, excluding a period from 1999 to 2000 which we define as "The Bubble." Our conclusion from this analysis is that because of what we believe are attractive aspects of the software company business model, software companies trade at a 1.4x premium to the S&P 500 multiple. As our PE based valuation is based on full tax rates and doesn't include an allowance for lower tax payments as a result of loss carryforwards, we add $0.55 to our price target to allow for the present value of the $25 million deferred tax asset, giving a total price target of $9. Due to the challenging business environment and the recent uncertainty associated with the company's business outlook, we are applying a 20% discount to our target price, thus giving us an $7 price target.

## RISKS

We rate SupportSoft shares Speculative risk due to high share price volatility, mid cap market capitalization, and significant customer concentration.

Risks we see to our price target for SupportSoft include:

➤ The company frequently has customers that account for more than 10% of its revenues. If the company were unable to close a sale of this magnitude in a given quarter it could have a significant negative impact on the stock. The risk is mitigated somewhat by the fact that a significant portion of its revenue is not in the form of perpetual license sales that are recognized as revenue in the quarter sold.



**Smith Barney**

Small/Mid-Cap Research

➤ The company gets a significant portion of its revenue from the broadband industry, particularly cable providers. As such, SupportSoft is exposed to the fortunes of this industry as well. We note that there has been significant M&A activity in this industry, which can create additional exposure as well as opportunity.

➤ The company's target market on the corporate side has seen an increasing amount of interest from some larger and better-capitalized players, including Microsoft, HP and Symantec. If any of these players are effective at developing solutions, their broad distribution channels and large product footprints could make it difficult for SupportSoft to expand this market.

➤ Software companies traditionally have back-end loaded quarters, thus giving very little visibility to license revenues.

➤ The company has a poor track record of maintaining and growing its subscription revenue. To the extent a decline in this revenue stream decreases the company's visibility, investors may not be willing to pay the same multiple for the company.

➤ In the most recent quarter, the company added only 3 new customers. If the company is unable to increase the number of customers it is adding, it will be difficult to continue to grow its revenue.

If the impact on the company from any of these factors proves to be greater than we anticipate, the stock could materially underperform our target.

## INVESTMENT THESIS

We rate shares of SupportSoft Hold/Speculative (2S). Our rating is the result of the limited upside to our price target despite a significant number of risk factors which lead us to our speculative risk rating. SupportSoft is well positioned to continue its strong position in the broadband provider market. The company enjoys a strong broadband presence, particularly with United States cable providers. SupportSoft can leverage these relationships into an expanded footprint and new customers, particularly outside the U.S. With only one competitor of note, Motive Communications, this market is fairly attractive and unpenetrated. Our cable team notes that the cable providers are stepping up efforts to decrease back-office costs and promote self-installs for their broadband business, two trends that will benefit SupportSoft. The company is expanding its efforts to address the enterprise market. While the company has always had enterprise functionality, it is adding capabilities to better address the market, including support for more platforms (PDA and wireless) and new functionality like voice-based assistance. In this market, we believe outsourcers like Accenture and CSC are the smart money because support costs and customer satisfaction are key to their business models and therefore, we view the fact that these firms are working with SupportSoft to be a leading indicator of the SupportSoft opportunity in this market. SupportSoft's target markets represent a large opportunities. The broadband market is estimated to be growing close to 20% annually in the U.S. and customer self-installs are growing as a percentage of the total with providers offering incentives for customers to do the self-install. The economics are compelling as Smith Barney estimates that a truck-roll for broadband installation costs the provider $100. We estimate that the base opportunity here is approximately a $75 million opportunity today, growing to $150 million in 2009. In addition, if SupportSoft extends its solution (which we believe it will) to address new requirements such as interactive TV and voice-over-IP telephony, there is additional upside. As there is limited competition in this market, SupportSoft has the opportunity to capture a significant percentage of this revenue. To quantify the corporate opportunity, based on data from IDC, we estimate the total enterprise opportunity to be 180 million PC's worldwide in use at medium sized or better organizations. Using a $10 license opportunity per unit gives us a $1.8 billion opportunity. We are maintaining our 2S Hold rating based upon the challenges encounter in the most recent quarter, the significant uncertainty on the business outlook, as well as the aforementioned risks.



**Smith Barney**
Small/Mid·Cap Research

**COMPANY DESCRIPTION**

SupportSoft is a leading provider of software, collectively known as its Real Time Service Management offering, that aids in the diagnosis and repair of software configuration problems on end-point devices like PC's and PDA's. This capability reduces the total cost of support for these devices by decreasing the number of support calls and reducing the occurrence of support staff desk-side visits. The company's offerings also include software that enables broadband customers to establish their connection without on-site support.



**Smith Barney**
Small/Mid-Cap Research

## ANALYST CERTIFICATION                                    APPENDIX A-1

I, Mark Verbeck, hereby certify that all of the views expressed in this research report accurately reflect my personal views about any and all of the subject issuer(s) or securities. I also certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation(s) or view(s) in this report.

## IMPORTANT DISCLOSURES

### SupportSoft Inc (SPRT)
**Ratings and Target Price History**
Analyst: Mark Verbeck (covered since Jul 14 2004)



| # | Date | Rating | Target Price | Closing Price |
|---|------|--------|--------------|---------------|
| 1: | 6 Sep 02 | Stock rating system changed | | |
| 2: | 12 Sep 03 | Stock rating system changed | | |
| 3: | 13 Jul 04 | *1S | *11.00 | 7.63 |
| 4: | 20 Jul 04 | 1S | *11.50 | 7.34 |
| 5: | 13 Sep 04 | *2S | 11.50 | 10.80 |
| 6: | 4 Oct 04 | 2S | *8.00 | 6.21 |

*Indicates change.

Within the past 12 months, Citigroup Global Markets Inc. or its affiliates has acted as manager or co-manager of a public offering of securities of SupportSoft Inc.

Within the past 5 years, Citigroup Global Markets Inc. or its affiliates has acted as manager or co manager of a public offering of equity securities of SupportSoft Inc.

Citigroup Global Markets Inc. or its affiliates has received compensation for investment banking services provided within the past 12 months from SupportSoft Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as investment banking client(s): SupportSoft Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-investment-banking, securities-related: SupportSoft Inc.

Citigroup Global Markets Inc. or an affiliate received compensation in the past 12 months from SupportSoft Inc.

Analysts' compensation is determined based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates ("the Firm"). Like all Firm employees, analysts receive compensation that is impacted by overall firm profitability, which includes revenues from, among other business units, the Private Client Division, Institutional Equities, and Investment Banking.

The Firm is a market maker in the publicly traded equity securities of SupportSoft Inc.

### Smith Barney Equity Research Ratings Distribution
*Data current as of 30 September 2004*

| | Buy | Hold | Sell |
|---|-----|------|------|
| Smith Barney Global Equity Research Coverage (2473) | 40% | 44% | 17% |
| % of companies in each rating category that are investment banking clients | 55% | 55% | 47% |
| Software — North America (19) | 42% | 53% | 5% |
| % of companies in each rating category that are investment banking clients | 25% | 20% | 100% |

**Guide To Investment Ratings:**
Smith Barney's stock recommendations include a risk rating and an investment rating.
**Risk ratings,** which take into account both price volatility and fundamental criteria, are: Low [L], Medium [M], High [H], and Speculative [S].
**Investment ratings** are a function of Smith Barney's expectation of total return (forecast price appreciation and dividend yield within the next 12 months) and risk rating.
For securities in developed markets (US, UK, Europe, Japan, and Australia/New Zealand), investment ratings are: Buy [1] (expected total return of 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks); Hold [2] (0%-10% for Low-Risk stocks, 0%-15% for Medium-Risk stocks, 0%-20% for High-Risk stocks, and 0%-35% for Speculative stocks); and Sell [3] (negative total return).
Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in risk rating, or a change in target price. At other times, the expected total returns may fall outside of these ranges because of price movement and/or volatility. Such interim deviations from specified ranges will be permitted but will become subject to review by Research Management.



**citigroup**

Smith Barney

Small/Mid-Cap Research

Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

Between September 9, 2002, and September 12, 2003, Smith Barney's stock ratings were based upon expected performance over the following 12 to 18 months relative to the analyst's industry coverage universe at such time. An Outperform (1) rating indicated that we expected the stock to outperform the analyst's industry coverage universe over the coming 12-18 months. An In-line (2) rating indicated that we expected the stock to perform approximately in line with the analyst's coverage universe. An Underperform (3) rating indicated that we expected the stock to underperform the analyst's coverage universe. In emerging markets, the same ratings classifications were used, but the stocks were rated based upon expected performance relative to the primary market index in the region or country. Our complementary Risk rating system -- Low (L), Medium (M), High (H), and Speculative (S) -- took into account predictability of financial results and stock price volatility. Risk ratings for Asia Pacific were determined by a quantitative screen which classified stocks into the same four risk categories. In the major markets, our Industry rating system -- Overweight, Marketweight, and Underweight -- took into account each analyst's evaluation of their industry coverage as compared to the primary market index in their region over the following 12 to 18 months.

Prior to September 9, 2002, the Firm's stock rating system was based upon the expected total return over the next 12 to 18 months. The total return required for a given rating depended on the degree of risk in a stock (the higher the risk, the higher the required return). A Buy (1) rating indicated an expected total return ranging from +15% or greater for a Low-Risk stock to +30% or greater for a Speculative stock. An Outperform (2) rating indicated an expected total return ranging from +5% to +15% (Low-Risk) to +10% to +30% (Speculative). A Neutral (3) rating indicated an expected total return ranging from -5% to +5% (Low-Risk) to -10% to +10% (Speculative). An Underperform (4) rating indicated an expected total return ranging from -5% to -15% (Low-Risk) to -10% to -20% (Speculative). A Sell (5) rating indicated an expected total return ranging from -15% or worse (Low-Risk) to -20% or worse (Speculative). The Risk ratings were the same as in the current system.

## OTHER DISCLOSURES

For securities recommended in this report in which the Firm is not a market maker, the Firm usually provides bids and offers and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. The Firm regularly trades in, and may, at any time, hold a trading position (long or short) in, the shares of the subject company(ies) discussed in this report. The Firm may engage in securities transactions in a manner inconsistent with this research report and, with respect to securities covered by this report, will buy or sell from customers on a principal basis.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources that the Firm believes to be reliable, we do not guarantee its accuracy and it may be incomplete and condensed. Note, however, that the Firm has taken all reasonable steps to determine the accuracy and completeness of the disclosures made in the Important Disclosures section of this report. All opinions, projections and estimates constitute the judgment of the author as of the date of the report and are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. If this is a fundamental research report, it is the intention of Smith Barney to provide research coverage of this/these issuer(s), including in response to news affecting this issuer, subject to applicable quiet periods and capacity constraints. This report is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in this research must take into account existing public information on such security or any registered prospectus.

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received this report from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in this report from the Firm. Please ask your Financial Consultant for additional details.

The UK's Financial Services Authority rules require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. The policy applicable to Citigroup's equity research products can be found at www.citigroupgeo.com. This report may have been distributed simultaneously, in multiple formats, to the Firm's worldwide institutional and retail customers. If this report is being made available via the Smith Barney Private Client Group in the United Kingdom and Amsterdam, please note that this report is distributed in the UK by Citigroup Global Markets Ltd., a firm Authorised and regulated by the Financial Services Authority (FSA) for the conduct of Investment Business in the UK. This document is not to be construed as providing investment services in any jurisdiction where the provision of such services would be illegal. Subject to the nature and contents of this document, the investments described herein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained herein may have tax implications for private customers in the UK whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser. This material may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the Financial Services Authority and further details as to where this may be the case are available upon request in respect of this material. This report may not be distributed to private clients in Germany. If this publication is being made available in certain provinces of Canada by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved this publication. If this report was prepared by Smith Barney and distributed in Japan by Nikko Citigroup Ltd., it is being so distributed under license. This report is made available in Australia to wholesale clients through Citigroup Global Markets Australia Pty Ltd. (ABN 64 003 114 832 and AFSL No. 240992) and to retail clients through Smith Barney Citigroup Australia Pty Ltd. (ABN 19 009 145 555 and AFSL No. 240813), Participants of the ASX Group. This advice has been prepared without taking account of the objectives, financial situation or needs of any particular investor. Accordingly, investors



**Smith Barney**

Small/Mid-Cap Research

should, before acting on the advice, consider the appropriateness of the advice, having regard to their objectives, financial situation and needs. In New Zealand this report is made available through Citigroup Global Markets New Zealand Ltd., a member firm of the New Zealand Stock Exchange. Citigroup Global Markets (Pty) Ltd. is incorporated in the Republic of South Africa (company registration number 2000/025866/07) and its registered office is at Citibank Plaza, 145 West Street, Sandown, Sandton, Johannesburg 2196. The investments and services contained herein are not available to private customers in South Africa. If this report is made available in Hong Kong by, or on behalf of, Citigroup Global Markets Asia Ltd., it is attributable to Citigroup Global Markets Asia Ltd., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. If this report is made available in Hong Kong by The Citigroup Private Bank to its clients, it is attributable to Citibank N.A., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. This publication is made available in Singapore through Citigroup Global Markets Singapore Pte. Ltd., a Capital Markets Services Licence holder.

© 2004 Citigroup Global Markets Inc. Member SIPC. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. Citigroup and the Umbrella Device are trademarks and service marks of Citicorp or its affiliates and are used and registered throughout the world. Nikko is a registered trademark of Nikko Cordial Corporation. All rights reserved. Any unauthorized use, duplication, redistribution or disclosure is prohibited by law and will result in prosecution. The Firm accepts no liability whatsoever for the actions of third parties. The Firm makes no representations or warranties whatsoever as to the data and information provided in any third party referenced website and shall have no liability or responsibility arising out of, or in connection with, any such referenced website.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST