Plaintiffs' Motion for Class Certification
Kindall Declaration

# EXHIBIT J

# COMPANY REPORT

www.unterberg.com

Craig Wood, CFA
415-659-2249
cwood@unterberg.com

## SupportSoft, Inc. (SPRT[1,7] $16.47)

**SHORT-TERM    MARKET PERFORM**
**LONG-TERM    BUY**

### SupportSoft Delivers Another Solid Quarter

**Strong 4Q03 results.** SupportSoft delivered another solid quarter, with upside in licenses, total revenues and EPS. The company continues to execute well, capitalizing on a healthy market for support automation software, a strong competitive position, and increasing traction with its direct and indirect channels.

**Financial results beat expectations.** Licenses of $11.2 mm exceeded our $11 mm forecast. Total revenues of $15.1 mm topped our and the Street's $14.2 mm estimate. And EPS of $0.08 came in a penny ahead of the CEUT and consensus $0.07 target. The balance sheet was clean, with a decline in DSOs (74 vs. 95 last quarter) and a $900 K q/q increase in deferred revenues, from $20 mm to $20.9 mm. CFFO was $4.7 mm vs. $2.9 mm last quarter and $2.3 mm a year ago.

**Guidance modestly higher.** SPRT also nudged up its 2004 guidance. Revenue guidance is now $63-67 mm (was $63-66 mm), with EPS guidance of $0.29-$0.33 (was $0.27-$0.31). Current guidance straddles prevailing Street expectations ($65 mm and $0.31), so new numbers are unlikely to increase significantly this morning. But the positive bias in SPRT's outlook is an encouraging signal that the company doesn't see any near-term slowing in end-market demand. And above-average visibility provides comfort that these targets are within reach with the same execution that SupportSoft delivered in 2003.

**Increasing estimates slightly.** Our 2004 revenue estimate is now $66 mm (was $64.3 mm), up vs. the prior est. primarily due to higher services. EPS remains $0.30. Our 2005 estimates are $78 mm and $0.31. Note that the 2005 EPS estimate is based on a 35% tax rate vs. 13% in 2004, as SPRT expects minimal NOL benefits in 2005. On a fully taxed basis, our 2004 EPS estimate is $0.22 vs. $0.17 in 2002 (see the model at the end of this report).

**Favorable mix of business.** Importantly, the mix of term-to-perpetual licenses reversed its recent trend. Term licenses were 46% of total licenses, up from 28% in 3Q. The higher term component is likely related to the AOL Time Warner contract signed in 3Q, a $10 mm-plus deal with rev recognition spread across 5 quarters beginning in 4Q03.

**Customer concentration not as acute.** Two customers represented 28% of 4Q revs vs. 2 customers representing 56% of 3Q revs, and 1 at 49% in 2Q. Consistent with prior quarters, the two 10%+ customers, both in the broadband segment, are new names (i.e., not the same large clients as prior quarters). Customer concentration will probably be part of the SPRT story throughout 2004, with a gradual decline in the dependence on large transactions as the company grows and ramps up sales of lower-ASP components.

**Deal metrics.** SupportSoft signed the largest number of contracts in 3 years (30 deals vs. 18 last quarter and 25 a year ago). Enterprise and broadband revenues were balanced (both 47% of total), with OEM accounting for the other 6%. Headcount grew to 170 from 154 in 3Q. This is expected to increase by another 15-20 heads in 2004

**Maintain Market Perform / Buy.** We continue to recommend SPRT shares to long-term investors, given SupportSoft's numerous growth initiatives and above-average visibility into future results. SPRT trades at a PEG of 2.1x CY04E EPS of $0.31. Our new $20 price target is based on a PEG of 2.5x out-year earnings.

**Risks.** Risks include (1) customer concentration; (2) reliance on large deals; and (3) uncertain IT spending.





SupportSoft is a leading vendor of support and service automation software for corporate enterprises and broadband service providers. The company has recently expanded its product portfolio to include tools for the home IT and home media markets. At December 31, 2003, SupportSoft had 170 employees and 200 clients.

350 Madison Avenue
New York, NY 10017
212-389-8000 / Fax 212-389-8828

225 Franklin Street 26th Floor
Boston, MA 02110
617-217-2100 / Fax 617-217-2702

1200 17th Street, Suite 980
Denver, CO 80202
303-824-8100 / Fax 303-892-8819

Four Embarcadero Center
San Francisco, CA 94111
415-659-2222 / Fax 415-399-1113

January 21, 2004

**Disclaimers regarding the content of this report as well as full disclosure of C.E. Unterberg, Towbin's ratings and information on the firm's position(s) in securities mentioned herein appear on the final page of this report.**

C.E. UNTERBERG, TOWBIN

**Table 1: SupportSoft, Recent Deal Metrics**

| | 1Q01 | 2Q01 | 3Q01 | 4Q01 | 1Q02 | 2Q02 | 3Q02 | 4Q02 | 1Q03 | 2Q03 | 3Q03 | 4Q03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of transactions | 22 | 15 | 6 | 15 | 21 | 15 | 25 | 25 | 24 | 25 | 18 | 30 |
| $1 mm+ bookings | 2 | 2 | 1 | 6 | 0 | 3 | 3 | 0 | 4 | 3 | 3 | 2 |
| Number of 10% clients | 1 | 1 | 0 | 1 | 1 | 2 | 1 | 2 | 3 | 1 | 2 | 2 |
| *10% customer #1* | *12%* | *11%* | *-* | *NA* | *18%* | *20%* | *34%* | *17%* | *14%* | *49%* | *35%* | *16%* |
| *10% customer #2* | *-* | *-* | *-* | *-* | *-* | *12%* | *-* | *11%* | *13%* | *-* | *21%* | *12%* |
| *10% customer #3* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *13%* | *-* | *-* | *-* |
| ASP, deals over $100 K | $600 | $900 | $600 | $1,000 | $400 | $500 | $700 | $400 | $1,000 | $1,000 | $1,000 | $500 |
| Term lic. as % of total lic. | 71% | 91% | 78% | 62% | 62% | 53% | 54% | 47% | 41% | 35% | 28% | 46% |
| Perpetual as % of total | 22% | 6% | 17% | 20% | 29% | 35% | 35% | 41% | 47% | 60% | 56% | 40% |
| International % of revs | 20% | 23% | 19% | 1% | 12% | 23% | 6% | 16% | 19% | 6% | 7% | 8% |
| Headcount | 199 | 203 | 174 | 157 | 159 | 166 | 151 | 151 | 151 | 151 | 154 | 170 |
| Quota-carrying reps | 39 | 39 | 31 | 28 | 27 | 28 | 28 | 28 | 26 | 25 | 23 | 22 |
| Enterprise ($ 000) | - | - | $3,816 | $5,002 | $2,980 | $6,153 | $3,334 | $7,208 | $5,997 | $3,657 | $7,713 | $7,113 |
| Broadband ($ 000) | - | - | $848 | $1,441 | $3,944 | $2,177 | $6,890 | $2,363 | $3,238 | $8,323 | $5,277 | $7,113 |
| OEM ($ 000) | - | - | $2,403 | $2,035 | $1,841 | $1,138 | $889 | $2,245 | $2,759 | $631 | $541 | $908 |
| % Enterprise | - | - | 54% | 59% | 34% | 66% | 30% | 61% | 50% | 29% | 57% | 47% |
| % Broadband | - | - | 12% | 17% | 45% | 23% | 62% | 20% | 27% | 66% | 39% | 47% |
| % OEM | - | - | 34% | 24% | 21% | 12% | 8% | 19% | 23% | 5% | 4% | 6% |
| % revenues indirect | 21% | 27% | 24% | 18% | 24% | 14% | 18% | 24% | 33% | 14% | 11% | 27% |
| Licenses ($ 000) | $6,494 | $4,434 | $5,069 | $8,537 | $8,587 | $6,999 | $8,662 | $9,112 | $9,593 | $9,647 | $10,448 | $11,199 |
| Total revenues ($ 000) | $8,604 | $8,281 | $7,067 | $8,476 | $8,766 | $9,466 | $11,113 | $11,816 | $11,994 | $12,611 | $13,532 | $15,134 |

# SupportSoft, Inc.

Income Statement
($ thousands)

Craig Wood, CFA
C.E. Unterberg, Towbin
(415) 659-2249

| | Mar-03 1Q03 | Jun-03 2Q03 | Sep-03 3Q03 | Dec-03 4Q03 | | Mar-04 1Q04E | Jun-04 2Q04E | Sep-04 3Q04E | Dec-04 4Q04E | |
|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | 9,593 | 9,647 | 10,449 | 11,199 | | 10,800 | 11,500 | 12,000 | 13,700 | |
| % of revenues | 80.0% | 76.5% | 77.2% | 74.0% | | 72.0% | 72.3% | 72.3% | 74.1% | |
| Services | 2,401 | 2,964 | 3,083 | 3,935 | | 4,200 | 4,400 | 4,600 | 4,800 | |
| % of revenues | 20.0% | 23.5% | 22.8% | 26.0% | | 28.0% | 27.7% | 27.7% | 25.9% | |
| **Total revenue** | **11,994** | **12,611** | **13,532** | **15,134** | | **15,000** | **15,900** | **16,600** | **18,500** | |
| Cost of licenses | 90 | 90 | 99 | 99 | | 108 | 115 | 120 | 137 | |
| % of licenses | 0.9% | 0.9% | 0.9% | 0.9% | | 1.0% | 1.0% | 1.0% | 1.0% | |
| Cost of services | 1,690 | 1,824 | 1,476 | 1,856 | | 2,184 | 2,288 | 2,300 | 2,400 | |
| % of services | 70.4% | 61.5% | 47.6% | 47.1% | | 52.0% | 52.0% | 50.0% | 50.0% | |
| Total cost of revenue | 1,780 | 1,914 | 1,566 | 1,955 | | 2,292 | 2,403 | 2,420 | 2,537 | |
| Gross profit | 10,214 | 10,697 | 11,966 | 13,179 | | 12,708 | 13,497 | 14,180 | 15,963 | |
| *Gross margin* | *85.2%* | *84.8%* | *88.4%* | *87.1%* | | *84.7%* | *84.9%* | *85.4%* | *86.3%* | |
| Research and development | 2,234 | 2,289 | 2,195 | 2,381 | | 2,400 | 2,500 | 2,600 | 2,700 | |
| % of revenues | 18.6% | 18.2% | 16.2% | 15.7% | | 16.0% | 15.7% | 15.7% | 14.6% | |
| Sales and marketing | 5,045 | 5,055 | 5,913 | 5,970 | | 6,075 | 6,819 | 6,840 | 7,400 | |
| % of revenues | 42.1% | 40.4% | 43.7% | 39.6% | | 40.5% | 41.0% | 40.0% | 40.0% | |
| General and administrative | 1,425 | 1,262 | 1,238 | 1,460 | | 1,350 | 1,350 | 1,400 | 1,500 | |
| % of revenues | 11.9% | 10.0% | 9.1% | 9.6% | | 8.3% | 8.5% | 8.4% | 8.1% | |
| Total operating expenses | 10,697 | 10,553 | 10,912 | 11,795 | | 12,017 | 12,772 | 13,060 | 14,187 | |
| **Operating income (loss)** | **1,407** | **2,048** | **2,620** | **3,339** | | **2,983** | **3,126** | **3,645** | **4,313** | |
| *Operating margin* | *11.7%* | *16.2%* | *19.4%* | *22.1%* | | *19.9%* | *19.7%* | *21.3%* | *23.3%* | |
| Interest and other income, net | 140 | 91 | 80 | 191 | | 475 | 478 | 500 | 550 | |
| Pre-tax income | 1,547 | 2,139 | 2,700 | 3,530 | | 3,458 | 3,603 | 4,045 | 4,863 | |
| *Pre-tax margin* | *12.9%* | *17.0%* | *20.0%* | *23.3%* | | *23.1%* | *22.7%* | *24.3%* | *26.3%* | |
| Income taxes, as reported | 73 | 119 | 139 | 165 | | 450 | 468 | 526 | 632 | |
| *Tax rate, as reported* | *4.7%* | *5.6%* | *5.1%* | *4.7%* | | *13.0%* | *13.0%* | *13.0%* | *13.0%* | |
| **Net income** | **1,474** | **2,020** | **2,561** | **3,365** | | **3,008** | **3,136** | **3,519** | **4,231** | |
| Net income (loss), fully taxed | 1,006 | 1,350 | 1,765 | 2,296 | | 2,348 | 2,342 | 2,605 | 3,161 | |
| *Net margin, fully taxed* | *8.4%* | *11.0%* | *13.0%* | *16.2%* | | *15.0%* | *14.7%* | *15.8%* | *17.1%* | |
| EPS, as reported | $0.04 | $0.06 | $0.07 | $0.08 | | $0.07 | $0.07 | $0.08 | $0.09 | |
| EPS, fully taxed | $0.03 | $0.04 | $0.05 | $0.05 | | $0.05 | $0.05 | $0.06 | $0.07 | |
| Shares outstanding | 34,532 | 35,793 | 37,918 | 42,125 | | 46,000 | 46,100 | 46,200 | 46,300 | |
| | | | | | | | | | | |
| **Year/Year Growth** | | | | | | | | | | |
| Licenses | 45.6% | 37.8% | 22.0% | 22.9% | | 12.6% | 19.2% | 14.9% | 22.3% | |
| Services | 10.2% | 20.1% | 21.0% | 45.5% | | 74.9% | 48.4% | 49.1% | 22.0% | |
| Total revenue | 35.5% | 33.2% | 21.8% | 28.1% | | 25.1% | 26.1% | 22.7% | 22.2% | |
| Cost of licenses | 38.5% | 38.5% | 34.3% | 7.6% | | 20.0% | 27.8% | 33.3% | 39.4% | |
| Cost of services | 23.2% | 10.5% | 1.9% | 23.6% | | 29.2% | 25.4% | 55.8% | 29.3% | |
| General and administrative | 8.4% | -9.4% | -18.5% | 1.4% | | -12.3% | 7.0% | 13.1% | 1.4% | |
| Operating income (loss) | - | - | 1794.9% | 234.5% | | 112.0% | 52.7% | 39.1% | 29.2% | |
| Net income (loss), fully taxed | - | - | 506.9% | 280.0% | | 133.5% | 58.5% | 49.6% | 37.8% | |
| EPS, as reported | - | - | 422.4% | 182.8% | | 53.2% | 29.5% | 12.6% | 14.4% | |
| EPS, fully taxed | - | - | 450.8% | 159.3% | | 67.9% | 30.8% | 22.8% | 28.3% | |
| Shares outstanding | 7.9% | 10.6% | 162% | 21.2% | | 33.2% | 28.8% | 21.8% | 9.9% | |
| | | | | | | | | | | |
| **Sequential Growth** | | | | | | | | | | |
| Licenses | 5.3% | 0.6% | 8.3% | 7.2% | | -73.6% | 6.5% | 4.3% | 14.2% | |
| Services | -11.2% | 23.4% | 4.1% | 27.6% | | -66.1% | 4.8% | 4.5% | 4.3% | |
| Total revenue | 1.6% | 5.1% | 7.3% | 11.8% | | -71.8% | 6.0% | 4.4% | 11.4% | |
| Cost of licenses | -2.2% | 0.0% | 10.0% | 10.0% | | -70.7% | 6.5% | 4.3% | 14.2% | |
| Cost of services | 12.7% | 7.9% | -19.1% | 25.7% | | -58.1% | 4.5% | 0.5% | 4.3% | |
| General and administrative | -2.4% | -11.4% | -1.9% | 19.5% | | -70.9% | 6.0% | 3.7% | 7.1% | |
| Operating income (loss) | 41.0% | 45.5% | 27.9% | 27.4% | | -58.3% | 4.9% | 13.2% | 21.8% | |
| Net income (loss), fully taxed | 37.6% | 36.2% | 25.3% | 30.7% | | -65.1% | 4.2% | 12.1% | 20.4% | |
| EPS, as reported | 36.5% | 32.2% | 19.7% | 18.3% | | -73.9% | 4.0% | 11.3% | 20.1% | |
| EPS, fully taxed | 38.4% | 33.4% | 19.2% | 17.1% | | -71.6% | 4.0% | 11.9% | 20.1% | |
| Shares outstanding | -0.8% | 3.7% | 5.9% | 11.1% | | 22.4% | 0.2% | 0.2% | 0.2% | |

# COMPANY UPDATE

www.unterberg.com

## SupportSoft, Inc.

Craig Wood, CFA
415-659-2249
cwood@unterberg.com

### (SPRT[1,7] $10.15)   Buy

### SupportSoft Reports Solid 1Q Results

- **1Q results.** SupportSoft delivered another clean quarter, with modest upside to revenue and EPS and a favorable outlook for 2Q and the balance of the year. Broadband revenues grew 94% y/y. Managed service provider (MSP) sales were up 300+%. The company is focused on improving execution in its enterprise direct sales (down 25-30% y/y, by our est.). Enterprise was the only blemish in an otherwise strong performance. Management indicated that a large enterprise deal in the high-tech sector slipped out of the quarter, but remains in the pipeline for 2Q.

- **Revenue and EPS beat estimates.** Revs of $15.7 mm beat our $15 mm estimate by 5%. The out-performance was balanced across licenses and services. EPS was $0.09 vs. our and the Street's $0.07 forecast. Original guidance was $0.07-0.08. A penny of the upside was due to the collection of $360 K in AR which was previously in arrears.

- **Digital video update.** 2 Service Automation Suite for Video (SVAS) pilots were completed in 1Q. We believe TimeWarner was engaged in one and Cox in the other. SVAS is expected to go GA in 2Q, driving $3-5 mm of sales in 2H (already reflected in guidance). SupportSoft's products have traditionally lent themselves to large deployments (and large contracts). SVAS also has the potential to drive multi-million-dollar contracts into the cable installed base, which includes 5 of the top 6 services providers in the US.

- **Fundamentals remain strong.** The strength in the business was evident in the results. Although there's room for improvement in the enterprise, other areas (primarily MSPs) picked up the slack. SupportSoft's presence in multiple growth markets mitigates the risk of a significant shortfall, in our view. International revenues were also strong, up 69% q/q, despite no head of EMEA. Follow-on business drove the majority of revs, which is typical since clients tend to do pilot projects initially. Repeat orders were signed with Adelphia, Cox, Charter, Intuit and Fidelity, among others.

- **Modestly raising estimates.** We're raising our estimates slightly to reflect 1Q upside and a healthy outlook. Our 2004 rev estimate is now $67.1 mm (was $66 mm) with EPS of $0.34 (was $0.30). 2005 goes from $78 mm to $80 mm with EPS (fully taxed) going from $0.31 to $0.34. SPRT bumped up the midpoint of its 2004 guidance by 2 cents (from $0.31 to $0.33) and lifted the midpoint of its revenue guidance by $1 mm (from $65 mm to $66 mm).

- **Other metrics.** SupportSoft had 2 million-dollar-plus bookings vs. 2 last quarter and 4 a year ago. In total, the company signed 26 contracts vs. 30 last quarter and 24 a year ago. The indirect channel contributed 38% of revenues, thanks to traction with MSPs including HP, IBM and CSC. MSPs significantly expand SupportSoft's selling resources and represent a key growth opportunity for the company in 2004 and beyond, in our view.

- **Maintain Buy rating.** We continue to recommend SPRT shares to long-term investors, given SupportSoft's numerous growth initiatives, strong competitive position, and above-average visibility into future results. SPRT trades at a PEG of 1.7x CY04E fully taxed EPS of $0.25. Our new $14-16 price target range up from ($12-$14) is based on a PEG of 1.6-1.9x CY05E earnings.

- **Risks.** Risks include (1) customer concentration; (2) reliance on large deals; (3) uncertain IT spending; and (4) uneven execution in enterprise.





*SupportSoft is a leading vendor of support and service automation software for corporate enterprises and broadband service providers. The company has recently expanded its product portfolio to include tools for the home IT and home media markets. At March 31, 2004, SupportSoft had 182 employees and 200+ clients.*

350 Madison Avenue
New York, NY 10017
212-389-8000 / Fax212-389-8828

225 Franklin Street 28th Fl.
Boston, MA 02110
617-217-2100 / Fax 617-217-2702

275 Middlefield Road 2nd Fl.
Menlo Park, CA 94024
650-289-4200

450 Montgomery Street 22nd Fl.
San Francisco, CA 94104
415-659-2222 / Fax 415-399-1113

April 20, 2004

Disclaimers regarding the content of this report as well as full disclosure of C.E. Unterberg, Towbin's ratings and information on the firm's position(s) in securities mentioned herein appear on the final page of this report.

## SupportSoft, Inc.

Income Statement
($ thousands)

Craig Wood, CFA
C.E. Unterberg, Towbin
(415) 658-2249

| | Mar-03 1Q03 | Jun-03 2Q03 | Sep-03 3Q03 | Dec-03 4Q03 | 2003 | Mar-04 1Q04 | Jun-04 2Q04E | Sep-04 3Q04E | Dec-04 4Q04E | 2004E |
|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | 9,593 | 9,647 | 10,446 | 11,189 | | 11,265 | 11,600 | 11,800 | 13,300 | |
| *% of revenues* | 80.0% | 76.5% | 77.2% | 74.0% | | 71.6% | 71.2% | 71.1% | 72.3% | |
| Services | 2,401 | 2,964 | 3,088 | 3,935 | | 4,456 | 4,700 | 4,800 | 5,100 | |
| *% of revenues* | 20.0% | 23.5% | 22.9% | 26.0% | | 28.4% | 28.8% | 28.9% | 27.7% | |
| **Total revenue** | 11,994 | 12,611 | 13,532 | 15,134 | | 15,711 | 16,300 | 16,600 | 18,400 | |
| Cost of licenses | 90 | 90 | 90 | 99 | | 94 | 104 | 108 | 120 | |
| *% of licenses* | 0.9% | 0.9% | 0.9% | 0.9% | | 0.8% | 0.9% | 0.9% | 0.9% | |
| Cost of services | 1,690 | 1,824 | 1,476 | 1,856 | | 2,104 | 2,209 | 2,232 | 2,346 | |
| *% of services* | 70.4% | 61.5% | 47.8% | 47.2% | | 47.2% | 47.0% | 46.5% | 46.0% | |
| Total cost of revenue | 1,780 | 1,914 | 1,566 | 1,955 | | 2,198 | 2,313 | 2,338 | 2,466 | |
| **Gross profit** | 10,214 | 10,697 | 11,966 | 13,179 | | 13,513 | 13,987 | 14,262 | 15,934 | |
| *Gross margin* | 85.2% | 84.8% | 88.4% | 87.1% | | 86.0% | 85.8% | 85.9% | 86.6% | |
| Research and development | 2,334 | 2,289 | 2,196 | 2,361 | | 2,332 | 2,400 | 2,450 | 2,500 | |
| *% of revenues* | 19.5% | 18.2% | 16.2% | 15.7% | | 14.8% | 14.7% | 14.8% | 13.6% | |
| Sales and marketing | 5,046 | 5,098 | 5,913 | 5,979 | | 6,229 | 6,520 | 6,840 | 7,644 | |
| *% of revenues* | 42.1% | 40.4% | 43.7% | 39.5% | | 39.6% | 40.0% | 40.0% | 41.0% | |
| General and administrative | 1,425 | 1,262 | 1,238 | 1,480 | | 1,243 | 1,300 | 1,350 | 1,400 | |
| *% of revenues* | 11.9% | 10.0% | 9.1% | 9.8% | | 7.9% | 8.0% | 8.1% | 7.6% | |
| Total operating expenses | 10,597 | 10,563 | 10,912 | 11,785 | | 12,002 | 12,833 | 12,778 | 13,910 | |
| **Operating income (loss)** | 1,407 | 2,048 | 2,620 | 3,339 | | 3,709 | 3,767 | 3,822 | 4,490 | |
| *Operating margin* | 11.7% | 16.2% | 19.4% | 22.1% | | 23.6% | 23.1% | 23.0% | 24.4% | |
| Interest and other income, net | 140 | 91 | 80 | 191 | | 726 | 400 | 425 | 450 | |
| Pre-tax income | 1,647 | 2,139 | 2,700 | 3,530 | | 4,435 | 4,167 | 4,247 | 4,940 | |
| *Pre-tax margin* | 12.9% | 17.0% | 20.0% | 23.3% | | 28.2% | 25.6% | 25.6% | 26.8% | |
| Income taxes, as reported | 73 | 119 | 139 | 165 | | 497 | 500 | 510 | 593 | |
| *Tax rate, as reported* | 4.7% | 5.6% | 5.1% | 4.7% | | 11.2% | 12.0% | 12.0% | 12.0% | |
| **Net income** | 1,474 | 2,026 | 2,561 | 3,365 | | 3,938 | 3,667 | 3,737 | 4,347 | |
| Net income (loss), fully taxed | 1,006 | 1,390 | 1,766 | 2,295 | | 2,883 | 2,708 | 2,760 | 3,211 | |
| *Net margin, fully taxed* | 8.4% | 11.0% | 13.0% | 15.2% | | 18.3% | 16.6% | 16.6% | 17.5% | |
| EPS, as reported | $0.04 | $0.05 | $0.07 | $0.08 | | $0.09 | $0.08 | $0.08 | $0.09 | |
| EPS, fully taxed | $0.03 | $0.04 | $0.05 | $0.05 | | $0.06 | $0.06 | $0.06 | $0.07 | |
| Shares outstanding | 34,632 | 35,793 | 37,916 | 42,125 | | 46,219 | 46,300 | 46,400 | 46,500 | |

| Year/Year Growth | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | 45.8% | 37.8% | 22.0% | 22.9% | | 17.3% | 20.2% | 13.0% | 18.9% | |
| Services | 10.2% | 20.1% | 21.0% | 45.5% | | 85.6% | 58.6% | 55.5% | 29.5% | |
| Total revenue | 38.6% | 33.2% | 21.6% | 28.1% | | 31.0% | 29.3% | 22.7% | 21.6% | |
| Cost of licenses | 38.5% | 38.5% | 34.3% | 7.6% | | 4.4% | 16.0% | 18.0% | 20.9% | |
| Cost of services | 23.2% | 16.5% | 1.9% | 23.6% | | 24.5% | 21.1% | 51.2% | 26.4% | |
| General and administrative | 8.4% | -6.4% | -16.9% | 1.4% | | -12.8% | 3.0% | 9.0% | -5.4% | |
| Operating income (loss) | - | - | 1764.9% | 234.6% | | 163.6% | 83.9% | 45.9% | 34.5% | |
| Net income (loss), fully taxed | - | - | 508.9% | 265.0% | | 187.2% | 94.8% | 57.3% | 40.0% | |
| EPS, as reported | - | - | 422.4% | 192.8% | | 99.6% | 40.3% | 19.3% | 17.0% | |
| EPS, fully taxed | - | - | 460.8% | 158.8% | | 114.2% | 50.6% | 26.6% | 25.8% | |
| Shares outstanding | 7.8% | 10.6% | 16.2% | 21.3% | | 33.8% | 29.4% | 22.4% | 10.4% | |

| Sequential Growth | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | 5.3% | 0.6% | 8.3% | 7.2% | | 0.5% | 3.1% | 1.7% | 12.7% | |
| Services | -11.2% | 23.4% | 4.1% | 27.5% | | 13.2% | 5.5% | 2.1% | 6.3% | |
| Total revenue | 1.5% | 5.1% | 7.3% | 11.8% | | 3.8% | 3.7% | 1.8% | 10.8% | |
| Cost of licenses | -2.2% | 0.0% | 0.0% | 10.0% | | -5.1% | 11.1% | 1.7% | 12.7% | |
| Cost of services | 12.7% | 7.9% | -19.1% | 25.7% | | 13.4% | 5.0% | 1.0% | 5.1% | |
| General and administrative | -2.4% | -11.4% | -1.9% | 19.5% | | -16.0% | 4.6% | 3.8% | 3.7% | |
| Operating income (loss) | 41.0% | 45.6% | 27.9% | 27.4% | | 11.1% | 1.6% | 1.5% | 17.5% | |
| Net income (loss), fully taxed | 37.5% | 38.2% | 28.3% | 30.1% | | 25.6% | -6.1% | 1.9% | 16.3% | |
| EPS, as reported | 58.5% | 32.2% | 19.7% | 16.3% | | 6.7% | -7.1% | 1.7% | 16.1% | |
| EPS, fully taxed | 38.4% | 33.4% | 19.2% | 17.7% | | 14.5% | -6.2% | 1.7% | 16.1% | |
| Shares outstanding | -0.5% | 3.7% | 5.9% | 11.1% | | 9.7% | 0.2% | 0.2% | 0.2% | |



SUPPORTSOFT INC

Currency = USD

| Date | Closing Price | Recommendation Change | Date | Closing Price | Price Target |
|---|---|---|---|---|---|
| 11-Jul-2003 | 7.50 | MP/BUY | 15-Jul-2003 | 6.28 | 10.50 |
| 11-Jul-2003 | 7.50 | MP/MP | 11-Jul-2003 | 7.50 | 8.50 |
| | | | 11-Jul-2003 | 7.50 | 11.00 |

### C.E. Unterberg, Towbin Ratings

C.E. Unterberg, Towbin assigns research equity ratings of Buy, Market Perform, and Under Perform. For Buy rated stocks, we will publish a 12-month price target for any stock with an estimated appreciation potential of 20% or more. For Under Perform rated stocks, we will also publish a 12-month price target for any stock with an estimated decline potential of 20% or more.

- **Buy:** 12 months, estimated appreciation potential of 20% or more.
- **Market Perform:** Performance in line with the market averages anticipated.
- **Under Perform:** 12 months, estimated decline potential of 20% or more

### Disclaimers

This report is for informational purposes only, and the information herein is obtained from sources that we believe to be reliable, but its accuracy and completeness, and that of the opinions based thereon, are not guaranteed. The securities described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. Further, this report is not intended as an offer or solicitation to buy or sell any securities or related instruments. The investments discussed or recommended in this report may not be suitable for the specific investment objectives, financial situation or needs of the reader, and should not be relied upon without consultation with an investment professional. Opinions expressed in this report are subject to change without notice. C.E. Unterberg, Towbin accepts no liability whatsoever for any loss or damage of any kind arising out of the use of any part, or all, of this report. This report is for distribution only under such circumstances as may be permitted by applicable law, and may not be reproduced or distributed in any form without the specific consent of C.E. Unterberg, Towbin. Redistribution of this, via the internet or otherwise, report without permission is specifically prohibited, and C.E. Unterberg, Towbin accepts no liability for the actions of third parties in this regard.

From time to time, C.E. Unterberg, Towbin or its employees may have a long or short position in the securities of company(ies) discussed herein and, at any time, may make purchases and/or sales as principal or agent.

| | %of CEUT Universe with this rating | %of rating tier for which CEUT provided IB services |
|---|---|---|
| Buy | 58% | 60% |
| M Perform | 41% | 40% |
| Underperform | 2% | 0% |

The research analyst who is primarily responsible for the research contained in this research report and whose name is listed first on this report: (1) attests that all of the views expressed in this research report accurately reflect that research analyst's personal views about any and all of the securities and issuers that are the subject of this research report; and (2) attests that no part of that research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the research analyst in this research report.

CEUT's research analysts receive compensation, including bonus compensation, based on CEUT's overall operating revenues, including revenues generated by CEUT's investment banking department.

### Footnotes

When the corresponding number appears next to the security symbol, the following disclosure(s) apply:
1. C.E. Unterberg, Towbin makes a market in this security.
2. C.E. Unterberg, Towbin acted as a manager or co-manager of a public offering for this company within the last three years.
3. C.E. Unterberg, Towbin has performed investment banking, capital markets or other services for this company or its officers within the last three years.
4. An officer, or a household family member of an officer, of C.E. Unterberg, Towbin, is a director or an officer of this company.
5. C.E. Unterberg, Towbin, its affiliates or subsidiaries, expect to receive or intend to seek compensation for investment banking services from this company within the next three months.
6. Within the past 12 months, C.E. Unterberg, Towbin, its affiliates or subsidiaries, has received compensation for investment banking services for this company.
7. C.E. Unterberg, Towbin, its affiliates or subsidiaries, intend to seek compensation for investment banking services from this company during the next three months and thereafter.

# COMPANY UPDATE

www.unterberg.com

## SupportSoft, Inc.

**(SPRT[1,7] $9.82) Buy**

## SupportSoft Business Update

Craig Wood, CFA
415-659-2249
cwood@unterberg.com

- **Company update.** We met with SPRT mgmt for a business update. We believe the company remains well positioned within the service automation market. SAS-V (Service Automation Suite for Video) shipped in May and should generate sales in 2H. 1Q results were good, but a couple of slipped deals in the enterprise segment limited upside. The company is addressing this with better messaging and by expanding its suite. This includes organic development and, potentially, M&A this year.

- **SAS-V ships; large installed-base opportunity.** SAS-V shipped in early May. The suite, which automates installation and service for digital cable, was jointly developed with Scientific Atlanta. Cox Communications certified the product following lab tests and field tests in San Diego and Cincinnati. The top 5 digital cable providers in the US, with 88% market share and 20 mm subs, all use SPRT on the cable internet side. Assuming a conservative $1/subscriber term license pricing structure yields a $20 mm annual opportunity in the installed base alone. Mgmt stated that the contribution from SAS-V licenses should be around $3-5 mm in 2004.

- **International markets.** The company has yet to hire a regional GM for Europe, a search that's been ongoing since late last year. SVP of Field Ops John Van Siclen is acting head of European sales. A new country manager was hired in France this quarter. Total headcount in Europe has increased from 4 to 10 since the beginning of the year. In Japan, a promising broadband market, mgmt sees revenues developing in 2H, with business building in 2005. When it happens, the deals will probably be large. Japan has ~12 mm broadband internet subs vs. 27 mm in the US.

- **Demand improving, but still challenging.** Demand continues to improve, but deals are still exposed to lengthy approvals with numerous potential vetoes. Although vulnerable to large-deal slippage, SPRT has diversified and expanded its business, which mitigates some of this risk.

- **Near-term outlook.** It's far too early to get a read on 2Q. The enterprise deals that slipped out of 1Q remain in negotiation. SPRT hopes to strengthen its marketing and products within 1-2 quarters in order to improve close rates in this segment. SPRT increasingly relies on perpetual licenses (68% of 1Q licenses vs. 54% in 4Q and 59% in 1Q03) to make its numbers. Large deals, whether perpetual or term, tend to close late in the quarter. CSC converted its contract from term to perpetual in 1Q and expanded its relationship. No such conversions are expected in 2Q. Broadband gets the attention, but the opportunity with managed service providers (MSPs) like IBM, Accenture and HP may be even larger.

- **Long-term outlook.** SPRT stands out as a company with one of the best execution track records and most favorable market opportunities in our space. A common question is how much runway remains after SPRT's success in broadband last year. New products like SAS-V and VoiceAssist (GA in late-May) provide a large opportunity in the installed base. Scaling roll-outs with MSPs provides further growth potential. Although the business is lumpy, SPRT's growth potential appears to be as favorable today as it was a year ago.

- **Maintain Buy rating.** We continue to recommend SPRT shares to long-term investors, given SupportSoft's numerous growth initiatives, strong competitive position, and above-average visibility into future results. SPRT trades at a PEG of 1.6x CY04E fully taxed EPS of $0.25. Our $14-16 price target range is based on a PEG of 1.6-1.9x CY05E earnings.

- **Risks.** Risks include (1) customer concentration; (2) reliance on large deals; (3) uncertain IT spending; and (4) uneven execution in enterprise.





SupportSoft is a leading vendor of support and service automation software for enterprises, MSPs and broadband service providers. The company has recently expanded its product portfolio to include tools to support digital cable subscribers. At March 31, 2004, SupportSoft had 182 employees and 200+ clients.

350 Madison Avenue
New York, NY 10017
212-389-8000 / Fax:212-389-8928

225 Franklin Street 26th Fl.
Boston, MA 02110
617-217-2106 / Fax 617-217-2702

275 Middlefield Road 2nd Fl.
Menlo Park, CA 94024
650-389-4200

458 Montgomery Street 22nd Fl.
San Francisco, CA 94104
415-489-2222 / Fax 415-399-1113

June 1, 2004

Disclaimers regarding the content of this report as well as full disclosure of C.E. Unterberg, Towbin's ratings and information on the firm's position(s) in securities mentioned herein appear on the final page of this report.

C.E. UNTERBERG, TOWBIN

# SupportSoft, Inc.

Income Statement
($ thousands)

Craig Wood, CFA
C.E. Unterberg, Towbin
(415) 669-2240

| | FULL YEAR 2002 | Mar-03 1Q03 | Jun-03 2Q03 | Sep-03 3Q03 | Dec-03 4Q03 | FULL YEAR 2003 | Mar-04 1Q04 | Jun-04 2Q04E | Sep-04 3Q04E | Dec-04 4Q04E | FULL YEAR 2004E | FULL YEAR 2005E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | | 9,503 | 9,647 | 10,446 | 11,199 | | 11,253 | 11,500 | 11,800 | 13,300 | | |
| % of revenues | | 80.0% | 76.5% | 77.2% | 74.0% | | 71.6% | 71.2% | 71.1% | 72.3% | | |
| Services | | 2,401 | 2,964 | 3,086 | 3,935 | | 4,458 | 4,700 | 4,800 | 5,100 | | |
| % of revenues | | 20.0% | 23.5% | 22.8% | 26.0% | | 28.4% | 28.8% | 28.9% | 27.7% | | |
| **Total revenue** | | 11,894 | 12,611 | 13,532 | 15,134 | | 15,711 | 16,300 | 16,600 | 18,400 | | |
| Cost of licenses | | 60 | 90 | 93 | 98 | | 94 | 104 | 106 | 120 | | |
| % of licenses | | 0.6% | 0.9% | 0.9% | 0.9% | | 0.8% | 0.9% | 0.9% | 0.9% | | |
| Cost of services | | 1,690 | 1,824 | 1,476 | 1,856 | | 2,104 | 2,209 | 2,232 | 2,346 | | |
| % of services | | 70.4% | 61.5% | 47.8% | 47.2% | | 47.2% | 47.0% | 46.5% | 46.0% | | |
| Total cost of revenue | | 1,760 | 1,914 | 1,566 | 1,955 | | 2,198 | 2,313 | 2,338 | 2,466 | | |
| Gross profit | | 10,214 | 10,697 | 11,966 | 13,179 | | 13,513 | 13,987 | 14,262 | 15,934 | | |
| Gross margin | | 85.2% | 84.8% | 88.4% | 87.1% | | 86.0% | 85.8% | 85.9% | 86.6% | | |
| Research and development | | 2,334 | 2,289 | 2,195 | 2,381 | | 2,332 | 2,400 | 2,450 | 2,500 | | |
| % of revenues | | 19.6% | 18.2% | 16.2% | 15.7% | | 14.8% | 14.7% | 14.8% | 13.6% | | |
| Sales and marketing | | 5,048 | 5,008 | 5,913 | 5,970 | | 6,228 | 6,620 | 6,540 | 7,644 | | |
| % of revenues | | 42.1% | 40.4% | 43.7% | 39.5% | | 39.6% | 40.0% | 40.0% | 41.0% | | |
| General and administrative | | 1,425 | 1,282 | 1,236 | 1,480 | | 1,243 | 1,300 | 1,350 | 1,400 | | |
| % of revenues | | 11.9% | 10.0% | 9.1% | 9.8% | | 7.9% | 8.0% | 8.1% | 7.6% | | |
| Total operating expenses | | 10,687 | 10,593 | 10,912 | 11,796 | | 12,002 | 12,533 | 12,776 | 13,910 | | |
| **Operating income (loss)** | | 1,407 | 2,046 | 2,620 | 3,339 | | 3,709 | 3,767 | 3,612 | 4,490 | | |
| Operating margin | | 11.7% | 16.2% | 19.4% | 22.1% | | 23.6% | 23.1% | 23.0% | 24.4% | | |
| Interest and other income, net | | 140 | 91 | 80 | 191 | | 726 | 400 | 428 | 450 | | |
| Pre-tax income | | 1,547 | 2,139 | 2,700 | 3,530 | | 4,485 | 4,167 | 4,247 | 4,940 | | |
| Pre-tax margin | | 12.9% | 17.0% | 20.0% | 23.3% | | 28.2% | 25.6% | 25.6% | 26.8% | | |
| Income taxes, as reported | | 73 | 119 | 139 | 186 | | 497 | 500 | 510 | 593 | | |
| Tax rate, as reported | | 4.7% | 5.6% | 5.1% | 4.7% | | 11.2% | 12.0% | 12.0% | 12.0% | | |
| **Net income** | | 1,474 | 2,020 | 2,561 | 3,335 | | 3,938 | 3,667 | 3,737 | 4,347 | | |
| Net income (loss), fully taxed | | 1,006 | 1,390 | 1,765 | 2,289 | | 2,831 | 2,708 | 2,760 | 3,211 | | |
| Net margin, fully taxed | | 8.4% | 11.0% | 13.0% | 15.2% | | 18.3% | 16.6% | 16.6% | 17.5% | | |
| EPS, as reported | | $0.04 | $0.06 | $0.07 | $0.08 | | $0.09 | $0.08 | $0.08 | $0.09 | | |
| EPS, fully taxed | | $0.03 | $0.04 | $0.05 | $0.05 | | $0.06 | $0.06 | $0.06 | $0.07 | | |
| Shares outstanding | | 34,632 | 35,793 | 37,918 | 42,128 | | 48,219 | 48,300 | 48,400 | 48,500 | | |
| | | | | | | | | | | | | |
| **Year/Year Growth** | | | | | | | | | | | | |
| Licenses | | 45.6% | 37.8% | 22.0% | 22.0% | | 17.3% | 20.2% | 13.0% | 18.8% | | |
| Services | | 10.2% | 20.1% | 21.0% | 45.5% | | 85.6% | 58.6% | 55.5% | 29.6% | | |
| Total revenue | | 38.6% | 33.2% | 21.6% | 26.1% | | 31.0% | 29.3% | 22.7% | 21.6% | | |
| Cost of licenses | | 38.5% | 38.5% | 34.3% | 7.5% | | -4.4% | 16.0% | 16.0% | 20.9% | | |
| Cost of services | | 23.2% | 16.6% | 1.9% | 23.9% | | 24.5% | 21.1% | 51.2% | 26.4% | | |
| General and administrative | | 6.4% | -9.4% | -18.9% | 1.4% | | -12.8% | 3.0% | 9.0% | -5.4% | | |
| Operating income (loss) | | - | - | 1794.9% | 294.0% | | 163.6% | 83.9% | 46.5% | 34.5% | | |
| Net income (loss), fully taxed | | - | - | 506.9% | 255.0% | | 167.2% | 94.8% | 57.3% | 40.0% | | |
| EPS, as reported | | - | - | 422.4% | 192.5% | | 99.6% | 40.3% | 19.3% | 17.0% | | |
| EPS, fully taxed | | - | - | 450.8% | 168.5% | | 114.2% | 50.6% | 26.5% | 28.9% | | |
| Shares outstanding | | 7.9% | 10.8% | 16.2% | 21.2% | | 33.6% | 29.4% | 22.4% | 10.4% | | |
| | | | | | | | | | | | | |
| **Sequential Growth** | | | | | | | | | | | | |
| Licenses | | 5.9% | 0.6% | 8.3% | 7.2% | | 0.5% | 3.1% | 1.7% | 12.7% | | |
| Services | | -11.2% | 23.4% | 4.1% | 27.5% | | 13.2% | 5.5% | 2.1% | 6.3% | | |
| Total revenue | | 1.5% | 6.1% | 7.3% | 11.8% | | 3.8% | 3.7% | 1.8% | 10.8% | | |
| Cost of licenses | | -2.2% | 0.0% | 0.0% | 10.0% | | -5.1% | 11.1% | 1.7% | 12.7% | | |
| Cost of services | | 12.7% | 7.6% | -19.1% | 25.7% | | 13.4% | 5.0% | 1.0% | 5.1% | | |
| General and administrative | | -2.4% | -11.4% | -1.5% | 19.5% | | -16.0% | 4.6% | 3.8% | 3.7% | | |
| Operating income (loss) | | 41.0% | 45.6% | 27.9% | 27.4% | | 11.1% | 1.6% | 1.5% | 17.5% | | |
| Net income (loss), fully taxed | | 37.5% | 38.2% | 26.9% | 30.7% | | 25.6% | -0.1% | 1.9% | 18.3% | | |
| EPS, as reported | | 55.6% | 32.2% | 19.7% | 18.3% | | 9.7% | -7.1% | 1.7% | 18.1% | | |
| EPS, fully taxed | | 36.4% | 33.4% | 19.2% | 17.7% | | 14.5% | -9.2% | 1.7% | 18.1% | | |
| Shares outstanding | | -0.6% | 3.7% | 5.9% | 11.1% | | 0.7% | 0.2% | 0.2% | 0.2% | | |



**SUPPORTSOFT INC**

Currency = USD

| Date | Closing Price | Recommendation Change | Date | Closing Price | Price Target |
|------|---------------|----------------------|------|---------------|--------------|
| 11-Jul-2003 | 7.50 | MP/BUY | 15-Jul-2003 | 8.29 | 10.50 |
| 11-Jul-2003 | 7.50 | MP/MP | 11-Jul-2003 | 7.50 | 9.50 |
| | | | 11-Jul-2003 | 7.50 | 11.00 |

## C.E. Unterberg, Towbin Ratings

C.E. Unterberg, Towbin assigns research equity ratings of Buy, Market Perform, and Under Perform. For Buy rated stocks, we will publish a 12-month price target for any stock with an estimated appreciation potential of 20% or more. For Under Perform rated stocks, we will also publish a 12-month price target for any stock with an estimated decline potential of 20% or more.

- **Buy:** 12 months, estimated appreciation potential of 20% or more.
- **Market Perform:** Performance in line with the market averages anticipated.
- **Under Perform:** 12 months, estimated decline potential of 20% or more

## Disclaimers

This report is for informational purposes only, and the information herein is obtained from sources that we believe to be reliable, but its accuracy and completeness, and that of the opinions based thereon, are not guaranteed. The securities described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. Further, this report is not intended as an offer or solicitation to buy or sell any securities or related instruments. The investments discussed or recommended in this report may not be suitable for the specific investment objectives, financial situation or needs of the reader, and should not be relied upon without consultation with an investment professional. Opinions expressed in this report are subject to change without notice. C.E. Unterberg, Towbin accepts no liability whatsoever for any loss or damage of any kind arising out of the use of any part, or all, of this report. This report is for distribution only under such circumstances as may be permitted by applicable law, and may not be reproduced or distributed in any form without the specific consent of C.E. Unterberg, Towbin. Redistribution of this, via the internet or otherwise, report without permission is specifically prohibited, and C.E. Unterberg, Towbin accepts no liability for the actions of third parties in this regard.

From time to time, C.E. Unterberg, Towbin or its employees may have a long or short position in the securities of company(ies) discussed herein and, at any time, may make purchases and/or sales as principal or agent.

| | %of CEUT Universe with this rating | %of rating tier for which CEUT provided IB services |
|---|---|---|
| Buy | 58% | 60% |
| M Perform | 41% | 40% |
| Underperform | 2% | 0% |

The research analyst who is primarily responsible for the research contained in this research report and whose name is listed first on this report: (1) attests that all of the views expressed in this research report accurately reflect that research analyst's personal views about any and all of the securities and issuers that are the subject of this research report; and (2) attests that no part of that research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the research analyst in this research report.

CEUT's research analysts receive compensation, including bonus compensation, based on CEUT's overall operating revenues, including revenues generated by CEUT's investment banking department.

## Footnotes

When the corresponding number appears next to the security symbol, the following disclosure(s) apply:
1   C.E. Unterberg, Towbin makes a market in this security.
2   C.E. Unterberg, Towbin acted as a manager or co-manager of a public offering for this company within the last three years.
3   C.E. Unterberg, Towbin has performed investment banking, capital markets or other services for this company or its officers within the last three years.
4   An officer, or a household family member of an officer, of C.E. Unterberg, Towbin, is a director or an officer of this company.
5   C.E. Unterberg, Towbin, its affiliates or subsidiaries, expect to receive or intend to seek compensation for investment banking services from this company within the next three months.
6   Within the past 12 months, C.E. Unterberg, Towbin, its affiliates or subsidiaries, has received compensation for investment banking services for this company.
7   C.E. Unterberg, Towbin, its affiliates or subsidiaries, intend to seek compensation for investment banking services from this company during the next three months and thereafter.

# COMPANY UPDATE

www.unterberg.com

## SupportSoft, Inc.

### (SPRT[1,7] $7.34) Buy

Craig Wood, CFA
415-659-2249
cwood@unterberg.com

## SupportSoft Reports Solid Quarter; EPS Upside on Inline Licenses and Good Expense Controls

- **SupportSoft reports another strong quarter.** SupportSoft continued its string of good execution, with a solid 2Q thanks to inline licenses, upside in services, and tight cost controls. Licenses of $11.5 mm essentially met our $11.6 mm forecast. The 3¢ of EPS upside ($0.11 vs. our $0.08 est.) was driven by $700 K of services upside and $650 K of expense savings. The enterprise direct segment bounced back (+47% q/q) from a soft 1Q, while broadband delivered the second-best quarter ever. Management is positive about the 2H outlook, increasing full-year guidance slightly.

- **Acquisition of Core Networks announced.** SupportSoft also announced the acquisition of Halifax-based Core Networks, Inc., for $17 mm in cash. Core Networks sells software to broadband Internet providers to support home networks (e.g., usage management, network monitoring). The acquisition is expected to add $8 mm of revs in 2005 and to be accretive to EPS after 12 months. Core Networks has 50 employees and 26 customers, and almost no client overlap with SupportSoft. We think SPRT is attempting to entrench and differentiate itself in broadband, still a high-growth market with good opportunity for follow-on sales.

- **Guidance raised.** SPRT increased 2004 guidance slightly, bumping up the mid-point of revs by $1 mm (from $64-68 mm to $65-69 mm) and lifting the mid-point of EPS by 2.5¢ (from $0.32-0.34 to $0.34-0.37). The 2Q out-performance drives most of these deltas, so the 2H outlook doesn't change much. That said, reaffirming 2H numbers is a positive sign, given the recent fear and uncertainty in the space.

- **Increasing estimates.** 2004E EPS is now $0.37 (was $0.34) on revenue of $67.8 mm (was $67.0mm). We're increasing our 2005 EPS est., which is a fully taxed number, to $0.38 (was $0.34) on $88 mm of revs (was $80 mm). The $8mm of higher forecasted sales is related to Core Networks.

- **Deferred revenues decline.** Deferred revs fell by ~$3.5 mm q/q for the 2nd consecutive quarter. The AOL deal, booked in 3Q03, is being recognized at about $2.5 mm per quarter through the end of this year. In addition, a sizeable contract booked in 1Q was recognized in 2Q. Some of 2Q's bookings were not fully invoiced and, therefore, are not reflected in deferred revs. It's possible that deferreds will fall again in 3Q and 4Q, due to AOL, with growth resuming in 2005.

- **New products begin to contribute.** SASV, which shipped in late-2Q, contributed a small amount of revenues, perhaps $50 K. Management reiterated its target of $3-5 mm of SASV revenues in 2H04, likely from 1-2 perpetual license deals into the installed base, in our view. SPRT also sold its first 2 units of VoiceAssist, which shipped in May with an ASP of ~$100-200 K. Early results with these new products are encouraging, providing comfort that the growth strategy will continue to work.

- **Large deals haven't gone away.** A dearth of large deals, which hurt other vendors, wasn't a problem at SPRT. ASP increased to $1 mm vs. $500 K last quarter. The company booked 4 deals > $1 mm vs. 2 last qtr and 3 a year ago. Included among these 4 large deals were 2 over $4 mm -- 1 in broadband and 1 in enterprise. The high ROI of its products may have helped SPRT take budget dollars away from other IT projects.

- **Maintain Buy rating.** We continue to recommend SPRT shares to long-term investors, given SupportSoft's numerous growth initiatives, strong competitive position, and above-average visibility into future results. Our $14-16 price target range is based on a PEG of 1.5-1.7x CY05E EPS.

- **Risks.** Risks include (1) customer concentration; (2) reliance on large deals; and (3) increasing dependence on perpetual licenses.





*SupportSoft is a leading vendor of support and service automation software for enterprises, MSPs and broadband service providers. The company has recently expanded its product portfolio to include tools to support digital cable subscribers. At June 30, 2004, SupportSoft had 185 employees and 200+ clients.*

350 Madison Avenue
New York, NY 10017
212-389-8000 / Fax:212-389-8828

225 Franklin Street 26th Fl.
Boston, MA 02110
617-217-2106 / Fax 617-217-2702

275 Middlefield Road 2nd Fl.
Menlo Park, CA 94024
650-289-4200

455 Montgomery Street 22nd Fl.
San Francisco, CA 94104
415-659-2222 / Fax:415-389-1113

July 21, 2004

Disclaimers regarding the content of this report as well as full disclosure of C.E. Unterberg, Towbin's ratings and information on the firm's position(s) in securities mentioned herein appear on the final page of this report.

**SupportSoft, Inc.**
Income Statement
($ thousands)

Craig Wood, CFA
C.E. Unterberg, Towbin
(415) 659-2249

| | FY2003 | Mar-03 1Q03 | Jun-03 2Q03 | Sep-03 3Q03 | Dec-03 4Q03 | FY2004 | Mar-04 1Q04 | Jun-04 2Q04 | Sep-04 3Q04E | Dec-04 4Q04E | FY2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | | 6,593 | 9,847 | 10,448 | 11,199 | | 11,255 | 11,450 | 11,500 | 12,200 | |
| % of revenues | | 80.0% | 76.5% | 77.2% | 74.0% | | 71.6% | 67.8% | 66.9% | 67.6% | |
| Services | | 2,401 | 2,964 | 3,086 | 3,935 | | 4,456 | 5,438 | 5,700 | 5,850 | |
| % of services | | 20.0% | 23.5% | 22.8% | 26.0% | | 28.4% | 32.2% | 33.1% | 32.4% | |
| Total revenue | | 11,994 | 12,811 | 13,533 | 15,134 | | 15,711 | 16,888 | 17,200 | 18,050 | |
| Cost of licenses | | 90 | 90 | 80 | 99 | | 84 | 69 | 92 | 98 | |
| % of licenses | | 0.9% | 0.9% | 0.8% | 0.9% | | 0.8% | 0.6% | 0.8% | 0.8% | |
| Cost of services | | 1,680 | 1,824 | 1,476 | 1,856 | | 2,104 | 2,271 | 2,451 | 2,546 | |
| % of services | | 70.4% | 61.5% | 47.8% | 47.2% | | 47.2% | 41.8% | 43.0% | 43.5% | |
| Total cost of revenue | | 1,760 | 1,914 | 1,556 | 1,955 | | 2,188 | 2,340 | 2,543 | 2,642 | |
| Gross profit | | 10,214 | 10,897 | 11,966 | 13,179 | | 13,513 | 14,548 | 14,657 | 15,408 | |
| Gross margin | | 88.2% | 84.8% | 88.4% | 87.1% | | 86.0% | 88.1% | 85.2% | 85.4% | |
| Research and development | | 2,334 | 2,289 | 2,193 | 2,381 | | 2,332 | 2,193 | 2,400 | 2,860 | |
| % of revenues | | 19.5% | 18.2% | 16.2% | 15.7% | | 14.8% | 13.0% | 14.0% | 15.5% | |
| Sales and marketing | | 5,048 | 5,098 | 5,913 | 5,979 | | 6,229 | 6,794 | 6,182 | 6,568 | |
| % of revenues | | 42.1% | 40.4% | 43.7% | 39.5% | | 39.6% | 34.3% | 36.0% | 35.5% | |
| General and administrative | | 1,426 | 1,282 | 1,238 | 1,460 | | 1,243 | 1,856 | 1,700 | 1,950 | |
| % of revenues | | 11.9% | 10.0% | 9.1% | 9.6% | | 7.9% | 9.2% | 9.9% | 10.8% | |
| Total operating expenses | | 10,587 | 10,583 | 10,912 | 11,795 | | 12,002 | 11,883 | 12,835 | 13,981 | |
| Operating income (loss) | | 1,407 | 2,046 | 2,520 | 3,339 | | 3,709 | 5,005 | 4,365 | 4,059 | |
| Operating margin | | 11.7% | 16.2% | 18.4% | 22.1% | | 23.6% | 29.6% | 25.4% | 22.5% | |
| Interest and other income, net | | 140 | 91 | 80 | 191 | | 726 | 460 | 400 | 450 | |
| Pre-tax income | | 1,547 | 2,138 | 2,700 | 3,530 | | 4,435 | 5,465 | 4,765 | 4,610 | |
| Pre-tax margin | | 12.9% | 17.0% | 20.0% | 23.3% | | 28.2% | 32.4% | 27.7% | 26.0% | |
| Income taxes, as reported | | 73 | 119 | 139 | 165 | | 497 | 592 | 524 | 497 | |
| Tax rate, as reported | | 4.7% | 5.6% | 6.1% | 4.7% | | 11.2% | 10.8% | 11.0% | 11.0% | |
| Net income | | 1,474 | 2,020 | 2,561 | 3,365 | | 3,938 | 4,873 | 4,241 | 4,022 | |
| Net income (loss), fully taxed | | 1,008 | 1,390 | 1,755 | 2,295 | | 2,883 | 3,552 | 3,097 | 2,935 | |
| Net margin, fully taxed | | 8.4% | 11.0% | 13.0% | 15.2% | | 18.3% | 21.0% | 18.0% | 16.3% | |
| EPS, as reported | | $0.04 | $0.06 | $0.07 | $0.08 | | $0.08 | $0.11 | $0.09 | $0.09 | |
| EPS, fully taxed | | $0.03 | $0.04 | $0.05 | $0.05 | | $0.06 | $0.08 | $0.07 | $0.06 | |
| Shares outstanding | | 34,532 | 35,793 | 37,918 | 42,126 | | 46,219 | 46,528 | 46,000 | 46,260 | |
| **Year/Year Growth** | | | | | | | | | | | |
| Licenses | | 45.6% | 37.8% | 22.0% | 22.9% | | 17.3% | 16.7% | 10.1% | 8.9% | |
| Services | | 10.2% | 20.1% | 21.0% | 45.5% | | 85.6% | 83.6% | 84.7% | 48.7% | |
| Total revenue | | 36.8% | 33.2% | 21.5% | 28.1% | | 31.0% | 33.9% | 27.1% | 19.3% | |
| Cost of licenses | | 38.5% | 36.5% | 34.3% | 7.6% | | 4.4% | -23.3% | 2.2% | -1.4% | |
| Cost of services | | 23.2% | 16.6% | 1.8% | 23.3% | | 24.5% | 24.5% | 66.1% | 37.1% | |
| General and administrative | | 6.4% | -6.4% | -18.9% | 1.4% | | -12.8% | 23.9% | 37.5% | 31.8% | |
| Operating income (loss) | | - | - | 1784.9% | 234.6% | | 163.6% | 144.4% | 66.6% | 21.5% | |
| Net income (loss), fully taxed | | - | - | 508.9% | 265.0% | | 187.2% | 141.2% | 76.5% | 26.0% | |
| EPS, as reported | | - | - | 422.4% | 102.5% | | 99.6% | 89.7% | 36.5% | 8.9% | |
| EPS, fully taxed | | - | - | 460.5% | 158.5% | | 114.2% | 100.9% | 45.5% | 16.6% | |
| Shares outstanding | | 7.9% | 10.5% | 16.2% | 21.2% | | 33.8% | 27.2% | 21.3% | 9.8% | |
| **Sequential Growth** | | | | | | | | | | | |
| Licenses | | 5.3% | 0.5% | 6.3% | 7.2% | | 0.5% | 1.7% | 0.4% | 6.1% | |
| Services | | -11.2% | 23.4% | 4.1% | 27.5% | | 13.2% | 22.0% | 4.8% | 2.6% | |
| Total revenue | | 1.6% | 6.1% | 7.3% | 11.6% | | 3.8% | 7.6% | 1.8% | 4.9% | |
| Cost of licenses | | -2.2% | 0.0% | -0.0% | 10.0% | | -6.1% | -26.6% | 33.3% | 6.1% | |
| Cost of services | | 12.7% | 7.9% | -19.1% | 25.7% | | 13.4% | 7.9% | 7.9% | 3.8% | |
| General and administrative | | -2.4% | -11.4% | -1.0% | 19.5% | | -18.0% | 25.2% | 9.3% | 14.7% | |
| Operating income (loss) | | 41.0% | 45.5% | 27.5% | 27.4% | | 11.1% | 34.9% | -12.8% | -6.6% | |
| Net income (loss), fully taxed | | 37.5% | 38.2% | 28.3% | 30.7% | | 25.5% | 23.2% | -12.8% | -5.2% | |
| EPS, as reported | | 55.0% | 32.2% | 19.7% | 18.3% | | 6.7% | 25.5% | -13.9% | -0.7% | |
| EPS, fully taxed | | 38.4% | 33.4% | 19.2% | 17.7% | | 14.5% | 25.1% | -13.7% | -5.7% | |
| Shares outstanding | | -0.6% | 3.7% | 5.9% | 11.1% | | 9.7% | -1.5% | 1.0% | 0.6% | |



SUPPORTSOFT INC

| Currency = USD | | | | | |
|---|---|---|---|---|---|
| Date | Closing Price | Recommendation Change | Date | Closing Price | Price Target |
| 14-Apr-2004 | 10.12 | BUY | 20-Apr-2004 | 10.43 | 14.00 |
| 11-Jul-2003 | 7.50 | MP/BUY | 20-Apr-2004 | 10.43 | 14.00 |
| 11-Jul-2003 | 7.50 | MP/MP | 21-Jan-2004 | 18.26 | 20.00 |
| | | | 17-Oct-2003 | 11.30 | 15.00 |
| | | | 15-Jul-2003 | 8.28 | 10.00 |
| | | | 11-Jul-2003 | 7.50 | 9.50 |
| | | | 11-Jul-2003 | 7.50 | 11.00 |

### C.E. Unterberg, Towbin Ratings

C.E. Unterberg, Towbin assigns research equally ratings of Buy, Market Perform, and Under Perform. For Buy rated stocks, we will publish a 12-month price target for any stock with an estimated appreciation potential of 20% or more. For Under Perform rated stocks, we will also publish a 12-month price target for any stock with an estimated decline potential of 20% or more.

- Buy:            12 months, estimated appreciation potential of 20% or more.
- Market Perform:   Performance in line with the market averages anticipated.
- Under Perform:   12 months, estimated decline potential of 20% or more

### Disclaimers

This report is for informational purposes only, and the information herein is obtained from sources that we believe to be reliable, but its accuracy and completeness, and that of the opinions based thereon, are not guaranteed. The securities described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. Further, this report is not intended as an offer or solicitation to buy or sell any securities or related instruments. The investments discussed or recommended in this report may not be suitable for the specific investment objectives, financial situation or needs of the reader, and should not be relied upon without consultation with an investment professional. Opinions expressed in this report are subject to change without notice. C.E. Unterberg, Towbin accepts no liability whatsoever for any loss or damage of any kind arising out of the use of any part, or all, of this report. This report is for distribution only under such circumstances as may be permitted by applicable law, and may not be reproduced or distributed in any form without the specific consent of C.E. Unterberg, Towbin. Redistribution of this, via the Internet or otherwise, report without permission is specifically prohibited, and C.E. Unterberg, Towbin accepts no liability for the actions of third parties in this regard.

From time to time, C.E. Unterberg, Towbin or its employees may have a long or short position in the securities of company(ies) discussed herein and, at any time, may make purchases and/or sales as principal or agent.

| | % of CEUT Universe with this rating | % of rating tier for which CEUT provided IB services |
|---|---|---|
| Buy | 58% | 61% |
| M. Perform | 42% | 39% |
| Underperform | 0% | 0% |

The research analyst who is primarily responsible for the research contained in this research report and whose name is listed first on this report: (1) attests that all of the views expressed in this research report accurately reflect that research analyst's personal views about any and all of the securities and issuers that are the subject of this research report; and (2) attests that no part of that research analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the research analyst in this research report.

CEUT's research analysts receive compensation, including bonus compensation, based on CEUT's overall operating revenues, including revenues generated by CEUT's investment banking department.

### Footnotes
When the corresponding number appears next to the security symbol, the following disclosure(s) apply:
1    C.E. Unterberg, Towbin makes a market in this security.
2    C.E. Unterberg, Towbin acted as a manager or co-manager of a public offering for this company within the last three years.
3    C.E. Unterberg, Towbin has performed investment banking, capital markets or other services for this company or its officers within the last three years.
4    An officer, or a household family member of an officer, of C.E. Unterberg, Towbin, is a director or an officer of this company.
5    C.E. Unterberg, Towbin, its affiliates or subsidiaries, expect to receive or intend to seek compensation for investment banking services from this company within the next three months.
6    Within the past 12 months, C.E. Unterberg, Towbin, its affiliates or subsidiaries, has received compensation for investment banking services for this company.
7    C.E. Unterberg, Towbin, its affiliates or subsidiaries, intend to seek compensation for investment banking services from this company during the next three months and thereafter.

Plaintiffs' Motion for Class Certification
Kindall Declaration

# EXHIBIT K



# Research Comment

January 21, 2004



1 Year Price History for SPRT

## SupportSoft

(NASDAQ: SPRT)

Company Update
EPS Revision

## Sector Perform

Speculative Risk

**Cameron P. Steele**
(415) 633-8501 cameron.steele@rbccm.com

**Karen Haus, CPA**
(415) 633-8568 karen.haus@rbccm.com

| | |
|---|---|
| Price: 16.47 | Price Target: 18.00 |
| 52-Wk High: 17.04 | 52-Wk Low: 1.89 |
| Float (MM): 22.2 | Debt to Cap: 0.0% |
| Shares Out (MM): 37.9 | Market Cap (MM): 624 |
| Dividend: 0.00 | Yield: 0.0% |
| Tr. 12 ROE: 5.00% | Est 3-Yr EPS Gr: 30.00% |
| Trading Vol. (MM): 0.900 | |
| Institutional Own.: 67% | |

| (FY Dec) | 2003 | 2004 | 2005 | |
|---|---|---|---|---|
| EPS Cal | 0.25 | 0.30 | 0 34 | -- |
| Prev. | 0.24 | 0.29 | | |
| P/E | 65.88x | 54.90x | 48.44x | NA |
| Revenue Net (MM) Cal | 53.30 | 64.70 | 76.10 | -- |
| Prev. | 52.40 | 64.80 | | |
| MktCap/Rev | 11.71x | 9.64x | 8.20x | NA |

| EPS Cal | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2003 | 0 04A | 0.06A | 0.07A | 0.08A |
| 2004 | 0.07E | 0.07E | 0.08E | 0 09E |
| Prev. | 0.06E | | 0.07E | |
| Revenue Net (MM) Cal | | | | |
| 2003 | 11.90A | 12.60A | 13 50A | 15.10A |
| 2004 | 15.20E | 15.60E | 16.30E | 17 60E |
| Prev. | 14.80E | 15.70E | 16.60E | 17.70E |

All values in USD unless otherwise noted.

## SupportSoft Exceeds Expectations: Reports Strong Q4 Results

### Event

SupportSoft's Q403 Results

### Investment Opinion

**SupportSoft Exceeds Expectations:** Total revenues of $15.1 million and EPS of $0.08 exceeded our expectations of $14.2 million and EPS of $0.07. Operating and financial metrics were strong across the board. Overall, we were impressed with the results and believe the company is carefully and methodically executing on its initiatives. The company saw strength in all three of its vertical markets; corporate enterprises, digital service providers, and OEM/MSPs.

**Slight Model Changes, Introducing 2005 Estimates:** We are maintaining our 2004 revenue estimate of $64.7 million and increasing our EPS estimate by a penny to $0.30. We are also introducing 2005 estimates of $76.1 million and EPS of $0.34. We recognize that the lack of EPS growth may be disconcerting to investors, but in our opinion this is a function of the limitation on SupportSoft's ability to effectively utilize its tax loss carry forwards rather than an indication of the health of the underlying business.

**Valuation:** SPRT shares closed yesterday at 55x our 2004E EPS $0.30, compared to 39x average multiple for its peer group. We continue to believe the company's growth prospects are excellent, and recommend adding to positions on weakness. Our price target is 60x our 2004E EPS, a premium to other software application vendors, but we believe warranted due to SupportSoft's solid track record of execution, strong financial positioning, and extensive growth opportunities.

---

For pertinent disclosure, see Disclosure section on page 3 of this report.

**SupportSoft Exceeds Expectations:** Total revenues of $15.2 million and EPS of $0.08 exceeded our estimates of $14.2 million and EPS of $0.07. License revenues of $11.2 million hit our targets, with services revenues of $3.9 million beating our $3.1 million estimate as the company had strong maintenance renewals during the quarter. Operating expenses were lower than we expected, as the company has not increased its headcount as quickly as we originally had anticipated. EPS of $0.08 beat our estimate by a penny. Business metrics were strong across the board. Revenue from ratable sources (term agreements) was $9.1 million or 60% of total revenue with perpetual revenues accounting for the remaining $6.0 million. Going forward management indicated that it expects revenue from ratable agreements to account for 45%-55% of total revenues. International revenues were only $1.2 million, or 8% of the total and was primarily from broadband providers in Europe. Going forward, management is targeting 20% of revenues to come from international sources. The company signed 30 deals during the quarter, 10 with new customers. ASP for the quarter was $500K, with two deals being north of $1 million. There were two customers who contributed greater than 10% of revenues (one at 16% and one at 12%). The company ended the quarter with 170 employees, up from 154 at the end of the September quarter, including 22 quota-carrying reps. As of today, the company has 25 reps and we expect this number to continue to increase as the company builds out its sales infrastructure.

**Balance Sheet Metrics:** The company's balance sheet was exceptionally strong at December 31, highlighted by $121 million in cash and equivalents, which includes $78 million from the company's recent secondary offering. In addition to the fundraising, the company also generated $6 million in cash flow during the quarter. DSOs fell to 74 days (down from 94 days in Q3) but we remind investors that due to the company's revenue recognition policies this metric will fluctuate a fair amount from quarter to quarter. Accounts receivable fell to $12.4 million, down from $14.2 million at the end of September. 87% of these were less than 30 days, with 9% greater than 90 days. Management indicated it collected $350K of over 90-day receivables in 2004. Deferred revenue grew slightly to $20.9 million, up from $20.0 million at the end of September.

**Our Take:** Overall, we were impressed with the company's results this quarter, and believe the company is carefully and methodically executing on its initiatives. Management outlined its five growth drivers for 2004 which include 1) expanding its presence in the Fortune 500 companies 2) establishing itself in the IT infrastructure market 3) continuing its success in the digital service provider market (by helping them support new products such as VoIP and digital video) 4) expanding overseas and 5) improving relationships with managed service providers. We believe that here in North America SupportSoft's success will be determined by its ability to further leverage its relationships with existing customers through new products and services. Internationally, in our opinion the company's success hinges on its ability to penetrate new customers. We will be closely watching the company's progress all all these fronts but are particularly interested in its success with the new initiatives with the digital service providers (namely the digital video pilots the company currently has underway at two of its large customers) as well as international growth.

**Model Changes:** Management raised the high end of the guidance range for 2004 to revenues of between $63 - $67 million (high end of the range was $66 million previously) and EPS of between $0.29 - $0.33 (previous range was $0.27 - $0.29). We are maintaining our revenue estimate of $65 million, but are increasing our EPS estimate by a penny to $0.30 to reflect higher service margins offset somewhat by higher tax rates. After completing a review of its tax NOLs the company raised its effective tax rate for 2004 to between 10% - 14% (we had been estimating 5% previously), and will become fully taxed in 2005. We are also introducing 2005 estimates of $76.1 million and EPS of $0.34. We recognize that the lack of EPS growth may be disconcerting to investors, but in our opinion this is a function of the limitation on SupportSoft's ability to effectively utilize its tax loss carry forwards rather than an indication of the health of the company's underlying business.

## Valuation

SPRT shares have had a nice run over the past two weeks and have continued to trade at a healthy premium to its peer group. At the close of the market yesterday, SPRT shares were trading at 55x our estimated 2004 calendar estimate of $0.30, compared to 39x average multiple for its peer group. We continue to believe the company's growth prospects are excellent, and recommend adding to positions on weakness. We reiterate our Sector Perform rating with Speculative Risk qualifier and $18 price target on SPRT shares. Our price target translates into a 60x P/E multiple on our estimated 2004 earnings of $0.30. This is a premium to other software application vendors, but we believe this valuation is warranted due to SupportSoft's solid track record of execution, strong financial positioning, and extensive growth opportunities.

## Price Target Impediment

Failure of the company to meet published revenue and expense targets could prove to be an impediment to our price target. Additionally, any further weakening of the macroeconomic environment and/or deterioration in IT spending levels could also prevent SPRT shares from reaching our price target.

## Company Description

**RBC Capital Markets**                                                                                    **SupportSoft**

SupportSoft, Inc. is a leading provider of support automation technologies which enable companies to more efficiently handle and manage IT support requests.

## Disclosures



Rating and Price Target History for: SPRT as of 01-20-2004

Created by BlueMatrix

|  | **RBC Capital Markets** |  | **Distribution of Ratings, Firmwide** |  |
|  |  |  | **IB Serv./Past 12 Mos.** |  |
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| BUY [TP/O] | 341 | 44.69 | 100 | 29.33 |
| HOLD [SP] | 314 | 41.15 | 60 | 19.11 |
| SELL [U] | 108 | 14.15 | 8 | 7.41 |

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for SupportSoft, Inc. in the past 12 months. RBC Dain Rauscher Inc. makes a market in the securities of SupportSoft, Inc. and may act as principal with regard to sales or purchases of this security. The author(s) of this report has received (or will receive) compensation based in part upon the investment banking revenues of RBC Capital Markets (including RBC Dain Rauscher, RBC Dominion Securities Inc., and RBC Dominion Securities Corp. or their affiliates). The author is employed by RBC Dain Rauscher Inc., a securities broker-dealer with principal offices located in Minnesota, USA. The author is employed by RBC Dain Rauscher Inc., a securities broker-dealer with principal offices located in Minnesota, USA.

NASD/NYSE rules require member firms to assign all rated stocks to one of three rating categories--Buy, Hold/Neutral, or Sell--regardless of a firm's own rating categories. Although RBCCM does not consider all stocks that its analysts rate as Sector Perform to be equivalent to a Hold/Neutral rating, for purposes of this ratings distribution disclosure, RBCCM automatically treats stocks rated Sector Perform as Hold/Neutral.

In the event that this is a compendium report (covers more than six subject companies) RBC Capital Markets (RBC CM) may choose to provide specific disclosures for the subject companies by reference. To access these disclosures, clients should refer to http://rbc2.bluematrix.com/bluematrix/Disclosure or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

Analyst Certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

Explanation Of RBC Capital Markets Rating System

Definitions Of Rating Categories

An analyst's sector is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents the analyst's view of how that stock will perform over the next 12 months relative to the analyst's

sector, but does not attempt to provide the analyst's view of how the stock will perform relative to: (i) all companies that may actually exist in the company's sector, or (ii) any broader market index.

Ratings:

Top Pick (TP): Represents analyst's best ideas in Outperform category; expected to significantly outperform sector over 12 months; provides best risk-reward ratio; approximately 10% of analyst's recommendations.

Outperform (O): Expected to materially outperform sector average over 12 months.

Sector Perform (SP): Returns expected to be in line with sector average over 12 months.

Underperform (U): Returns expected to be materially below sector average over 12 months.

Risk Qualifiers:

Average Risk (Avg): Volatility and risk expected to be comparable to sector; average revenue and earnings predictability; no significant cash flow/financing concerns over coming 12-24 months; and/or fairly liquid.

Above Average Risk (AA): Volatility and risk expected to be above sector; below average revenue and earnings predictability; may not be suitable for a significant class of individual equity investors; may have negative cash flow; and/or low market cap or float.

Speculative (Spec): Risk consistent with venture capital; low public float; potential balance sheet concerns; and/or risk of being delisted.

Our Research Ratings Legend can be viewed at

http://www.rbccmresearch.com/researchratings.

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by a member company of RBC Capital Markets or one of its affiliates. RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. RBC Dain Rauscher Inc. recommended lists include the Western Region Focus List (1), the Model Utility Portfolio (2), and the Prime Opportunity List (3) (formerly called the Private Client Selects), Private Client Prime Portfolio (4), a former list called Private Client Portfolio (5), and the Prime Income List (6). RL On: Date a security was placed on a recommended list; RL Off: Date a security was removed from a recommended list.The information contained in this report has been compiled by RBC Capital Markets ("RBC CM") from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC CM, its affiliates or any other person as to its accuracy, completeness or correctness. RBC Capital Markets is a business name used by subsidiaries of the Royal Bank of Canada including RBC Dominion Securities Inc., RBC Dominion Securities Corp., RBC Dain Rauscher Inc., Royal Bank of Canada Europe Limited and Royal Bank of Canada - Sydney Branch. All opinions and estimates contained in this report constitute RBC CM's judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. This report is not an offer to sell or a solicitation of an offer to buy any securities. RBC CM and its affiliates may have an investment banking or other relationship with some or all of the issuers mentioned herein and may trade in any of the securities mentioned herein either for their own account or the accounts of their customers. Accordingly, the entities constituting RBC CM or their affiliates may at any time have a long or short position in any such security or option thereon. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. This material is prepared for general circulation to clients and does not have regard to the particular circumstances or needs of any specific person who may read it. To the full extent permitted by law neither RBC CM or any of its affiliates, nor any other person, accepts any liability whatsoever for any direct or consequential loss arising from any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior consent of RBC CM. The entities comprising RBC Capital Markets are wholly owned subsidiaries of the Royal Bank of Canada and are members of the RBC Financial Group.

Additional information is available on request.

To U.S. Residents: This publication has been approved by RBC Dominion Securities Corp. ("RBCDS Corp.") and RBC Dain Rauscher Inc. ("RBC DRI"), both of which are U.S. registered broker-dealers, which accept responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBCDS Corp. or RBC DRI.

To Canadian Residents: This publication has been approved by RBC Dominion Securities Inc. Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

To U.K. Residents: This publication has been approved by Royal Bank of Canada Europe Limited ("RBCEL") which is regulated

**RBC Capital Markets** **SupportSoft**

by Financial Services Authority ("FSA"), in connection with its distribution in the United Kingdom. This material is not for distribution in the United Kingdom to private customers, as defined under the rules of the FSA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

To Persons Receiving This Advice in Australia: This material has been distributed in Australia by Royal Bank of Canada - Sydney Branch (ABN 86 076 940 880). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product.

Copyright © RBC Dain Rauscher Inc. 2004 - Member SIPC.

Copyright © RBC Dominion Securities Inc. 2004 - Member CIPF.

Copyright © RBC Dominion Securities Corp. 2004 - Member SIPC.

Copyright © Royal Bank of Canada Europe Limited 2004.

All rights reserved.

---

SupportSoft, Inc.
Pro Forma Income Statement
(data in thousands, except per share)

| | Fiscal 2002 by Quarter | | | | Fiscal 2003 by Quarter | | | | Fiscal 2004 by Quarter | | | | Calendar Year | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Row items (left-hand labels):

- Revenue
  - Licenses
  - Services
- Cost of Revenues
  - Licenses
  - Services
- Gross Profit
- Operating Expenses:
  - Amortization of purchased technology
  - Sales and Marketing
  - Research and Development
  - General and Administrative
- Operating Income (loss)

- Amortization of Deferred Comp
- Interest and Other Income (expense)
- Pretax Income (loss)
- Income Taxes (benefit)
- Net Income (loss)

- EPS (excluding nonrecurring charges)
- Reported EPS
- Fully Diluted Shares Outstanding

- Deferred Revenue
- Cash Balance (in thousands)
- Accounts Receivable
- DSO

Margins on Revenue
- License % of Revenue
- Maintenance/Service % of revenue
- Gross Margin:
  - Licenses
  - Maintenance and Services
- Sales and Marketing
- Research and Development
- General and Administrative
- Operating Margin
- Tax Rate
- Pretax Income (Expense)
- Net Income (loss)

% Changes Quarter/Quarter
- Revenues
- Licenses
- Maintenance and Services
- Revenue (YoY)
- Licenses
- Maintenance and Services (YoY)
- Gross Profit
- Sales and Marketing
- Research and Development
- General and Administrative
- Operating Income (loss)
- Pretax Income (loss)
- Net Income (loss)

* Restructuring change includes tax benefits

Plaintiffs' Motion for Class Certification
Kindall Declaration

# EXHIBIT L



**citigroup** | See page 16 for Analyst Certification and Important Disclosures
Initiating Coverage ☑

**Smith Barney**

Small/Mid-Cap Research

# SupportSoft Inc (SPRT)

## SPRT: Automating Support

**BUY (1)**
**Speculative (S)**

Mkt Cap: **$322 mil.**

**July 13, 2004**

**SOFTWARE**

**Mark Verbeck**
+1 (415) 951-1839
mark.verbeck@citigroup.com

**Alan Tikwart**
+1-415-951-1804

**SUMMARY**

➤ Initiating on SupportSoft with 1S (Buy/Speculative) rating and $11 price target

➤ Through a challenging period for IT spending, company management and the product portfolio have been nimble and adaptable enough to create an enviable track record with 11 quarters of consecutive growth

➤ The company's "Real Time Support Automation" software and message resonate with its broadband, enterprise and outsourcer customers that seek to reduce support costs and increase satisfaction levels

➤ The company has a good head start in the corporate market, including relationships with the "smart-money" outsourcers, yet our analysis suggests that this market is becoming increasingly competetive

➤ The company faces challenges with the broadband mega-deals (and associated customer concentration) fading, likely futher eroding the subscription revenue it has had difficulty growing, and requiring higher spending levels.

**United States**

| FUNDAMENTALS | |
|---|---|
| P/E (12/04E)............................. | 22.4x |
| P/E (12/05E)............................. | 30.5x |
| TEV/EBITDA (12/04E) ................ | NA |
| TEV/EBITDA (12/05E) ................ | NA |
| Book Value/Share (12/04E)........ | NA |
| Price/Book Value ...................... | NA |
| Revenue (12/04E) ............ | $66.1 mil. |
| Proj. Long-Term EPS Growth ...... | 20% |
| ROE (12/04E) ............................ | NA |
| Long-Term Debt to Capital(a)...... | NA |

(a) Data as of most recent quarter

| SHARE DATA | |
|---|---|
| Price (7/13/04) ...................... | $7.63 |
| 52-Week Range........ | $16.47-$6.45 |
| Shares Outstanding(a) ........... | 42.2 mil. |
| Div(E) (Cur/Prev) .................... | $0.00/NA |

| RECOMMENDATION | |
|---|---|
| Rating (Cur/Prev)...................... | 1S/NA |
| Target Price (Cur/Prev)... | $11.00/NA |
| Expected Share Price Return........ | 44.2% |
| Expected Dividend Yield............. | 0.0% |
| Expected Total Return................ | 44.2% |

**EARNINGS PER SHARE**

| FY ends | | 1Q | 2Q | 3Q | 4Q | Full Year |
|---|---|---|---|---|---|---|
| 12/03A | Actual | $0.04A | $0.06A | $0.06A | $0.09A | $0.25A |
| 12/04E | Current | $0.09E | $0.09E | $0.08E | $0.09E | $0.34E |
| | Previous | NA | NA | NA | NA | NA |
| 12/05E | Current | $0.06E | $0.06E | $0.06E | $0.07E | $0.25E |
| | Previous | NA | NA | NA | NA | NA |
| 12/06E | Current | NA | NA | NA | NA | $0.29E |
| | Previous | NA | NA | NA | NA | NA |

First Call Consensus EPS: 12/04E $0.34; 12/05E NA; 12/06E NA

Smith Barney is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report.
Investors should consider this report as only a single factor in making their investment decision.

**Citigroup Global Markets**



**citigroup**

**Smith Barney**

Small/Mid-Cap Research

## COMPANY DESCRIPTION

SupportSoft is a leading provider of software, collectively known as its "Real Time Service Management" offering, that aids in the diagnosis and repair of software configuration problems on end-point devices like PC's and PDA's. This capability reduces the total cost of support for these devices by decreasing the number of support calls and reducing the occurrence of support staff desk-side visits. The company's offerings also include software that enables broadband customers to establish their connection without on-site support.

## INVESTMENT THESIS

SupportSoft has nimbly navigated a treacherous landscape, surviving both the dot-com implosion (the company was formerly Support.com) and the demise of the independent broadband provider (Excite @ Home was an early large customer) and emerged with a many-faceted product footprint and a diverse addressable market. We don't believe the land mines have disappeared, but the company's proven execution and significant product portfolio should help it steer its way through.

➤ **SupportSoft is well positioned to continue its strong position in the broadband provider market.** The company enjoys a strong broadband presence, particularly with United States cable providers. SupportSoft can leverage these relationships into an expanded footprint and new customers, particularly outside the U.S. With only one competitor of note, Motive Communications, this market is fairly attractive and unpenetrated. Our cable team notes that the cable providers are stepping up efforts to decrease back-office costs and promote self-installs for their broadband business, two trends that should benefit SupportSoft

➤ **The company is expanding its efforts to address the enterprise market.** While the company has always had enterprise functionality, it is adding capabilities to better address the market, including support for more platforms (PDA and wireless) and new functionality like voice-based assistance. In this market, we believe outsourcers like Accenture and CSC are the smart money because support costs and customer satisfaction are key to their business models and therefore, we view their working with SupportSoft as a leading indicator of the SupportSoft opportunity in this market.

➤ **SupportSoft's target markets represent a large opportunity.** The broadband market is estimated to be growing close to 20% annually in the U.S. and customer self-installs are growing as a percentage of the total with providers offering incentives for customers to do the self-install. The economics are compelling as our cable analyst, Niraj Gupta, estimates that a truck-roll for broadband installation costs the provider $100. We estimate that the base opportunity here is approximately a $75 million opportunity today, growing to $150 million in 2009. In addition, if SupportSoft extends its solution (which we believe it will) to address new requirements such as interactive TV and voice-over-IP telephony, there should be additional upside. As there is limited competition in this market, SupportSoft has the opportunity to capture a significant percentage of this revenue. To quantify the corporate opportunity we based on data from IDC, we estimate the total enterprise opportunity to be 180 million PC's worldwide in use at medium sized or better organizations. Using a $10 license opportunity per unit gives us a $1.8 billion opportunity. As we note in our report, there are a significant number of companies looking to capitalize on this opportunity, but we believe SupportSoft is well positioned to compete in this market.

➤ **Nascent market and valuation provide protection from software malaise.** Despite the recent difficulties in the enterprise software market, we have confidence in our recommendation on SupportSoft because it has more revenue visibility than many other software companies as a result of its ratable revenue, because the broadband providers have a sense of urgency about addressing their costs and because the nascent enterprise



**citigroup**

**Smith Barney**

Small/Mid-Cap Research

market is quite small in relation to its potential, offering protection from macro factors. In addition, recent weakness in the stock makes the valuation more compelling.

➤ **We believe it is important to understand the company does have some challenges.** The enterprise market is significantly more competitive than the broadband market. While SupportSoft has innovative product offerings for this enterprise market, it faces more competitors than in the broadband market, including some that already have robust sales channels. In our opinion, SupportSoft will need to invest more in sales and marketing in the near-term to adequately address this opportunity. Significant customer concentration must be managed. The company has done an exemplary job managing a very concentrated customer base. Nonetheless, this customer concentration makes it more difficult for the company to predict its results. We expect that as the company grows and the large deals become fewer, this will be less of an issue. The subscription revenue model is unproven for SupportSoft. After initial success in 1999 and 2000 generating sequential increases in subscription revenue, the company has not been able to consistently deliver increases in its subscription revenue. While this merely puts the company on par with the majority of software companies, it does expose them more to the vagaries of the back-end loaded software license model.

We are initiating coverage of SupportSoft with a Buy/Speculative risk (1S) rating, and a $11 price target.

## MODEL ASSUMPTIONS AND ESTIMATES

We expect that SupportSoft should be able to substantially exceed our estimated software industry growth rate of 8%-10% during our 5 year forecast period. While the larger systems management market, of which we consider SupportSoft a member, has challenges with declining mainframe sales and high penetration of core functionality, SupportSoft differentiates itself from the group by addressing the management of end-points like PCs and PDAs. The management of end-points benefits from the move to distributed systems and has little penetration. Indeed, in the competitive section, we note that many of the traditional systems management vendors are looking to this area as an expansion opportunity.

For the company's 2Q04, ending June 30, 2004, we currently forecast revenues of $16.4 million (up 30% y/y) and EPS of $0.09, inline with the company's guidance of $16-16.4 million in revenue and $0.08-$0.09 EPS. Our revenue estimates for FY04, FY05, and FY06 are $66.1 million, $71.5 million, and 84.1 million. The 7% revenue ramp in FY05 reflects our conservative view on the company's ability to replace the revenue from an eight-figure deal that it signed in Q3 FY03 and is recognizing over five quarters. Our revenue growth assumption rebounds in FY06. Our EPS estimates for FY04, FY05 and FY06 are $0.34, $0.25 and $0.29. The decrease in EPS from FY04 to FY05 reflects our assumption that the company will be reporting taxes at a normalized tax rate in FY05 versus the 11% tax rate being used this year. This implies the company will record a one-time gain in December 2004 as it reverses the reserve on the deferred tax asset attributable to its remaining NOLs, which we estimate at $24.5 million after Q104. The company guided FY2004 revenue and EPS to $64-$68 million and $0.32-$0.34 respectively.

## VALUATION

For SupportSoft, we used two primary methods to derive our valuation. The first is discounted cash flow (DCF) analysis. For our DCFs, we fully model the company's income statements, balance sheets, and cash flows to a terminal year, in excess of 20 years out, to determine free cash flow in each of the years. At that point, we believe the company will be at terminal cash flow growth rates approximating GDP growth rates (generally 3%). For our DCF analysis, we use a risk-free rate of 4.5% and an equity risk premium of 5%. Our second valuation method is a P/E analysis based on a five-year forward business model, where we forecast a five-year revenue compounded annual growth rate (CAGR), normalized operating



**Smith Barney**

Small/Mid-Cap Research

margins, and an expected P/E multiple in order to derive a valuation normalized for what we believe is the company's mature operating model.

Our $11 price target for SupportSoft is based on both our DCF and P/E-based methodologies. To estimate beta, we analyzed the historical beta of a basket of software stocks for an eight-year period, excluding a period from 1999 to 2000, which we define as "The Bubble." This analysis suggested that a Beta of 2.0 was a reasonable value to use as a forward-looking number for many of our software stocks. Companies that are more mature, having slower growth rates and/or a higher percentage of recurring revenue, would have a Beta less than this typical number. For our DCF analysis, we employ a beta of 2.0, a terminal free cash flow (FCF) multiple of 8.7x, and a weighted average cost of capital (WACC) of 14.5%. This analysis suggests a value of $11 per share.

For our P/E-based methodology, we first projected net income five years forward based on a 5-year revenue (CAGR) of 20%, a normalized operating margin of 25%, and a tax rate of 32%. The 25% operating margin is typical for our software companies with a low percentage of professional services. We then applied a multiple of 24x to this net income projection and discounted this number to the present, which suggests a stock price of $10.21. The 24x multiple represents the 1.4x premium to S&P 500 market multiple. For our 1.4x market premium, we compared a basket of software stocks' multiple to the S&P 500 multiple over an eight year period, excluding a period from 1999 to 2000 which we define as "The Bubble." Our conclusion from this analysis is that because of what we believe are attractive aspects of the software company business model, software companies trade at a 1.4x premium to the S&P 500 multiple. As our PE based valuation is based on full tax rates and doesn't include an allowance for lower tax payments as a result of loss carryforwards, we add $0.55 to our price target to allow for the present value of the $25 million deferred tax asset, giving a total price target of $11.

Our price target represents a P/E of 32x 2004 earnings, 44x fully taxed 2005 earnings and an EV to sales of 3.0x and 2.7x 2004 and 2005 sales. As with many companies with large cash balances relative to market-cap (over of SupportSoft market cap is cash), the P/E ratio can look quite high. If instead we look at EV/NOPAT, our target EV is 33x our 2005 number, significantly lower than the 44x P/E.

### RISKS

We rate SupportSoft shares Speculative risk due to high share price volatility, mid cap market capitalization, and significant customer concentration.

Risks to our price target for SupportSoft include:

- The company frequently has customers that account for more than 10% of its revenues. If the company were unable to close a sale of this magnitude in a given quarter it could have a significant negative impact on the stock. We feel this risk is mitigated, however, as a significant portion of its revenue is not in the form of perpetual license sales that are recognized as revenue in the quarter sold.

- The company gets a significant portion of its revenue from the broadband industry, particularly cable providers. As such, SupportSoft is exposed to the fortunes of this industry as well. We note that there has been significant M&A activity in this industry, which can create additional exposure as well as opportunity.

- The company's target market on the corporate side has seen an increasing amount of interest from some larger and better-capitalized players, including Microsoft, HP and Symantec. If any of these players are effective at developing solutions, their



**Smith Barney**
Small/Mid-Cap Research

broad distribution channels and large product footprints could make it difficult for SupportSoft to expand this market.

- Software companies traditionally have back-end loaded quarters, thus giving very little visibility to license revenues.

- The company has a poor track record of maintaining and growing its subscription revenue. To the extent a decline in this revenue stream decreases the company's visibility, investors may not be willing to pay the same multiple for the company.

- In the most recent quarter, the company added only 3 new customers. If the company is unable to increase the number of customers it is adding, it will likely be difficult to continue to grow its revenue.

If the impact on the company from any of these factors proves to be greater than we anticipate, the stock could materially underperform our target.

## INDUSTRY

It is difficult to size the market for support automation because of the fragmented market and multitude of solutions including a lot of support still being provided with a manual approach. To analyze the market opportunity for SupportSoft, we looked at the broadband service provider market and the information technology support market as the two demand drivers for the company's products. Based on our analysis, we believe the company can grow at 20% over the next 5 years.

### BROADBAND SERVICE PROVIDER AND OEMS

While their businesses are quite different, broadband service providers and OEMs face a similar challenge – managing the unmanaged. With no control over the software or configuration changes their customers are making, these organizations nonetheless often receive the support calls to repair the damage. We found in our due diligence, this kind of complexity was often the most important driver of SupportSoft adoption. For these companies, customer support is business critical and thus, they have been willing to adopt support automation software even in a challenging spending environment.

Since its inception, the broadband service providers have had a challenging business model, numerous competitors, falling prices and significant technology complexity. These providers need solutions to help decrease the cost of installing and servicing their customers. Broadband subscribers growth, churn caused by the entrance of new options, and international expansion will drive this business for SupportSoft. In addition, SupportSoft continues to expand its product offering for these customers with functionality live assist, knowledge base capabilities, and more support channels. One challenge in this market is our belief that there is unit price pressure on solutions, and that new functionality is largely maintaining pricing rather than expanding it. With the high-end of the US market seemingly spoken for, US growth should largely mirror household broadband subscriber growth, which our internet analyst, Lanny Baker, estimates at 32% in 2004 and a 5-year CAGR of 17%. Additional momentum for broadband will be delivered by international markets, which are largely unpenetrated. For this reason we peg the growth rate here at about 20% over the next 5 years.



**Smith Barney**
Small/Mid-Cap Research

## Broadband Subscriber Growth



Source: Smith Barney Estimates and Company Reports

### INFORMATION TECHNOLOGY SUPPORT

While not as costly as sending a truck out to a customer's premises, sending an IT support person to visit an employees desk is still quite expensive. While support automation in the organization has cost saving and productivity improving value, it is not business critical for many organizations we have spoken to, and thus we believe an improving IT spending environment would be necessary to make dollars widely available for this type of solution. We found it interesting that the outsourcing firms like Accenture and ADP are adopting this technology when they are outsourcing the support of other firms IT infrastructure. In this case, productivity and customer satisfaction are business critical for the outsourcer. We believe this is a leading indicator of the value of the solution that will translate into broader adoption with more plentiful IT spending. With a very under-penetrated market, the growth potential here could be quite large, yet we believe this market will be quite competitive, as we discuss later. We believe with proper execution, SupportSoft could grow this business at a 20%-25% CAGR for the next 5 years.

### COMPANY

SupportSoft, based in Redwood City, CA, provides software that helps manage and even automate the resolution of software based technology issues for computers and computing devices. The company's solutions have resonated with the cable broadband industry, outsourcers of corporate information technology and internal information technology departments that are seeking to minimize the expense associated with managing an increasingly complex software landscape across all manner of devices.

Founded in 1997, the company went public in July 2000 at $14 per share. Despite an early stumble, the company has demonstrated strong execution, meeting or exceeding its initial



**citigroup**

**Smith Barney**

Small/Mid-Cap Research

targets for cash-flow breakeven and profitability. The company has the enviable position of growing license revenue sequentially for 11 quarters as of Q104, a feat achieved by only three other software companies in our screen of the software companies in the Russell 3000 software companies.

## TECHNOLOGY AND SOLUTIONS

SupportSoft offers suites of products to address service and support automation for various end-point computing devices like the PC, and the PDA. The SupportSoft Web site contains a complete product and technology overview. In an attempt to distill this information into something more meaningful for investors, we look at the SupportSoft offerings by the end markets they address.

### TECHNOLOGY

SupportSoft's products are built around the concept of **Real-Time Service Management (RTSM),** which strives to reduce human interaction by proactively assessing and addressing problems/ situations as they arise, resulting in service and support automation. RTSM is built around the company's DNA™ Architecture, which provides a recorded record of all changes, thus providing a consistent and reversible environment for addressing support related issues as they happen. SupportSoft's products can be deployed as a stand-alone product or as an integrated suite. The products work together to promote automation of support services and support processes across support channels, thus requiring less human interaction and decreased human support interaction.

The company uses their SmartIssue Technology to collect personal information about the user, the system and the current incident. The SmartIssue Technology then relays this information to the support tools or personnel that are best equipped to handle the situation. By using the internet and a unified, transactional metadata layer, SupportSoft is able to integrate their solution with any support provider. The SmartIssue technology is complemented by the company's DNA Probe™, which immediately identifies the users' software applications and operating system components and tracks them over a period of time. The DNA Probe™ technology also identifies all of the network settings, which helps support organizations provide a more personalized support solution.

SupportSoft uses their patented **Software Vaults** to effectively deliver solutions upon diagnosis. The Software Vaults contain a large number of files and support actions, residing locally or in a network environment, which are made available to help address the problem. The Software Vaults are unique in that they will address problems in a logical sequence, providing the necessary replacement files in a timely fashion, thus allowing the servers to support thousands of users.

Other SupportSoft technologies include the **SmartResult System**, which is a context sensitive platform that leverages the company's SmartIssue information with solution retrieval technology in order to automate problem response resolution for "how to" and "it doesn't work" questions. The SmartResult™ System provides the right answers by gathering and analyzing context-sensitive information and comparing it to defined data structures, which in turn provides real-time solutions

**SupportActions**™ is a tool for quickly resolving support problems by enabling by providing a point and click interface that supports multiple languages, including Java, Perl, and Visual Basic. SupportActions™ can be used for Virus Updates or patches across multiple desktops.

**SupportTriggers**™ is a real-time support tool that enables the problem resolution process to begin before the problem has been identified by the user. SupportTriggers are events that reside within the application that provide an automatic support response.

7



citigroup
Smith Barney
Small/Mid-Cap Research

## SOLUTIONS

### BROADBAND PROVIDERS

This is a large market for the company, regularly accounting for approximately 50% of the company's revenue. The company claims six of the seven largest broadband companies as customer and these customers deliver multi-million dollar transactions.

#### SUPPORT AUTOMATION

Because there is no standard PC configuration, broadband providers face tremendous challenges in making sure their customers' computers can get on-line. This diverse, unmanaged environment is well suited to an automated support solution, and this is where SupportSoft first gained traction with the broadband providers. By understanding the configuration change that may have caused a customer's connection problem, and enabling either faster or completely automated resolution of the problem, SupportSoft reduces support costs.

#### AUTOMATED INSTALLATION

This is a newer addition to the company's product line. Formerly, it partnered with BroadJump, which was acquired by Motive, for this capability. Since developing its own solution, SupportSoft has been aggressively working to replace competitors in its support tools installed base with its SmartAccess™ offering. In the early days of broadband in the home, it was not unusual to have several trucks visit your house to install equipment and test the connection. With continuing price pressure and no more equity dollars to fund that kind of madness, cost effective, automated installation is key to the provider's business model.

#### ADDITIONAL OPPORTUNITIES

The company is developing and marketing new products which it hopes will further its penetration of the broadband provider wallet. Some of these initiatives include HomeNet™ (a home networking installation product) and a development effort with Scientific Atlantic to embed support automation software in its digital video set-top box.

### CORPORATE ENTERPRISE

#### SUPPORT AUTOMATION

While based on the same underlying technology as the broadband support automation products, the corporate products leverage the more extensive configuration information and greater control over the environment. Here there is more emphasis on resolving problems before they occur with functionality like auto release and resolve which can also help with virus remediation. Other functionality aids IT operations with auto discovery and metering functionality, problem tracking and a knowledgebase.

#### ADDITIONAL OPPORTUNITIES

While we believe the company's products are largely being used to manage PC's, we believe there will be a burgeoning opportunity to manage the proliferation of PDAs, smart phones, and wireless devices.

### OEM

Somewhere between the enterprise and the broadband provider is the OEM that wants to improve the customer service on its products. Here companies like IBM utilize the SupportSoft products to better diagnose and repair what they don't control, namely the software conflicts and errors that can cause the equipment to not perform as intended. We believe it is unlikely that new products will be developed for this market.



**Smith Barney**

Small/Mid-Cap Research

## BUSINESS MODEL

SupportSoft employs a traditional enterprise license, maintenance and services model, with one twist. In addition to selling a perpetual license, the company offers a variety of term options and payments plans to its customers. The term revenue has the advantage of giving the company better visibility to its future revenues than most software companies. The majority of the company's revenue comes from direct sales to end-users. Because the broadband providers can enter into large contracts with the company, the company often experiences significant customer concentration in its quarters. The company has little OEM products so license revenues run between 98% and 99% gross margin. Maintenance contracts, which typically run 18% of the initial license annually, cover both support and upgrade rights. Maintenance is not charged separately on the subscription contracts because it is bundled into the subscription price. The company offers training and implementation services as well.

As the company's solutions have become more proven, and it expands its geographic footprint and sells into the enterprise more frequently, the contribution from ratable license revenue has continued to fall. We view this as a natural evolution for the company. We note that in Q4 of 2003 there was a break in this trend caused by the first of a series of 5 payments to be made under a large contract, yet as we look at Q1 2004, the trend continues, and unless a new significant customer is signed to replace the revenue stream that ends in Q4 2004 there will be a significant fall off in the following quarter.

## DISTRIBUTION

The majority of license revenue is delivered by SupportSoft's 24 quota carrying sales reps (as of Q1, 2004), but it also counts on channel relationships to help support its license business. In recent quarters 10–30% of SupportSoft's license revenues have come from its channel. Channel partners include managed service providers like Accenture, CSC and IBM Global Services and other vendors that incorporate the SupportSoft product into their own, like Siebel which incorporates SupportSoft into its Employee Relationship Management Product and IBM which has installed the software on its ThinkPad, NetVista and Netfinity lines.



**Smith Barney**

Small/Mid-Cap Research

### Channel Contribution



Source: Smith Barney and Company Filings

**CUSTOMERS**

We estimate the company has about 200 customers. Approximately 50% of its revenue comes from its broadband provider customers, the majority of which are cable broadband providers, while the remainder comes from IT departments of large organizations, managed service providers and OEMs. We estimate that OEMs account for less than 5% of revenues.

For a little more color, we analyzed the company's 2003 10K, which lists 45 customers that generated revenue or orders for more than $100,000 in 2002 and 2003. Of these 11 are broadband customers and the balance is enterprises and managed service providers. It is interesting to note that if we apply the quarterly revenue splits over this time period the broadband customers generated $40.9 million, $3.7 million per listed customer, while the other customers contributed $53.6 million, $1.6 million per listed customer. Admittedly the actual numbers here are suspect as a result of timing issues and not accounting for smaller customers among other things. Nevertheless, we believe the magnitude of the difference is illuminating.

The company has limited international exposure as it is just beginning to build up its capabilities. In the most recent quarters, international revenue has contributed about 10% of sales.



**Smith Barney**
Small/Mid-Cap Research

## Selected Customer List

| Enterprise | Outsourcers and OEM | Broadband |
|---|---|---|
| 3M Company | Accenture Limited | Adelphia Communications Corporation |
| ADP, Inc. | Affiliated Computer Services, Inc. | Belgacom, NV |
| Bank of America Corporation | Automated Systems (HK) Limited | BellSouth Corporation |
| British Telecommunications plc | Cap Gemini Ernst & Young UK plc | Charter Communications, Inc. |
| Cisco Systems, Inc. | CGI Group, Inc. | Comcast Corporation |
| General Electric Company | CompuCom Systems, Inc. | Cox Communications, Inc. |
| Lockheed Martin Corporation | Computer Sciences Corporation | SBC Communications, Inc. |
| Merrill Lynch | Eagle Alliance | TeliaSonera, AB |
| Schlumberger Omnes, Inc. | Hewlett-Packard Company | Time Warner Cable |
| Siebel Systems, Inc. | IBM Corporation | Tiscali S.p.A. |
| The Procter & Gamble Company | Perot Systems Corporation | UPC Nederland |
| Thomson Financial Inc. | | |
| Washington Mutual, Inc. | | |

Source: Smith Barney and Company Filings

### COMPETITION

In the broadband and OEM markets, SupportSoft faces little competition. We view Motive as the primary competitor in these markets. It seems that these two competitors have largely sewn up the US market with Motive having the advantage with the DSL providers and SupportSoft having a commanding lead with the cable providers. Other than the periodic takeaway, that would likely be quite price competitive, we believe the opportunity in this market is one of footprint expansion.

The corporate market is quite a different story. The approaches to support automation range from the brutish to the sophisticated and there are often a range of options that can be taken to address the pain point a particular organization is experiencing. Beyond its core support automation technology, SupportSoft has extended its functionality with offerings that are core to other vendors. Examples include asset discovery from Peregrine and MRO software, knowledge management from Primus Knowledge Systems and software patch management from Marimba and Microsoft. In addition, while we believe SupportSoft's sophisticated approach to system recovery is vastly better than the brutish full system restore offered by a solution like Symantec's Ghost product, it doesn't prevent them from competing in the marketplace. To make the competitive landscape more challenging, a number of vendors have recently been showing interest in directly competing in support automation. We believe that SupportSoft might also face Alteris, Microsoft, Symantec, Veritas, Motive, or Quest in competitive situations, depending on the specifics of how the customer defines its problem. In the corporate market, we also believe that the decision to not prioritize support automation could be the most challenging competition in a tight IT spending environment.

We can't ignore Microsoft's activities in and around this space. Windows XP, while still gaining traction in the corporate market, offers a number of significant enhancements to automate support activities including enhanced remote control functionality and a renewed focus on patch management in order to stem the virus problem. XP SP2 is to include more patch management functionality and the company has released an improved version of SMS, its software distribution product. In addition, it has expanded the capabilities of SUS (Software Update Server), its free distribution product to cover a larger problem set.

### FINANCIALS

Our revenue estimates for FY04, FY05, and FY06 are $66.1 million, $71.5 million, and 84.1 million. The 7% revenue ramp in FY05 reflects our conservative view on the company's ability to replace the revenue from an eight-figure deal that it signed in Q3 FY03 and is



**Smith Barney**
Small/Mid-Cap Research

recognizing over five quarters. Our revenue growth assumption rebounds in FY06. Our EPS estimates for FY04, FY05 and FY06 are $0.34, $0.25 and $0.29. The decrease in EPS from FY04 to FY05 reflects our assumption that the company will be reporting taxes at a normalized tax rate in FY05 versus the 11% tax rate being used this year. This implies the company will record a one-time gain in December 2004 as it reverses the reserve on the deferred tax asset attributable to its remaining NOLs, which we estimate at $24.5 million after Q104.



Source: Smith Barney Estimates and Company Reports

We believe the company is running quite lean and will have difficulty improving operating margins in the near term. Sales headcount has not kept pace with the company's growth and will need to expand in order to continue to grow and as the average deal size declines with higher penetration of the corporate market. Research and development spending will need to increase as the company competes against larger and better funded enterprises in the corporate market.

**CASH FLOW AND BALANCE SHEET**

As with most software companies, cash flow modestly exceeds earnings as working capital liabilities grow slightly faster than working capital assets and there is very little capital invested in the business. In addition, NOL's provided $20 million of cash flow improvement on GAAP results in 2005 and beyond. Our estimates for free cash flow in 2004-2006 are $16.7 million, $14.7 million and $17.6 million.

SupportSoft has $126 million in cash, and no debt.

**RECENT RESULTS**

In its fiscal first quarter of 2004 SupportSoft posted $15.7 million of revenue, beating guidance of $14.8 million to $15.2 million. Revenue was up 31% year-over-year and the company continued its streak of sequential revenue gains, up nearly 4% sequentially. Off a large increase in Q4 FY03, ratable licenses were off nearly 30% sequentially. EPS came in at $0.09 versus consensus of $0.07.

12



**Smith Barney**

Small/Mid-Cap Research

### FINANCIAL METRICS

There are several financial metrics that we believe are significant for investors to pay attention to:

➤ DSO's have been erratic as a result of the timing of large payments and changes in international revenues. While we believe 64 days is lower than expected, we would also prefer not to see them spike back up to the 100+ range of 2002.

➤ Customer concentration remains a concern with large deals being essential to making each quarters numbers. While ASP's have fallen as a larger number of small deals fill in the bottom, the elephant deal remains essential. As the company continues to grow, the occurrence of 10%+ customers should diminish.

➤ International business is largely an untapped market for the company, averaging less than 10% of revenues over the last 4 quarters.

➤ Sales Productivity is likely unsustainably high, few companies have $2 million annual quotas, much less a team that is averaging this. In order to continue to grow, it is likely this productivity will fall as the company expands the salesforce.

## *Financial Metrics*

| | Mar-02 | Jun-02 | Sep-02 | Dec-02 | Mar-03 | Jun-03 | Sep-03 | Dec-03 | Mar-04 |
|---|---|---|---|---|---|---|---|---|---|
| DSOs | 124 | 116 | 116 | 59 | 94 | 81 | 95 | 74 | 64 |
| # Transactions | 21 | 15 | 25 | 25 | 24 | 25 | 18 | 30 | 26 |
| Thereof New | 11 | 5 | 9 | 10 | 7 | 8 | 6 | 10 | 3 |
| Thereof Repeat | 10 | 10 | 16 | 15 | 17 | 17 | 12 | 12 | 23 |
| $5M+ Bookings | | | | | | 2 | 2 | | |
| $1M+ Bookings | 0 | 3 | 6 | 10 | 7 | 3 | 3 | 2 | 2 |
| 10% Customers | 1 | 2 | 1 | 2 | 3 | 1 | 2 | 2 | 2 |
| Concentration | | | | | | 48% | 55% | 16% | 12% | 20% | 15% |
| ASP (k $000) | 400 | 500 | 700 | 400 | 1000 | 1000 | 1000 | 500 | 500 |
| % Enterprise | 55% | 75% | 44% | 55% | 50% | 29% | 60% | 47% | 58% |
| % Broadband | 45% | 25% | 55% | 37% | 27% | 66% | 40% | 47% | 40% |
| % International | | | 5% | 16% | 19% | 5% | 7% | 8% | 13% |
| Headcount | 150 | 156 | 151 | 151 | 151 | 151 | 154 | 170 | 182 |
| Quota Reps | 27 | 28 | 28 | 26 | 26 | 25 | 28 | 25 | 24 |
| % Channel | 24% | 14% | 16% | 24% | 33% | 14% | 11% | 27% | 38% |
| S&M per Rep(k) | 207 | 196 | 205 | 217 | 194 | 204 | 257 | 239 | 260 |
| Sales Per Rep(k) | 244 | 256 | 306 | 350 | 369 | 388 | 451 | 445 | 469 |

Source: Smith Barney Estimates and Company Reports

### CORPORATE GOVERNANCE

We believe SupportSoft is one of the more exemplary companies in the software industry on the issue of corporate governance, especially for its size. Some of the factors that we point to in support of this conclusion include:

➤ Majority of board members are independent

➤ Company refrained from repricing options when the stock fell substantially from its post-IPO levels

13



**Smith Barney**
Small/Mid-Cap Research

➤ In 2002 when executive loans became a hot issue, the company moved to quickly have these loans repaid

➤ Option grants appear to be reasonable given the early stage in the company's life cycle

## MANAGEMENT

**Radha R. Basu - CEO, President, and Chairman of the Board** - President and CEO since 1999, and was appointed Chairman of the Board in January 2001. Previously, worked at Hewlett-Packard from 1978-1999, where she held various general management positions, including most recently GM of the electronic business software organization.

**Brian M. Beattie - CFO, EVP of Finance and Administration** - Held these positions since October 1999. From May 1998 to May 1999, he served as VP of finance, mergers, and acquisitions of Nortel Networks. From July 1996 to April 1998, Mr. Beattie served as group VP of Meridian Solutions of Nortel Networks. From Feb. 1993 - June 1996, he served as VP of finance, Enterprise Networks, for Nortel Networks.

**John Van Siclen - Senior VP of Worldwide Sales and Services** - responsible for SupportSoft's worldwide sales and customer facing services operations, including direct sales, channels and managed service provider business, and global services. Previously was President and CEO at Interwoven Inc. Van Siclen has 25 years of sales and services expertise in helping build global enterprise sales, field services, and business operations.

**Chris Greitak - Senior Vice President of Products and Marketing** - Previously the Senior Vice President of Worldwide Marketing for Portal Software, where he was responsible for Portal's product, services and solutions strategy as well as marketing and corporate communications. Prior to Portal, Greitak was Chief Marketing Officer for Broadvision

**Scott W. Dale - Vice President of Engineering** - served as the Chief Technical Officer since the company's incorporation in 1997 and recently assumed the position of VP of Engineering. Prior to SupportSoft, Mr. Dale served a brief stint as a software consultant for M&I Data Services. From July 1992 to January 1997, he served as a software consultant to Hewlett-Packard.

**Cadir B. Lee - Chief Software Officer and founder-** has served as the Chief Software Officer since the company's incorporation in 1997. Primary responsibilities include product management, strategic technical direction, and product architecture. From 1995-1997, Lee served as a consultant to the Hewlett Packard Company.

**Lucille K. Hoger - Vice President of Operations** - Has been VP of Operations since February of 2000. From 1996 to 2000, she was the Chief Operating Officer at ConnectInc.com. From 1992 to 1995, she was a principal for Gemini Consulting, an affiliate for Cap Gemini.

## BOARD OF DIRECTORS

Radha R. Basu - President, Chairman, and CEO

Manuel Diaz - Retired Vice President, Hewlett - Packard Co.

Kevin C. (Casey) Eichler - Vice President and CFO, MIPS Technologies

Claude M. Leglise - Vice President, Intel

Edward S. Russell - General Partner, Diamondhead Ventures

Jim Thanos - Former Executive Vice President and General Manager of Worldwide Field Operations at Broadvision

14



**Smith Barney**

Small/Mid-Cap Research

Dick Williams - President and CEO, Wily Technologies



**Smith Barney**
Small/Mid-Cap Research

## ANALYST CERTIFICATION                                    APPENDIX A-1

I, Mark Verbeck, hereby certify that all of the views expressed in this research report accurately reflect my personal views about any and all of the subject issuer(s) or securities. I also certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation(s) or view(s) in this report.

## IMPORTANT DISCLOSURES

### SupportSoft Inc (SPRT)
Ratings and Target Price History



—— Covered       See "Important Disclosures" at the top of this report for
------ Not covered    a description of the firm's current and former rating systems

Within the past 12 months, Citigroup Global Markets Inc. or its affiliates has acted as manager or co-manager of a public offering of securities of SupportSoft Inc.

Citigroup Global Markets Inc. or its affiliates has received compensation for investment banking services provided within the past 12 months from SupportSoft Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as investment banking client(s): SupportSoft Inc.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as clients, and the services provided were non-investment-banking, securities-related: SupportSoft Inc.

Citigroup Global Markets Inc. or an affiliate received compensation in the past 12 months from SupportSoft Inc.

Analysts' compensation is determined based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates ("the Firm"). Like all Firm employees, analysts receive compensation that is impacted by overall firm profitability, which includes revenues from, among other business units, the Private Client Division, Institutional Equities, and Investment Banking.

### Smith Barney Equity Research Ratings Distribution
Data current as of 30 June 2004

|  | Buy | Hold | Sell |
|---|---|---|---|
| Smith Barney Global Equity Research Coverage (2402) | 40% | 43% | 17% |
| *% of companies in each rating category that are investment banking clients* | 58% | 56% | 46% |
| Software -- North America (16) | 44% | 56% | 0% |
| *% of companies in each rating category that are investment banking clients* | 14% | 11% | 0% |

Guide To Investment Ratings:
Smith Barney's stock recommendations include a risk rating and an investment rating.
**Risk ratings**, which take into account both price volatility and fundamental criteria, are: Low [L], Medium [M], High [H], and Speculative [S].
**Investment ratings** are a function of Smith Barney's expectation of total return (forecast price appreciation and dividend yield within the next 12 months) and risk rating.
For securities in developed markets (US, UK, Europe, Japan, and Australia/New Zealand), investment ratings are: Buy [1] (expected total return of 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks); Hold [2] (0%-10% for Low-Risk stocks, 0%-15% for Medium-Risk stocks, 0%-20% for High-Risk stocks, and 0%-35% for Speculative stocks); and Sell [3] (negative total return).
Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in risk rating, or a change in target price. At other times, the expected total returns may fall outside of these ranges because of price movement and/or volatility. Such interim deviations from specified ranges will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

Between September 9, 2002, and September 12, 2003, Smith Barney's stock ratings were based upon expected performance over the following 12 to 18 months relative to the analyst's industry coverage universe at such time. An Outperform (1) rating indicated that we

16



**Smith Barney**

Small/Mid-Cap Research

expected the stock to outperform the analyst's industry coverage universe over the coming 12-18 months. An In-line (2) rating indicated that we expected the stock to perform approximately in line with the analyst's coverage universe. An Underperform (3) rating indicated that we expected the stock to underperform the analyst's coverage universe. In emerging markets, the same ratings classifications were used, but the stocks were rated based upon expected performance relative to the primary market index in the region or country. Our complementary Risk rating system -- Low (L), Medium (M), High (H), and Speculative (S) -- took into account predictability of financial results and stock price volatility. Risk ratings for Asia Pacific were determined by a quantitative screen which classified stocks into the same four risk categories. In the major markets, our Industry rating system -- Overweight, Marketweight, and Underweight -- took into account each analyst's evaluation of their industry coverage as compared to the primary market index in their region over the following 12 to 18 months.

Prior to September 9, 2002, the Firm's stock rating system was based upon the expected total return over the next 12 to 18 months. The total return required for a given rating depended on the degree of risk in a stock (the higher the risk, the higher the required return). A Buy (1) rating indicated an expected total return ranging from +15% or greater for a Low-Risk stock to +30% or greater for a Speculative stock. An Outperform (2) rating indicated an expected total return ranging from +5% to +15% (Low-Risk) to +10% to +30% (Speculative). A Neutral (3) rating indicated an expected total return ranging from -5% to +5% (Low-Risk) to -10% to +10% (Speculative). An Underperform (4) rating indicated an expected total return ranging from -5% to -15% (Low-Risk) to -10% to -20% (Speculative). A Sell (5) rating indicated an expected total return ranging from -15% or worse (Low-Risk) to -20% or worse (Speculative). The Risk ratings were the same as in the current system.

## OTHER DISCLOSURES

For securities recommended in this report in which the Firm is not a market maker, the Firm usually provides bids and offers and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. The Firm regularly trades in, and may, at any time, hold a trading position (long or short) in, the shares of the subject company(ies) discussed in this report. The Firm may engage in securities transactions in a manner inconsistent with this research report and, with respect to securities covered by this report, will buy or sell from customers on a principal basis.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources Smith Barney believes to be reliable, we do not guarantee its accuracy and it may be incomplete or condensed. All opinions, projections and estimates constitute the judgment of the author as of the date of the report and are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. If this is a fundamental research report, it is the intention of Smith Barney to provide research coverage of this/these issuer(s), including in response to news affecting this issuer, subject to applicable quiet periods and capacity constraints. This report is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in this research must take into account existing public information on such security or any registered prospectus.

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received this report from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in this report from the Firm. Please ask your Financial Consultant for additional details.

The UK's Financial Services Authority rules require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. The policy applicable to Citigroup's equity research products can be found at www.citigroupgeo.com. This report may have been distributed simultaneously, in multiple formats, to the Firm's worldwide institutional and retail customers. If this report is being made available via the UK by Citigroup Private Client Group in the United Kingdom and Amsterdam, please note that this report is distributed in the UK by Citigroup Global Markets Ltd., a firm regulated by the Financial Services Authority (FSA) for the conduct of Investment Business in the UK. This document is not to be construed as providing investment services in any jurisdiction where the provision of such services would be illegal. Subject to the nature and contents of this document, the investments described herein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained herein may have tax implications for private customers in the UK whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser. This material may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the Financial Services Authority and further details as to where this may be the case are available upon request in respect of this material. This report may not be distributed to private clients in Germany. If this publication is being made available in certain provinces of Canada by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved this publication. If this report was prepared by Smith Barney and distributed in Japan by Nikko Citigroup Ltd., it is being so distributed under license. This report is made available in Australia to wholesale clients through Citigroup Global Markets Australia Pty Ltd. (ABN 64 003 114 832 and AFSL No. 240992) and to retail clients through Smith Barney Citigroup Australia Pty Ltd. (ABN 19 009 145 555 and AFSL No. 240813), Participants of the ASX Group. In New Zealand it is made available through Citigroup Global Markets New Zealand Ltd., a member firm of the New Zealand Stock Exchange. This report does not take into account the investment objectives, financial situation or particular needs of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. Citigroup Global Markets (Pty) Ltd. is incorporated in the Republic of South Africa (company registration number 2000/025866/07) and its registered office is at Citibank Plaza, 145 West Street, Sandown, Sandton, Johannesburg 2196. The investments and services contained herein are not available to private customers in South Africa. If this report is made available in Hong Kong by, or on behalf of, Citigroup Global Markets Asia Ltd., it is attributable to Citigroup Global Markets Asia Ltd., Three Exchange Square, Hong Kong. If this report is made available in Hong Kong by

17



**Smith Barney**

Small/Mid-Cap Research

The Citigroup Private Bank to its clients, it is attributable to Citibank N.A., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. This publication is made available in Singapore through Citigroup Global Markets Singapore Pte. Ltd., a Capital Markets Services Licence holder.

© 2004 Citigroup Global Markets Inc. Member SIPC. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. Citigroup and the Umbrella Device are trademarks and service marks of Citicorp or its affiliates and are used and registered throughout the world. Nikko is a service mark of Nikko Cordial Corporation. All rights reserved. Any unauthorized use, duplication, redistribution or disclosure is prohibited by law and will result in prosecution. The Firm accepts no liability whatsoever for the actions of third parties. The Firm makes no representations or warranties whatsoever as to the data and information provided in any third party referenced website and shall have no liability or responsibility arising out of, or in connection with, any such referenced website.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST