BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
DAVID L. LANSKY, State Bar No. 199952
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
email: boris.feldman@wsgr.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SUPPORTSOFT, INC. SECURITIES LITIGATION <br><br> This Document Relates To: <br> ALL ACTIONS | CASE NO.: C 04-5222 SI <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** <br><br> Before: Honorable Susan Illston |

It is hereby stipulated by and between the parties hereto as follows:

WHEREAS, on February 1, 2006 plaintiffs moved to certify a class in the above-captioned litigation;

WHEREAS, Defendants' opposition to plaintiffs' motion for class certification is currently due on March 3, 2005, plaintiffs' reply is due on April 7, 2006, and the motion is set to be heard on April 21, 2006;

WHEREAS, the depositions of the proposed class representatives are scheduled to take place on March 10, 2006 and March 16, 2006; and

WHEREAS, given that the depositions of the proposed class representatives are scheduled to take place after Defendants' opposition is currently due, the parties have agreed to extend the briefing schedule on plaintiffs' motion for class certification;

C:\Documents and Settings\dl7\Desktop\Stipulation Modifying Briefing Schedule.doc

STIPULATION AND [PROPOSED] ORDER MODIFYING
BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION
NO. C-04-5222-SI

1 THEREFORE, the parties to this action, by and through their attorneys, hereby
STIPULATE AND AGREE, subject to approval of the Court, that:

1. Defendants shall have until and including ~~April 20, 2006~~ April 7, 2006 to file any opposition to plaintiffs' motion for class certification.

2. Plaintiffs shall have until and including ~~May 19, 2006~~ May 5, 2006 to file any reply in support of their motion for class certification.

3. The hearing on plaintiffs' motion for class certification will be set for ~~June 2, 2006~~ May 19, 2006 at 9:00 a.m.

4. The Case Management Conference scheduled to take place on April 21, 2006 to coincide with the hearing on plaintiffs' motion to certify the class is continued to June 2, 2006 at 2:00 p.m. In all other respects, the dates contained in the Case Management Orders previously entered herein remain unchanged.

Respectfully Submitted

Dated: March 1, 2006
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: s/David L. Lansky
BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
DAVID L. LANSKY, State Bar No. 199952
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendants*

Dated: March 1, 2006
**LABATON SUCHAROW & RUDOFF LLP**

By: s/Joseph Sternberg
JONATHAN M. PLASSE
CHRISTOPHER J. KELLER
JOSEPH STERNBERG
100 Park Avenue
New York, New York 10017-5563
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

| | |
|---|---|
| 1 | **SCHATZ & NOBEL, P.C.** |
| | ANDREW M. SCHATZ |
| 2 | JEFFREY S. NOBEL |
| | NANCY A. KULESA |
| 3 | MARK P. KINDALL |
| | One Corporate Center |
| 4 | 20 Church Street, Suite 1700 |
| | Hartford, CT 06103 |
| 5 | Tel.: 860-493-6292 |
| | Fax: 860-493-6290 |

**GLANCY BINKOW & GOLDBERG LLP**
LIONEL Z. GLANCY #134180
PETER A. BINKOW #173848
MICHAEL GOLDBERG #188669
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

Pursuant to the parties' stipulation, the Court hereby orders:

1. Defendants shall have until and including April ~~20~~ 7, 2006 ~~to file any opposition to plaintiffs' motion for class certification.~~ 5

2. Plaintiffs shall have until and including May ~~19,~~ 2006 to file any reply in support of their motion for class certification.   May 19, 2006

3. The hearing on plaintiffs' motion for class certification will be set for ~~June 2,~~ 2006 at 9:00 a.m.

4. The Case Management Conference scheduled to take place on April 21, 2006 to coincide with the hearing on plaintiffs' motion to certify the class is continued to ~~June 2,~~ May 19 2006 at 2:00 p.m. ~~In all other respects,~~ the dates contained in the Case Management Orders previously entered herein remain unchanged.

Dated: _____   _____
  The Honorable Susan Illston
  United States District Judge

-3- C:\Documents and Settings\dl7\Desktop\Stipulation Modifying Briefing Schedule.doc

STIPULATION AND [PROPOSED] ORDER MODIFYING
BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION
NO. C-04-5222-SI