BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
DAVID L. LANSKY, State Bar No. 199952
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com

Attorneys for Defendants
SUPPORTSOFT, INC., RADHA R. BASU
and BRIAN M. BEATTIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re SUPPORTSOFT, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: C 04-5222 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CLASS CERTIFICATION**<br><br>Before: The Honorable Susan Illston |
|---|---|---|
| This Document Relates To:<br>ALL ACTIONS | | |

WHEREAS, by Order dated March 21, 2005, this Court appointed plaintiffs Scott Roland and Jay Young (the "Roland Group") lead plaintiffs in this action;

WHEREAS, the Roland Group has filed a motion for class certification;

WHEREAS, the parties have conferred regarding class certification and have agreed, subject to approval of the Court, to the terms and conditions set forth in this stipulation;

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate as follows:

1. This action is certified, subject to Paragraph 5 below, to proceed as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons and entities who purchased or otherwise acquired the securities of SupportSoft, Inc. ("SupportSoft") from

1 January 20, 2004 to October 1, 2004 (the "Class Period") and who were damaged thereby (the
2 "Class"). Excluded from the Class are the defendants, the officers and directors of SupportSoft
3 at all relevant times, members of their immediate families and their legal representatives, heirs,
4 successors or assigns and any entity in which any excluded person or entity has a controlling
5 interest.

6     2. Lead plaintiff Scott Roland is appointed as representative of the Class, subject to
7 Paragraph 5 below.

8     3. Labaton, Sucharow & Rudoff LLP and Schatz & Nobel, P.C. are designated as
9 Co-Lead Counsel for the Class and Glancy Binkow & Goldberg LLP is designated as Liaison
10 Counsel for the Class.

11     4. Jay Young, who is temporarily unavailable for deposition due to a medical
12 condition, withdraws his application to serve as a class representative at this time, without
13 prejudice to renewing it at a later time if, for any reason, Scott Roland is unable to continue his
14 role as Class Representative.

15     5. This stipulation is without prejudice to Defendants' right, in accordance with Rule
16 23(c)(1) of the Federal Rules of Civil Procedure, to seek to alter or amend the size or
17 composition of the Class or the length of the Class Period, or to challenge the adequacy or
18 typicality of the class representative prior to a decision on the merits.

19     6. Within fifteen days of entry of this Order, Co-Lead Counsel, after meeting and
20 conferring with counsel for defendants, shall submit to the Court for its review a proposed form of
21 notice and a proposed schedule for disseminating notice to the Class.

Dated: May 31, 2006        WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation

                                     By:   /s/ David L. Lansky
                                   BORIS FELDMAN, State Bar No. 128838
                                   PERI NIELSEN, State Bar No. 196781
                                   DAVID L. LANSKY, State Bar No. 199952
                                   650 Page Mill Road
                                   Palo Alto, CA 94304-1050
                                   Telephone: (650) 493-9300
                                   Facsimile: (650) 565-5100

                                   *Attorneys for Defendants*


| | |
|---|---|
| Dated: May 31, 2006 | **LABATON SUCHAROW & RUDOFF LLP** |
| | By: /s/ Joseph Sternberg |
| | JONATHAN M. PLASSE |
| | CHRISTOPHER J. KELLER |
| | JOSEPH STERNBERG (Admitted *Pro Hac Vice*) |
| | 100 Park Avenue |
| | New York, New York 10017-5563 |
| | Telephone: (212) 907-0700 |
| | Facsimile: (212) 818-0477 |
| | |
| | **SCHATZ & NOBEL, P.C.** |
| | ANDREW M. SCHATZ |
| | JEFFREY S. NOBEL |
| | NANCY A. KULESA |
| | MARK P. KINDALL #138703 |
| | One Corporate Center |
| | 20 Church Street, Suite 1700 |
| | Hartford, CT 06103 |
| | Tel.: 860-493-6292 |
| | Fax: 860-493-6290 |
| | |
| | **GLANCY BINKOW & GOLDBERG LLP** |
| | LIONEL Z. GLANCY #134180 |
| | PETER A. BINKOW #173848 |
| | MICHAEL GOLDBERG #188669 |
| | 1801 Avenue of the Stars, Suite 311 |
| | Los Angeles, California 90067 |
| | Telephone: (310) 201-9150 |
| | Facsimile: (310) 201-9160 |
| | |
| | *Attorneys for Plaintiffs* |

\* \* \* \* \*

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**

Dated: _____  _____
                                The Honorable Susan Illston
                                United States District Judge

1     I, David L. Lansky, am the ECF User whose identification and password are being used
2 to file this **STIPULATION AND [PROPOSED] ORDER FOR CLASS CERTIFICATION**.
3 In compliance with General Order 45.X.B, I hereby attest that Joseph Sternberg has concurred in
4 this filing.

6 Dated: May 31, 2006                    WILSON SONSINI GOODRICH & ROSATI, P.C.

8                             /s/ David L. Lansky
                              David L. Lansky