LIONEL Z. GLANCY, ESQ. #134180
PETER A. BINKOW, ESQ. #173848
MICHAEL GOLDBERG #188669
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

JOSEPH STERNBERG
JONATHAN M. PLASSE
CHRISTOPHER J. KELLER
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, New York 10017-5563
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

ANDREW M. SCHATZ
JEFFREY S. NOBEL
MARK P. KINDALL #138703
SCHATZ & NOBEL, P.C.
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SUPPORTSOFT, INC. SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Civil Action No: C 04-5222 SI<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER PROVIDING FOR NOTICE TO THE CLASS**<br><br>Before: Honorable Susan Illston |

WHEREAS, by Stipulation and Order for Class Certification dated May 31, 2006 and entered herein on June 1, 2006 (the "June 1 Order") this Court, *inter alia*, certified a class of purchasers of securities of SupportSoft, Inc. ("SupportSoft") from January 20, 2004 to October 1, 2004 (the "Class Period");

---

STIPULATION AND [PROPOSED] ORDER PROVIDING FOR NOTICE OF PENDENCY TO BE SENT
Case No. C 04-5222 SI

1       WHEREAS, the June 1 Order required that, within fifteen days of entry of the Order, Co-Lead Counsel, after meeting and conferring with counsel for defendants, submit to the Court for its review a proposed form of notice and a proposed schedule for disseminating notice to the Class;

      WHEREAS, the parties have conferred and agreed that the form of Notice of Pendency annexed hereto as Exhibit A should be provided to the members of the Class; and

      WHEREAS, defendants have provided Co-Lead Counsel with a list of SupportSoft shareholders of record during the Class Period;

      NOW, THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate as follows:

      1.     A Notice of Pendency substantially in the form annexed hereto as Exhibit A shall be sent by first-class mail to each of the shareholders of record during the Class Period identified by defendant SupportSoft and whose name and mailing address have been provided to Co-Lead Counsel for plaintiffs herein.

      2.     Co-Lead Counsel for plaintiffs shall, either themselves or through a claims administrator, arrange for the mailing, by first-class mail, of a Notice of Pendency substantially in the form annexed hereto as Exhibit A to all shareholders of record during the Class Period identified on the list provided by SupportSoft not later than 30 days from the entry of this Order. Co-Lead Counsel for plaintiffs shall request that all shareholders of record who hold shares as nominees for the beneficial owners forward copies of the Notice of Pendency to the beneficial owners or provide the names and addresses of such beneficial owners to Co-Lead Counsel for plaintiffs.

      3.     Co-Lead Counsel for plaintiffs shall, either themselves or through a claims administrator, cause a Summary Notice of Pendency, substantially in the form annexed hereto as Exhibit B to be published once over one of the following services, the *Business Wire*, *Prime Zone* or *PR Newswire* for national distribution within 30 days from the entry of this Order.

      4.     Co-Lead Counsel for plaintiffs are authorized to adjust the date by which requests for exclusion must be postmarked in order to insure that Class Members have at least 45 days

from the date of mailing of the Notice of Pendency, to have their requests for exclusion mailed and postmarked.

Dated:  June 16, 2006

**LABATON SUCHAROW & RUDOFF LLP**

By:    s/ Joseph Sternberg
JOSEPH STERNBERG (Admitted *Pro Hac Vice*)
JONATHAN M. PLASSE
CHRISTOPHER J. KELLER
100 Park Avenue
New York, New York  10017-5563
Telephone:  (212) 907-0700
Telecopier:  (212) 818-0477

**SCHATZ & NOBEL, P.C.**
ANDREW M. SCHATZ
JEFFREY S. NOBEL
NANCY A. KULESA
MARK P. KINDALL #138703
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
Telephone:  860-493-6292
Telecopier:  860-493-6290

**GLANCY BINKOW & GOLDBERG LLP**
LIONEL Z. GLANCY #134180
PETER A. BINKOW #173848
MICHAEL GOLDBERG #188669
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone:  (310) 201-9150
Telecopier:  (310) 201-9160

*Attorneys for Plaintiffs*


**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation


By:    s/ David L. Lansky
BORIS FELDMAN #128838
PERI NIELSEN #196781
DAVID L. LANSKY #199952
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Telecopier:  (650) 565-5100

*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER PROVIDING FOR NOTICE OF PENDENCY TO BE SENT
Case No. C 04-5222 SI

3

1           *    *    *
2     **THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.**
3
4  Dated:_____    _____
                                  The Honorable Susan Illston
                                  United States District Judge