BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
DAVID L. LANSKY, State Bar No. 199952
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
SUPPORTSOFT, INC., RADHA R. BASU
and BRIAN M. BEATTIE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re SUPPORTSOFT, INC. SECURITIES LITIGATION | CIVIL ACTION NO. C-04-5222 SI |
| | CLASS ACTION |
| This Document Relates to: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER CHANGING TIME** |
| | Before: The Honorable Susan Illston |

WHEREAS the existing pretrial schedule, set by the Court following a status conference in September of 2006, set May 18, 2007 as the date for the close of fact discovery; and

WHEREAS the existing pretrial schedule established June 1, 2007 as the date for both parties to designate their expert witnesses, June 18, 2007 as the date for both parties to designate their rebuttal expert witnesses, and July 9, 2007 as the date for the close of expert discovery; and

WHEREAS the existing pretrial schedule established the following dates for dispositive motions: July 27, 2007 for filing; August 24, 2007 for opposition briefs; September 7, 2007 for reply briefs, and September 21, 2007 for argument; and

WHEREAS the pretrial deadlines in the existing schedule were predicated on Defendants being able to complete their production of documents by early February, 2007; and

STIPULATION AND [PROPOSED] ORDER CHANGING TIME
CASE NO. C-04-5222-SI
1

1  WHEREAS Defendants subsequently learned that it would take longer to complete
2  production of the documents than they had believed to be the case in September, such that
3  production could not be completed prior to the end of April, 2007; and

4  WHEREAS Plaintiffs do not believe that they can complete fact discovery within two to
5  three weeks after receiving the remainder of Defendants' document production;

6  NOW THEREFORE, the parties, by and through the undersigned counsel, hereby
7  stipulate to the following modifications in the pretrial schedule, in accordance with Local Rule 6-
8  2:

9  1.  That the date for the close of fact discovery be extended from May 18, 2007 to
10  July 20, 2007;

11  2.  That the date for each party to designate its trial experts be extended from June 1,
12  2007 to July 23, 2007;

13  3.  That the date for each party to designate their rebuttal experts be extended from
14  June 18, 2007 to August 3, 2007;

15  4.  That the date for completing of expert discovery be extended from July 9, 2007 to
16  August 17, 2007

17  5.  That the date for filing dispositive motions be extended from July 27, 2007 to
18  August 13, 2007;

19  6.  That the date for filing opposition briefs to any dispositive motions be extended
20  from August 24, 2007, to September ~~11,~~ 5, 2007;

21  7.  That the date for filing reply briefs in support of any dispositive motions be
22  extended from September 7, 2007 to September ~~25, 2~~17, 007;

23  8.  That the date for hearing the dispositive motions be extended from September 21,
24  2007 to ~~October 5, 2~~ September 28, 007;

25  9.  Neither the date of the pretrial conference (October 16, 2007) nor the trial date
26  (October 29, 2007) need to be moved.

27  10.  With respect to expert witnesses, the parties make the following additional
28  stipulations:

STIPULATION AND [PROPOSED] ORDER CHANGING TIME
CASE NO. C-04-5222-SI
2

a. By no later than July 6, 2007, the parties will designate all general subject areas on which they intend to designate trial experts, provided that if information surfaces in depositions after July 6, 2007, additional areas for expert testimony may be added within three business days of the information surfacing but no later than July 23;

b. The parties also stipulate that their intention, in having both parties designate their primary experts on or before July 23, 2007, and their rebuttal experts on or before August 3, 2007, is (i) that rebuttal experts shall be limited to rebutting primary experts; and (ii) that any primary expert designated by either party shall be permitted to testify at trial concerning the reports and testimony of any person designated as a rebuttal expert.

Dated: March 23, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ____/s/David L. Lansky_____
BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
DAVID L. LANSKY, State Bar No. 199952
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendants*

Dated: March 23, 2007

SCHATZ NOBEL IZARD, P.C.

By: ___/s/Mark P. Kindall_____
Andrew M. Schatz
Jeffrey S. Nobel
Mark P. Kindall, State Bar No. 138703
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel: (860) 493-6292
Fax: (860) 493-6290

STIPULATION AND [PROPOSED] ORDER CHANGING TIME
CASE NO. C-04-5222-SI

3

LABATON SUCHAROW
   & RUDOFF LLP
Joseph Sternberg, *admitted pro hac vice*
Nicole M. Zeiss
100 Park Avenue
New York, New York 10017
Tel: (212) 907-0700
Fax: (212) 818-0477

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy, State Bar No. 134180
Peter A. Binkow, State Bar No. 173848
Michael Goldberg, State Bar No. 188669
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiffs*

\*    \*    \*    \*    \*    \*

### [PROPOSED] ORDER

Pursuant to Stipulation, it is SO ORDERED.

_____     _____
Date                                 Hon. Susan Illston
                                         United States District Judge

**CERTIFICATION**

I, David L. Lansky, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER CHANGING TIMES.** In compliance with General Order 45.X.B, I hereby attest that Mark P. Kindall has concurred in this filing.

Dated: March 23, 2007                              WILSON SONSINI GOODRICH & ROSATI, P.C.


                                                                   /s/David L. Lansky
                                                                       David L. Lansky