JOSEPH STERNBERG
LAWRENCE A. SUCHAROW
NICOLE M. ZEISS
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
e-mail: jsternberg@labaton.com

ANDREW M. SCHATZ
JEFFREY S. NOBEL
MARK P. KINDALL, # 138703
SCHATZ NOBEL IZARD, P.C.
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
e-mail: firm@snilaw.com

LIONEL Z. GLANCY, #134180
PETER A. BINKOW, #173848
MICHAEL GOLDBERG, #188669
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re SUPPORTSOFT, INC. SECURITIES LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Civil Action No.: C 04-5222 SI<br><br><u>CLASS ACTION</u><br><br>[~~Proposed~~] **Order Directing Payment to Claims Administrator for Services through September 13, 2007**<br><br>Date: September 28, 2007<br>Time: 9:00 am<br>Place: Courtroom 10<br><br>Before: Honorable Susan Illston |

WHEREAS the Stipulation of Settlement among the parties executed June 13, 2007 provides, in paragraph 2.6 thereof, for the establishment of a Class Notice and Administration Fund to be "used by Lead Counsel to pay costs and expenses reasonably and actually incurred in connection with providing notice to the Class, locating Class Members, administering and distributing the Settlement Fund to Authorized Claimants, processing Proof of Claim and Release forms and paying escrow fees and costs, if any;" and

WHEREAS the Affidavit of Paul Mulholland, CPA, CVA, Concerning Mailing of Notice of Proposed Settlement of Class Action and Settlement Hearing and Proof of Claim and Release and Publication of Summary Notice, sworn to September 18, 2007 and submitted to the Court as an exhibit to the Declaration of Mark P. Kindall dated September 19, 2007 in support of the Joint Motion for Final Approval of Settlement includes the invoice of the Claims Administrator, Strategic Claims Services, in the amount of $53,791.84 documenting the services rendered by Strategic Claims Services in this action through September 13, 2007 in providing notice to the Class in the manner required by this Court in its Order of July 13, 2007 and in commencing the claims processing procedure;

IT IS ORDERED that Lead Counsel arrange for the payment to Strategic Claims Services from the Class Notice and Administration Fund of $53,791.84 for services rendered by Strategic Claims Services in this action through September 13, 2007; and

IT IS FURTHER ORDERED that the Court reserves jurisdiction with respect to any further fees and expenses that may become due to Strategic Claims Services for services provided in the action after September 13, 2007.

DATED: 9/28/07

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER DIRECTING PAYMENT TO CLAIMS ADMINISTRATOR FOR SERVICES THROUGH SEPT 13, 2007
CASE NO. C-04-5222-SI